| Name and address: | |
|---|---|
| Christina Gilbertson (California Bar No. 236877) | |
| Jennings & Fulton, LTD | |
| 2580 Sorrel Street, Las Vegas, NV 89146 | |
| Attorney for Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| AMERICA'S FRONTLINE DOCTORS, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 5:21–cv–01243–JGB–KK |
| v. | |
| KIM A. WILCOX, et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s), | ***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Gilbert, Joseph S.
*Applicant's Name (Last Name, First Name & Middle Initial)*              check here if federal government attorney ☐

JOEY GILBERT & ASSOCIATES, LTD D/B/A JOEY GILBERT LAW
*Firm/Agency Name*

| 405 Marsh Avenue | 775-284-7700 | |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Reno, NV 89509 | joey@joeygilbertlaw.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| America's Frontline Doctors, et al. | ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* |
|---|---|
| | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Nevada | 10/20/2004 | Yes |
| US District Court of Nevada | 5/21/2010 | Yes |
| Court of Appeals for the Ninth Circuit | 7/1/2020 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:21-cv-00702-CLM | America's Frontline Doctors et al v. Becerra et al. | 6/16/21 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 7/29/2021

Joseph S. Gilbert
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Tyler, Robert H.
*Designee's Name (Last Name, First Name & Middle Initial)*

Tyler & Bursch, LLP
*Firm/Agency Name*

25026 Las Brisas Road
*Street Address*

Murrieta, California 92562
*City, State, Zip Code*

(951) 600-2733
*Telephone Number*

(951) 600-4996
*Fax Number*

rtyler@tylerbursch.com
*Email Address*

179572
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 7/30/2021

Robert H. Tyler
*Designee's Name (please type or print)*

/s/ R Tyler
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

I am in good standing and eligible to practice in all courts to which I have been admitted. A certificate of good standing from the Nevada Bar is attached. This application satisfies the requirements of this Court's local rule L.R. 83-2.1.3.

/s/ Joseph S. Gilbert

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Joseph S. Gilbert**, **Bar Number 9033** was admitted by the Supreme Court of the State of Nevada on **10/20/2004** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Joseph S. Gilbert** is now an **Active** member of the State Bar of Nevada in good standing.

DATED Wednesday, May 19, 2021.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE STATE OF NEVADA

I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that JOSEPH S. GILBERT (Bar No.9033) was on the 20th day of October, 2004 duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said JOSEPH S. GILBERT is now in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 20th DAY OF MAY , 2021.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

Chief Deputy Clerk



# CERTIFICATE OF GOOD STANDING

I, Debra Kempi, Clerk of the United States District Court for the District of Nevada, do hereby certify that

## Joseph S. Gilbert

was duly admitted to practice in said Court on

## Friday, May 21, 2010

and is in good standing as a member of the bar of said Court.

Dated on
Thursday, May 20, 2021

DEBRA KEMPI, Clerk of Court

By: _____
Deputy Clerk