Christina Gilbertson (California Bar No. 236877)
christina@jfnvlaw.com
Jennings & Fulton, LTD
2580 Sorrel Street
Las Vegas, NV 89146
Phone: 702-979-3565

Gregory J. Glaser (California Bar No. 226706)
greg@gregglaser.com
Greg Glaser, Attorney at Law
4399 Buckboard Drive #423
Copperopolis, CA 95228
Phone: 925-642-6651

Joseph S. Gilbert (Nevada Bar No. 9033)
joey@joeygilbertlaw.com
Joey Gilbert & Associates
405 Marsh Avenue
Reno, NV 89509
Phone: 775-284-7700
(Subject to pro hac vice admission)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS; Carly Powell; Deborah Choi; L.O.; and A.B., <br><br> *Plaintiffs*, <br><br> v. <br><br> KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF | **First Amended Complaint for Declaratory and Injunctive Relief** |

1   CALIFORNIA RIVERSIDE;
2   HOWARD GILLMAN, in his
    official capacity as
3   CHANCELLOR OF THE
    UNIVERSITY OF CALIFORNIA
4   IRVINE; CYNTHIA LARIVE, in
5   her official capacity as
    CHANCELLOR OF
6   UNIVERSITY OF CALIFORNIA
7   SANTA CRUZ; GENE BLOCK,
    in his official capacity as
8   CHANCELLOR OF
9   UNIVERSITY CALIFORNIA
    LOS ANGELES; THE REGENTS
10  OF THE UNIVERSITY OF
11  CALIFORNIA, a Corporation;
    MICHAEL V. DRAKE, in his
12  official capacity as President of the
13  UNIVERSITY OF CALIFORNIA;
    and John and Jane Does 1-100,
14
15      *Defendants*.
16
17
18      *Federal Jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, and 1343(a).*

19                    **INTRODUCTION**

20      Plaintiffs are students enrolled with the University of California ("UC"),

21  which recently mandated Covid-19 vaccination upon them (even though

22  Plaintiffs have already recovered swiftly from Covid-19 with natural immunity),

23  and upon all other students attending UC. Plaintiffs continue to have robust

24  natural immunity superior to the vaccine-induced immunological response now

25  mandated by State Defendants.

26      Plaintiffs, and others similarly situated, can work with their healthcare

27  providers to prove their natural immunity through accepted clinical definition

28  and laboratory testing where indicated ("Prescreening"), including, but not

limited to, patient history, or a T-cell test. While Defendants recognize titers prescreening for other viral infections targeted by vaccines (allowing naturally immune students a medical exemption to vaccination)[1], Defendants arbitrarily reject titers prescreening for Covid-19.

Covid-19 vaccination is classified as genetic medical intervention.[2] It carries both known and unknown risk of harm to Plaintiffs and others, such as serious illness and death.

Mandatory vaccination is a failed public health policy that fails every level of judicial scrutiny. Together with the American people, Plaintiffs observe Covid-19 vaccination actively harms public health. Covid-19 vaccines are gene therapy, a type of medical treatment that has proven harmful. Covid-19 vaccines do not prevent transmission of Covid-19. Defendants do not possess clear and unquestionable authority of law to require that Plaintiffs be injected with this biotechnology.

Natural immunity is a successful public health strategy that is currently working in many other countries, and in many communities within the United States.

Plaintiffs seek the issuance of an order to show cause, shifting the burden to Defendants to prove that Defendants' decision to reject scientifically accepted Prescreening methods meets a compelling State interest, and that such decision to reject accepted Prescreening science is narrowly tailored to avoid unnecessary

---

[1]     See e.g., University of California (2017). *Medical Exemption Request Form.* https://www.ucop.edu/uc-health/_files/Medical%20Exemption%20Request%20Form%204-Vaccine.pdf ("Titers for immunity to this disease").

[2]     For clarity of reference, Plaintiffs are using the names given to the medical products by their manufacturers and Defendants. However, Plaintiffs reject the highly misleading use of the term "vaccine" to describe these medical products, since they are not vaccines within the settled meaning of the term and, instead, are more precisely described as a form of experimental genetic manipulation.

infringement upon Plaintiffs' constitutional rights.

Plaintiffs further seek declaratory relief that Defendants' unscientific decision to reject Prescreening science, in order to unscientifically propagate Defendants' one-size-fits-all vaccine mandate, imminently threatens the lives of Plaintiffs, and others, and unlawfully segregates them based on their Covid-19 Recovered medical condition and natural mRNA genetic status, which is an unlawful infringement by Defendants upon Plaintiffs' constitutional rights that places Plaintiffs' lives and public health in jeopardy.

Plaintiffs seek an injunction to restrain Defendants' from utilizing the discredited tools of coercion and segregation of natural peoples in violation of federal law, including, but not limited to, Defendants' unscientific one-size-fits-all vaccine mandate where Defendants reject scientifically accepted Prescreening methods, and, therefore, place Plaintiffs' lives and public health in jeopardy.

## JURISDICTION AND VENUE

1.     This action asserts federal claims pursuant to 42 U.S.C. § 1983. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1337, and 1343(a). The Court has additional remedial authority under 28 U.S.C. §§ 2201(a) and 2202.

2.     Venue of this civil action in the Judicial District for the Central District of California is proper pursuant to 28 U.S.C. § 1391 (b) (1) and (2). The majority of Plaintiffs reside and attend higher education with the UC in this district. Defendants maintain offices, exercise their authority in their official capacities, and have taken the actions at issue in this matter in the Judicial District for the Central District of California.

## PARTIES

3.     Plaintiff AMERICA'S FRONTLINE DOCTORS ("AFLDS") is a non-partisan, not-for-profit organization of hundreds of member physicians that come from across the country (including California), representing a range of medical disciplines and practical experience on the front lines of medicine.

AFLDS's programs focus on a number of critical issues including:

> • Providing Americans with science-based facts about COVID-19;
>
> • Protecting physician independence from government overreach;
>
> • Combating the "pandemic" using evidence-based approaches without compromising constitutional freedoms;
>
> • Fighting medical cancel culture and media censorship;
>
> • Advancing healthcare policies that protect the physician-patient relationship;
>
> • Expanding COVID-19 treatment options for all Americans who need them; and
>
> • Strengthening the voices of frontline doctors in the national healthcare conversation.

**4.**    AFLDS's core beliefs, shared by each of its member health care professionals, include the following:

> • That the American people have the right to accurate information using trusted data derived from decades of practical experience, not politicized science and Big Tech-filtered public health information.
>
> • That critical public health decision-making should take place away from Washington and closer to local communities and the physicians that serve them. They are steadfastly committed to protecting the physician-patient relationship.
>
> • That frontline and actively practicing physicians should be incorporated into the nation's healthcare policy conversation.
>
> • That safe and effective, over-the-counter Covid-19 preventative and early treatment options should be made available to all Americans who need them. They reject mandatory government lockdowns and restrictions not supported by scientific evidence. They support focused care for the nation's at-risk population,

including seniors and the immunocompromised.

5.      AFLDS, through its member physicians, is deeply committed to maintaining the physician-patient relationship in the face of government encroachment. AFLDS member physicians provide care to UC students (including for example in Riverside County) directly impacted by the UC's Covid-19 vaccine mandate, which is impairing physician-patient relationships, and the ability of the patients to exercise informed consent/refusal without duress caused by the UC.

6.      Each of AFLDS's member physicians is also deeply committed to the guiding principle of medicine, "FIRST, DO NO HARM". They take gravely their ethical obligations to their patients. It is axiomatic that a physician's duty is to his or her patient.

7.      AFLDS holds sacrosanct the relationship between doctor and patient where truly informed decisions are to be made, taking into consideration all of the factors relating to the patients' health, risks, co-morbidities and circumstances.

8.      It is critical to point out that for AFLDS member physicians, the practice of medicine is not simply a job. Neither is it merely a career. Rather, it is a sacred trust. It is a true high calling that often requires a decade or more of highly focused sacrificial dedication to achieve.

9.      The types of harm the AFLDS member physicians are inevitably subjected to by the UC's mandate to inject young people with the experimental Covid-19 vaccine is truly irreparable. Such harm strikes at the moral and ethical underpinnings of their calling as a physician and drives irreparable wedges into the sacred doctor-patient relationship that cannot be healed and certainly cannot be addressed with monetary damages.

10.     Plaintiff Carly Powell ("Carly") is enrolled as an undergraduate student at University of California, Riverside campus. She lives in a campus apartment in Riverside. Carly is a Covid-19 Recovered person, having contracted the virus in December 2020. Carly has joined her local chapter of AFLDS as a

non-physician Citizen Corps member. UC Riverside's implementation of the UC's Covid-19 vaccine mandate has put Carly under duress and impaired her ability to exercise informed consent/refusal of the Covid-19 vaccine with physicians of her choice.

11. Plaintiff Deborah Choi ("Deborah") is enrolled as a law student at University of California, Irvine campus. Deborah resides in Irvine, California, which is located in Orange County. Deborah is a Covid-19 Recovered person, having contracted the virus in November 2020. Deborah has joined her local chapter of AFLDS as a non-physician Citizen Corps member. UC Irvine's implementation of the UC's Covid-19 vaccine mandate has put Deborah under duress and impaired her ability to exercise informed consent/refusal of the Covid-19 vaccine with physicians of her choice.

12. Plaintiff L.O. ("LO") is enrolled as a graduate student at University of California, Los Angeles campus. While attending school she lives in Los Angeles. LO is a Covid-19 Recovered person, having recently contracted the virus. LO has joined her local chapter of AFLDS as a non-physician Citizen Corps member. UCLA's implementation of the UC's Covid-19 vaccine mandate has put LO under duress and impaired her ability to exercise informed consent/refusal of the Covid-19 vaccine.

13. Plaintiff A.B. ("AB") is enrolled as an undergraduate student at University of California, Santa Cruz campus. She lives in Solano County. AB has been exposed to Covid-19 and it stands to reason (see e.g., paragraph 38) she may already be immune. She does not know yet whether she has natural immunity, but she would choose to retain natural immunity rather than vaccinate. In that sense, she is or will be a Covid-19 Recovered person. AB has joined her local chapter of AFLDS as a non-physician Citizen Corps member. UC Santa Cruz's implementation of the UC's Covid-19 vaccine mandate has put AB under duress and impaired her ability to exercise informed consent/refusal of the Covid-19

vaccine.

14.   Plaintiffs plead for relief, to be freed from Defendants' tactics of coercion and discrimination amounting to duress as a consequence of their choice *not* to submit to the myriad risks of Covid-19 vaccine injury that Defendants are unable to quantify.

15.   Defendant Kim A. Wilcox ("Wilcox") is the Chancellor of University of California Riverside campus. Wilcox implements the Covid-19 vaccine mandate of the UC at the Riverside campus, including also Wilcox's approved coercion policies that he targets to the UC Riverside community. He is being sued in his official capacity.

16.   Defendant Howard Gillman ("Gillman") is the Chancellor of University of California Irvine campus.  Gillman implements the Covid-19 vaccine mandate of the UC at the Irvine campus, including also Gillman's approved coercion policies that he targets to the UC Irvine community. He is being sued in his official capacity.

17.   Defendant Gene Block ("Block") is the Chancellor of University of California Los Angeles campus.  Block implements the Covid-19 vaccine mandate of the UCLA campus, including also Block's approved coercion policies that he targets to the UCLA community. He is being sued in his official capacity.

18.   Defendant Cynthia Larive ("Larive") is the Chancellor of University of California Santa Cruz campus. Larive implements the Covid-19 vaccine mandate of the UC Santa Cruz campus, including also Larive's approved coercion policies that she targets to the UC Santa Cruz community. She is being sued in her official capacity.

19.   Defendant The Regents of the University of California ("UC") is a public legal entity, operating as a public university system in California with 10 campuses and more than 280,000 students. UC is a state-created, state-financed,

and state-run public trust education system, and, as such, it is subject to the Fourteenth Amendment of the United States Constitution and Article IX, Section 9 of the California Constitution.

20.    Defendant Michael V. Drake ("Drake") is the president of the University of California. He is being sued in his official capacity.

21.    Defendants John and Jane Does 1-100 are, as yet, unknown persons.

**DEFENDANTS HARM PLAINTIFFS**

22.    Defendants' vaccination mandates, as referenced herein, constitute state action taken under color of law. Defendants' inability to quantify the myriad risks of Covid-19 vaccine injury is not evidence of safety, but, rather, is evidence of human medical experiment.

23.    Plaintiffs have experienced concrete and particularized injuries-in-fact that are both actual and imminent, including, but not limited to the following: (a) Defendants are unconstitutionally coercing and segregating Plaintiffs without scientific justification because Plaintiffs are exercising their constitutional, and statutory, rights to decline involuntary injection of harmful experimental drugs; (b) Defendants are engaged in unmitigated coercion to subvert Plaintiffs' absolute right to refuse to serve as subjects to unnecessary medical experiments which are known to be dangerous, and even life-threatening, and to be free of discrimination for exercising this right; and (c) Plaintiffs experience certain and palpable threat of mandatory vaccination as Defendants push unscientific fear (rather than mathematical and clinical facts) upon Plaintiffs, and upon the public at large.

24.    Just as Defendants performed a bait and switch in April and July 2021 (first claiming EUA vaccines would not be mandatory, then flip flopping to make them mandatory), so too Defendants have laid the foundation for a bait and switch in 2021-22 with religious exemptions, as follows on information and belief: Defendants are presently offering some students a religious exemption to

vaccination that Defendants plan to unilaterally remove from students at Defendants' earliest strategic opportunity, *after* Defendants have forced students with religious exemptions to submit multiple Covid-19 test results to Defendants. Defendants are heavily invested in a Covid-19 propaganda narrative that requires and benefits from Defendants generating false positive test results (i.e., high cycle PCR results known to be false positives)[3] that Defendants can claim are genuine positives (i.e., to justify Defendants' ongoing separate but equal school policy).

25.    Defendants' unscientific discrimination against unvaccinated Covid-19 recovered students with superior immunity foreseeably places such students, including Plaintiffs, under duress with respect to their exercise of informed consent/refusal of Covid-19 vaccination. Among the duress techniques utilized by Defendants are the following examples, which techniques are a pattern and practice that Defendants tweak rapidly and dictate forcefully:

- Dictating that Covid-19 vaccinated students may breathe freely, but unvaccinated Covid-19 recovered students with superior immunity can only breathe as the UC and Chancellor authorize.

- Dictating that Covid-19 vaccinated students are presumed healthy, but unvaccinated Covid-19 recovered students with superior immunity must submit to PCR genetic testing (performed for example by forceful penetration of the student's nasal cavity creating risk of serious harm) and miscellaneous health examinations intruding student medical privacy.

- Dictating that Covid-19 vaccinated students may physically access classes on campus, but unvaccinated Covid-19 recovered students with superior immunity are denied access to the education (and the rights and services

---

[3]    Kostoff, R et al (2021). *Why are we vaccinating children gainst COVID-19?* Toxicology Reports, Vol. 8, pp. 1665-1684, ISSN 2214-7500. https://www.sciencedirect.com/science/article/pii/S221475002100161X.

that come with it, including healthcare) for which they have prepaid and invested their livelihoods.

- Dictating Covid-19 vaccinated students may congregate normally, but unvaccinated Covid-19 recovered students with superior immunity must maintain 6-feet distancing from others, and be subjected to various physical barriers.

- Distributing gifts, prizes, and incentives to Covid-19 vaccinated persons, but isolating unvaccinated Covid-19 recovered students with superior immunity.

All of the above techniques create an educational environment that is separate, unequal, and discriminatory based on medical condition and genetic status.

26.    The unscientific rapid tweaking of Defendants' vaccine mandates also causes direct and unnecessary disruption of Plaintiffs' doctor-patient relationships, bodily integrity, education, and livelihood.

## COVID-19 VACCINATION RISK AND PRESCREENING

27.    The typical timeline of so-called 'successful' vaccine trials is 10-15 years, and most fail, such as an AIDS vaccine that unsuccessfully took about 35 years.[4] That is not all 'red tape'; rather, there are sequential steps that are performed, including, for example, long term animal testing, fertility testing, teratogenicity testing, and monitoring post-release. The first three datapoints (listed immediately above) are not even known yet for the new vaccines, but the post-release monitoring in the CDC database, the Vaccine Adverse Event Reporting System ("VAERS") already shows an exponential increase in vaccine-

---

[4]    National Institute of Allergy and Infectious Diseases (2018). *History of HIV Vaccine Research*. https://www.niaid.nih.gov/diseases-conditions/hiv-vaccine-research-history.

related deaths over the previous year.[5] Plaintiffs highlight this to emphasize that, in the strict scrutiny balancing test, the burden of proof must belong on the party calling for the medical intervention, or the deviation from the normal process, and all the more so if the medical intervention is brand new and still in medical trials (such as Covid-19 vaccines are).

28.     Those individuals who have had, and, knowingly or unknowingly, recovered from the SARS-CoV-2 virus, or those individuals who currently have the virus, are herein collectively referred to as the "Covid-19 Recovered". The medical trials for the Pfizer[6], Moderna[7], and Johnson & Johnson[8] Covid-19

_____

[5]     US Centers for Disease Control and Prevention. (2021). *Covid-19*: *Vaccine Adverse Event Reporting System.* https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html

[6]     https://www.fda.gov/media/144412/download
https://www.fda.gov/media/144246/download
https://www.fda.gov/media/144245/download
https://www.fda.gov/media/144413/download
https://www.fda.gov/media/148542/download
https://cdn.pfizer.com/pfizercom/2020-11/C4591001_Clinical_Protocol_Nov2020.pdf
https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/comirnaty-and-pfizer-biontech-covid-19-vaccine

[7]     https://www.fda.gov/media/144434/download
https://www.fda.gov/media/144452/download
https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-moderna-vaccine.html
https://www.modernatx.com/sites/default/files/content_documents/Final%20mRNA-1273-P301%20Protocol%20Amendment%206%20-%203Dec2020.pdf

[8]     https://www.fda.gov/media/146217/download
https://www.fda.gov/media/146338/download
https://www.fda.gov/media/146303/download
https://www.fda.gov/media/146219/download

vaccines excluded the Covid-19 Recovered and many top publishing physicians[9] are proactively Prescreening patients to protect them if they are Covid-19 Recovered. See, e.g., from Pfizer trial:

> "5.2. Exclusion Criteria Participants are excluded from the study if any of the following criteria apply: ... Previous clinical (based on COVID-19 symptoms/signs alone, if a SARS-CoV-2 NAAT result was not available) or microbiological (based on COVID-19 symptoms/signs and a positive SARS-CoV-2 NAAT result) diagnosis of COVID-19."

**29.** Emphasizing the importance of shifting the proof of safety burden to the State, emerging data establishes that vaccinating the Covid-19 Recovered causes an immediately higher death rate worldwide for no benefit[10], as there is a much stronger (10-20x)[11] antibody response to the Covid-19 vaccine,

---

[9]    https://pubmed.ncbi.nlm.nih.gov/?term=Hooman+Noorchashm
https://pubmed.ncbi.nlm.nih.gov/?term=+McCullough+PA
Siri, A (May 28, 2021). *Letter to CDC re CDC recommendations regarding the fully vaccinated.* https://www.icandecide.org/wp-content/uploads/2021/06/Letter-to-CDC-re-recovered-superior-to-vaccinated_2021_05_28.pdf.

[10]    Our World in Data (2021). *Coronavirus: Data explorer.* https://ourworldindata.org/explorers/coronavirus-data-explorer
Bruno, R et al (2021). *SARS-CoV-2 mass vaccination: Urgent questions on vaccine safety that demand answers from international health agencies, regulatory authorities, governments and vaccine developers.* Authorea. https://authorea.com/doi/full/10.22541/au.162136772.22862058
Goldberg, Y (2021). *Protection of previous SARS-CoV-2 infection is similar to that of BNT162b2 vaccine protection: A three-month nationwide experience from Israel.* MedRxiv. https://www.medrxiv.org/content/10.1101/2021.04.20.21255670v1

[11]    Raw, R et al (2021). *Previous COVID-19 infection, but not Long-COVID, is associated with increased adverse events following BNT162b2/Pfizer vaccination.* J Infect 2021 Sep; 83(3): 381-412. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8164507/

overwhelming the immune system, if a person has previously had the virus. Scientists and clinicians observing patients in real time are reporting the same phenomenon all over the world, as this representative example highlights: "People with prior COVID-19 illness appear to experience significantly increased incidence and severity of side effects after receiving the COVID-19 vaccine"[12] Some of these increased side effects include: blood clots, hemorrhage, thrombocytopenia, heart attack, and strokes; reproductive issues, including menstrual irregularities, reduced fertility, miscarriages; transmission of spike protein from vaccinated individuals, such as through breast milk and associated risk in neonates and infants; neurological disorders, including Guillain-Barré syndrome, Bell's Palsy, transverse myelitis and unspecified neurologic damage.

30.     Despite the foregoing, Defendants issued an unscientific statewide UC mandate of Covid-19 vaccination without any accommodation for Prescreening.  Defendants' dogmatic reliance upon 'CDC recommendations' is not based on real time data, or on actual numbers.  This explains why scientists and clinicians monitoring patients in real time are achieving superior health outcomes outside CDC recommendations, utilizing therapeutic protocols (such as ivermectin), and emphasizing the robustness of natural immunity. An example of this came recently from Dr. Marty Makary, a professor at the Bloomberg School of Public Health, who stated publicly that because "half the country" likely already have natural lifelong immunity to Covid-19, "I never thought I'd say this, but please ignore the CDC guidance."[13]

---

[12]     Mathioudakis, A et al (2021). *Self-Reported Real-World Safety and Reactogenicity of COVID-19 Vaccines: A Vaccine Recipient Survey.* Life (Basel). 2021 Mar 17; 11(3):249. https://pubmed.ncbi.nlm.nih.gov/33803014/.

[13]     Shiver, P (May 27, 2021). *John Hopkins professor says 'ignore the CDC' – 'natural immunity works'.* Blaze Media. https://www.theblaze.com/news/johns-hopkins-professor-ignore-cdc-natural-immunity-works ("Natural immunity works… We've got to start respecting

31.     Whilst Defendants behave unscientifically (pretending that 'science is settled' because the CDC 'always knows best'), real scientists in this country, as well as in other countries, are achieving consistently superior health outcomes for patients by doing the opposite of the one-size-fits-all approach mandated by Defendants. Indeed, Defendants' position is novel and radical. Scientifically accepted virology and immunology precepts[14] hold that immunity from natural infection is the best, most robust, and longest lasting way to deal with epidemics such as Covid 19.  **Defendants' statements to the contrary are categorically false,** and courts must not defer to false statements simply because some government scientists argue for them, but, rather, courts must apply strict scrutiny.  See e.g., *Roman Catholic Diocese v. Cuomo*, No. 20A87, 2020 U.S. LEXIS 5708, at *16 (Nov. 25, 2020) (Justice Gorsuch concurring, "Why have some mistaken this Court's modest decision in *Jacobson* for a towering authority that overshadows the Constitution during a pandemic? In the end, I can only surmise that much of the answer lies in a particular judicial impulse to stay out of the way in times of crisis. But if that impulse may be understandable or even admirable in other circumstances, we may not shelter in place when the Constitution is under attack. Things never go well when we do.")  Plaintiffs' constitutional rights are not subject to the luxury and disposal of the gaggle of government scientists who have proven unable to actually follow the scientific method requiring genuine study of unvaccinated control groups.

32.     Early evidence supports that natural immunity with SARS-CoV-2 in the unvaccinated will be lifelong. In still more emerging data, The Cleveland

---

individuals who choose not to get the vaccine, instead of demonizing them. There is more data on natural immunity than there is on vaccinated immunity, because natural immunity has been around longer.")

[14]     Delves, P et al (2017). *Roitt's Essential Immunology, 13th Edition.* Wiley-Blackwell. https://www.wiley.com/en-us/Roitt%27s+Essential+Immunology%2C+13th+Edition-p-9781118415771

Clinic found the following: "Individuals who have had SARS-CoV-2 infection are unlikely to benefit from COVID-19 vaccination."[15] And no evidence about SARS-CoV-2 exists that suggests a deviation from the accepted science of natural immunity, let alone a radical departure from same. Natural immunity is routinely demonstrated by antibody testing as well as humoral immunity (i.e., T-cell, plasma). Evidence includes prior infection[16] with SARS-CoV-1[17] (approximately 18 years ago[18]), which is approximately 78% identical to SARS-Cov-2, whereby natural immunity is still robust against current SARS-CoV-2. There is **NO** evidence to support the argument that the Covid-19 Recovered lose their immunity. In fact, there is evidence of the opposite.[19] Lifetime immunity[20] is anticipated. In a top scientific journal, the Lancet, we read about the well-

[15]    Shrestha, N (June 19, 2021). *Necessity of COVID-19 vaccination in previously infected individuals.* MedRxiv. https://www.medrxiv.org/content/10.1101/2021.06.01.21258176v3.

[16]    Doshi, P (2020). *Covid-19: Do many people have pre-existing immunity?* BMJ 2020;370:m3563. https://www.bmj.com/content/370/bmj.m3563.

[17]    Le Bert, N (2020). *SARS-CoV-2-specific T cell immunity in cases of COVID-19 and SARS, and uninfected controls.* Nature 2020 Aug;584(7821):457-462. https://pubmed.ncbi.nlm.nih.gov/32668444/.

[18]    UW Medicine (2020). *Antibody neutralizes SARS and COVID-19 coronaviruses.* News Release. https://newsroom.uw.edu/news/antibody-neutralizes-sars-and-covid-19-coronaviruses.

[19]    Haveri, A (2021). *Persistence of neutralizing antibodies a year after SARS-CoV-2 infection in humans.* Eur. J. Immunol. 2021. 0: 1-12. https://onlinelibrary.wiley.com/doi/epdf/10.1002/eji.202149535.
          Block, J. (2021). *Vaccinating people who have had covid-19: why doesn't natural immunity count in the US?* BMJ 2021;374:n2101. https://www.bmj.com/content/374/bmj.n2101.

[20]    Callaway, E (May 26, 2021). *Had COVID? You'll probably make antibodies for a lifetime.* Nature. https://www.nature.com/articles/d41586-021-01442-9.

powered SIREN study: "The findings of the authors suggest that infection and the development of an antibody response provides protection similar to or even better than currently used SARS-CoV-2 vaccines. … The SIREN study adds to a growing number of studies which demonstrate that infection does protect against reinfection."[21] Defendants can cite to no statistically significant evidence that Covid-19 Recovered persons are at any risk whatsoever of reinfection or transmission, let alone greater risk than Covid-19 vaccinated persons.

33.    Public health has always acknowledged this basic fact of immunology[22] - that immunity from natural infection is the best, most robust, and longest lasting. By screening for prior immunity, the Covid 19 Recovered will be protected from the medical harm caused by unnecessary vaccinations. Examples of this include measles, mumps, rubella, hepatitis B, hepatitis A, chickenpox, and others. If a prior immunity exists, then no shot is indicated, because risk without reward is not good medicine. Medical practice in general prescreens to determine risk versus reward. Medicine does not (or should not) push one-size-fits-all with drugs, such that any attempt to force one-size-fits-all vaccination upon Plaintiffs does not satisfy logic, proper medical procedures, or constitutional strict scrutiny.

34.    While Defendants recognize titers prescreening for other viral infections targeted by vaccines (allowing naturally immune students a medical exemption to vaccination)[23], Defendants arbitrarily reject titers prescreening for

---

[21]    Krammer, F (April 17, 2021). *Comment: Correlates of protection from SARS-CoV-2 infection.* The Lancet. Vol 397, Issue 10283, P1421-1423. https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(21)00782-0/fulltext.

[22]    Delves, P et al (2017). *Roitt's Essential Immunology, 13th Edition.* Wiley-Blackwell. https://www.wiley.com/en-us/Roitt%27s+Essential+Immunology%2C+13th+Edition-p-9781118415771.

[23]    See e.g., University of California (2017). *Medical Exemption Request Form.* https://www.ucop.edu/uc-

Covid-19.

    **35.**    Once natural immunity is present, artificial immunity (vaccination) is not indicated because it poses risk to vaccinate the immune. Besides being unduly taxing on the body, there is the potential to dangerously induce Antibody Dependent Enhancement (ADE).[24] Defendants' one-size-fits-all vaccine mandate completely ignores this accepted science that protects Plaintiffs.[25]

    **36.**    Because vaccinating the immune is well known to be both unnecessary and potentially dangerous, public health vaccination programs have always included a standardized prescreening process. This same process should be all the more indicated with the new Covid-19 vaccines, which have, in addition to the above general risks, definite and specific heightened risk, including death, as stated above for Covid-19 Recovered individuals.

    **37.**    Prescreening must be instituted at once. Because there is evidence of severe higher risk, and because Covid-19 vaccination is a new agent, prescreening must be as robust as possible, including ruling out: current infection, recent past infection (i.e., antibody testing), and older past infection (i.e., T-detect, humoral immunity). This is accomplished by doctors in all the

---

health/_files/Medical%20Exemption%20Request%20Form%204-Vaccine.pdf ("Titers for immunity to this disease").

[24]    Morens DM (1994). *Antibody-dependent enhancement of infection and the pathogenesis of viral disease.* Clin Infect Dis. 1994 Sep;19(3):500-12. https://pubmed.ncbi.nlm.nih.gov/7811870/.

[25]    For example, antibodies to a specific portion of a pathogenic complex can be enhanced and activated when exposed in high concentration in the future. This phenomenon is common in such infections as Dengue, HIV, SARS, and Ebola. In the case of human coronaviruses, the worst-case scenario, immunologically, would be when cross-reactive memory antibodies to related coronaviruses would not only be non-protective but would worsen the infection and the clinical course. Such a phenomenon of antibody dependent enhancement (ADE) has already been described in several viral infections.

traditional ways, such as taking a thorough patient history, and blood testing where indicated. The journal Nature[26] states: "A detrimental effect linked to pre-existing immunity is eminently testable and would be revealed by the same COVID-19 cohort and vaccine studies proposed above."

38.    According to Physicians for Informed Consent, "As of July 1, 2021, about 53.8% of the 330 million people living in the U.S. have been infected with SARS-CoV-2. Because the COVID-19 IFR is 0.35%, and at that time there were 621,000 COVID-19 deaths, that equates to 177.4 million SARS-CoV-2 infections (621,000/0.35%)."[27] Now that we're in October 2021, this number exceeds 200 million people.

## MANDATORY VACCINATION FAILS

39.    Mandatory vaccination is a failed public health policy that fails every level of judicial scrutiny.

   a.  For the affected student Plaintiffs in this case, the survival rate for Covid-19 is as follows: age 18-49 (99.97%).[28]

---

[26]    Sette, A., Crotty, S. (2020). *Pre-existing immunity to SARS-CoV-2: the knowns and unknowns.* Nat Rev Immunol 20, 457–458. https://www.nature.com/articles/s41577-020-0389-z.

[27]    Physicians for Informed Consent (2021). *SARS-CoV-2 COVID-19: What You Need To Know.* https://physiciansforinformedconsent.org/wp-content/uploads/2021/08/PIC-COVID-19-Disease-Information-Statement-DIS-August-2021.pdf.

[28]    Reese, H. et al (November 25, 2020). *Estimated Incidence of Coronavirus Disease 2019 (COVID-19) Illness and Hospitalization—United States, February–September 2020.* Clinical Infectious Diseases, Volume 72, Issue 12, 15 June 2021, Pages e1010–e1017. https://doi.org/10.1093/cid/ciaa1780.
US Centers for Disease Control and Prevention (2021). *Weekly updates by select demographic and geographic characteristics: provisional death counts for coronavirus disease (COVID-19).* https://www.cdc.gov/nchs/nvss/vsrr/covid_weekly/index.htm#AgeAndSex.

**b.** These naturally immune students are in the class of persons who are least likely to transmit the virus to others.  Vaccinated students are more likely to transmit the virus to others.[29]

**c.** Data from multiple nations shows Covid-19 vaccines are failing against the Delta strain of SARS-CoV-2,[30,31] which is the dominant (>99%) strain throughout the United States.[32]

**d.** The CDC Director acknowledged that the Covid-19 vaccines do not prevent infection or transmission of Covid-19: "what the vaccines can't do anymore is prevent transmission."[33] Regarding clinical trial data showing absolute risk reduction of the vaccine to Covid-19, a vaccinated person is still 99% as likely to catch Covid-19 as they were before being vaccinated (99.2% in the case of Pfizer).[34] The government's claimed benefit of the

---

[29]   Keehner, J et al (2021). *Resurgence of SARS-CoV-2 Infection in Highly Vaccinated Health System Workforce.* N Engl J Med 2021; 385:1330-1332. https://www.nejm.org/doi/full/10.1056/NEJMc2112981.

[30]   Liu, Y et al (2021). *The SARS-CoV-2 Delta variant is poised to acquire complete resistance to wild-type spike vaccines.* BioRxiv. https://www.biorxiv.org/content/10.1101/2021.08.22.457114v1.full.pdf.

[31]   Delaney, P (October 6, 2021). *Brief video illustrates dramatic spikes in COVID-19 deaths after jabs in 40 nations.* LifeSite News. https://www.lifesitenews.com/news/brief-video-illustrates-dramatic-spikes-in-covid-19-deaths-following-jabs-in-40-nations/.

[32]   US Centers for Disease Control and Prevention (2021). *COVID Data Tracker.* https://covid.cdc.gov/covid-data-tracker/#variant-proportions.

[33]   CNN (August 5, 2021). *The Situation Room, interview with CDC Director Walensky.* https://twitter.com/CNNSitRoom/status/1423422301882748929.

[34]   Olliaro P et al (July 2021). *COVID-19 vaccine efficacy and effectiveness- the elephant (not) in the room.* Lancet Microbe. 2021;2(7):e279-e280. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8057721/.

---

Covid-19 vaccine is that it may reduce symptoms of those who are infected by SARS-CoV-2, but not transmission of the virus. Therefore, Covid-19 vaccines are treatments, explaining why the CDC changed its definition of "vaccine" in August 2021 from "the act of introducing a vaccine into the body to produce immunity to a specific disease" to "the act of introducing a vaccine into the body to produce protection to a specific disease."[35]

**40.**     In our system of law, the government's claimed power to mandate vaccination was derived from (and remains subservient to) the police power, which itself was derived from (and remains subservient to) the right of self-defense that the American people gave to government. As objectively viewed data shows vaccination actively harms public health, the State also logically lacks police power to mandate vaccination under color of law, there being no 'self-defense' justification for actively harming the American people. The right of self-defense is invoked in this case to further inform the right to 14th Amendment bodily integrity, a right that is squarely oriented in favor of the unvaccinated.

**41.**     Natural immunity is a successful public health strategy that is currently working in many other countries, and in many communities within the United States.

## PANDEMIC OF THE VACCINATED

**42.**     Together with the American people, Plaintiffs observe Covid-19 vaccination actively harms public health. Some representative examples:

**a.**  "Based on this data it is all but a certainty that mass COVID-19 immunization is hurting the health of the population in general. Scientific

---

[35]     Attkisson, S (September 8, 2021). *CDC changes definition of "vaccines" to fit Covid-19 vaccine limitations.* https://sharylattkisson.com/2021/09/read-cdc-changes-definition-of-vaccines-to-fit-covid-19-vaccine-limitations/.

principles dictate that the mass immunization with COVID-19 vaccines must be halted immediately because we face a looming vaccine induced public health catastrophe."[36]

b. "As a dedicated virologist and vaccine expert I only make an exception when health authorities allow vaccines to be administered in ways that threaten public health, most certainly when scientific evidence is being ignored. The present extremely critical situation forces me to spread this emergency call. As the unprecedented extent of human intervention in the Covid-19- pandemic is now at risk of resulting in a global catastrophe without equal, this call cannot sound loudly and strongly enough….. . Sufficient scientific evidence has been brought to the table. Unfortunately, it remains untouched by those who have the power to act. How long can one ignore the problem when there is at present massive evidence that viral immune escape is now threatening humanity? We can hardly say we didn't know - or were not warned. In this agonizing letter I put all of my reputation and credibility at stake."[37]

c. A study of a Covid-19 outbreak in July 2021 published in Eurosurveillance observed that 100% of severe, critical, and fatal cases of Covid-19 occurred in vaccinated individuals. The authors stated that the study "challenges the assumption that high universal vaccination rates will lead

---

[36]    Classen B (August 25, 2021). *US COVID-19 Vaccines Proven to Cause More Harm than Good Based on Pivotal Clinical Trial Data Analyzed Using the Proper Scientific Endpoint, "All Cause Severe Morbidity"*. Trends Int Med. 2021; 1(1): 1-6. https://www.scivisionpub.com/pdfs/us-covid19-vaccines-proven-to-cause-more-harm-than-good-based-on-pivotal-clinical-trial-data-analyzed-using-the-proper-scientific--1811.pdf.

[37]    Vanden Bossche, G (2021). *Mass infection prevention and mass vaccination with leaky Covid-19 vaccines in the midst of the pandemic can only breed highly infectious variants.* Open Letter to World Health Organization. https://www.geertvandenbossche.org/.

to herd immunity and prevent COVID-19 outbreaks."[38]

    **d.** In the heavily vaccinated State of Vermont, 76% of deaths are among the vaccinated.[39]

    **e.** A CDC investigation of an outbreak in Barnstable County, Massachusetts, between July 6 through July 25, 2021, found 74% of those who received a diagnosis of Covid-19, and 80% of hospitalizations, were among the fully vaccinated, as most (but not all), had the Delta variant of the virus (note: since the County did not have a population that was 74% fully Covid-19 vaccinated, this would mean the vaccines *increase* the odds of being infected with Covid-19).[40]

    **f.** Scientists and clinicians monitoring patients in real time are achieving superior health outcomes than CDC recommendations, utilizing

---

[38]    Pnina, S. et al (September 23, 2021). *Nosocomial outbreak caused by the SARS-CoV-2 Delta variant in a highly vaccinated population, Israel, July 2021.* Euro Surveill. 2021;26(39):pii=2100822. https://doi.org/10.2807/1560-7917.ES.2021.26.39.2100822.

[39]    Page, G. (September 30, 2021). *76% of September Covid-19 deaths are vax breakthroughs.* The Vermont Daily Chronicle. https://vermontdailychronicle.com/2021/09/30/76-of-september-covid-19-deaths-are-vaxxed-breakthroughs/ ("Just eight of the 33 Vermonters who died of Covid-19 in September were unvaccinated, the Vermont Department of Heath said Wednesday.")

[40]    Brown CM, et al. (July 2021). *Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings — Barnstable County, Massachusetts, July 2021.* MMWR Morb Mortal Wkly Rep 2021;70:1059-1062. https://www.cdc.gov/mmwr/volumes/70/wr/mm7031e2.htm?s_cid=mm7031e2_w.
    Lovelace, B (July 30, 2021). *CDC study shows 74% of people infected in Massachusetts Covid outbreak were fully vaccinated*. CNBC News. https://www.cnbc.com/2021/07/30/cdc-study-shows-74percent-of-people-infected-in-massachusetts-covid-outbreak-were-fully-vaccinated.html.

therapeutic protocols (such as ivermectin)[41], and emphasizing the robustness of natural immunity. An example of this came recently from Dr. Marty Makary, a professor at the Bloomberg School of Public Health, who stated publicly that because "half the country" likely already have natural lifelong immunity to Covid-19, "I never thought I'd say this, but please ignore the CDC guidance."[42]

g. On August 1, 2021, the director of Israel's Public Health Services announced half of all Covid-19 infections were among the fully vaccinated.[43]

h. On August 5, 2021, the director of the Herzog Hospital in Jerusalem appeared on Channel 13 News, reporting that 95% of severely ill Covid-19 patients are fully vaccinated, and that they make up 85% to 90% of Covid-19 related hospitalizations overall.[44]

i. In Scotland, official data on hospitalizations and deaths show 87% of those who have died from Covid-19 in the third wave that began in early July

---

[41]     CovidAnalysis (October 13, 2021). *COVID-19 early treatment: real-time analysis of 1,017 studies.* https://c19early.com/.

[42]     Shiver, P. (May 2021). *John Hopkins professor says 'ignore the CDC' - 'natural immunity works'.* Blaze Media.https://www.theblaze.com/news/johns-hopkins-professor-ignore-cdc-natural-immunity-works ("Natural immunity works… We've got to start respecting individuals who choose not to get the vaccine, instead of demonizing them. There is more data on natural immunity than there is on vaccinated immunity, because natural immunity has been around longer.")

[43]     Bloomberg News (August 1, 2021). *Israel sees waning coronavirus vaccine effectiveness.* https://www.bostonglobe.com/2021/08/01/nation/israel-sees-waning-coronavirus-vaccine-effectiveness/.

[44]     Fleetwood, J. (August 8, 2021*). Vaxxed Make Up '85-90% of the Hospitalizations' from Covid Infection in Israel: Dr. Kobi Haviv.* American Faith. https://americanfaith.com/vaxxed-make-up-85-90-of-the-hospitalizations-from-covid-infection-in-israel-dr-kobi-haviv/.

were vaccinated.[45]

    **j.** Project Veritas continues to expose undercover video and emails from US health agencies and vaccine manufacturers confirming[46] that (1) vaccine injuries are underreported because vested interests want to "shove it under the mat",[47] (b) vaccine tracking is implemented in a fascist manner, (c) vaccination is both unnecessary and harmful, (d) natural immunity is superior to vaccination, and (e) vaccine manufacturers actively conceal from the public the use of aborted fetuses to develop vaccines.

    **k.** Emerging evidence from independent laboratory scientists reveals undisclosed harmful ingredients in vaccine vials. Independent scientists are also publishing real time reports on the catastrophic injury and death rates caused by Covid-19 vaccination,[48] proving that the real threat to

---

[45]    Daily Expose (July 29, 2021). *Exclusive - Covid-19 are rising and official data shows 87% of the people who have died were vaccinated.* Daily Expose. https://dailyexpose.co.uk/2021/07/29/87-percent-covid-deaths-are-vaccinated-people/; see also Daily Expose (September 8, 2021). *80% of Covid-19 deaths in August were people who had been vaccinated according to Public Health data.* Daily Expose. https://theexpose.uk/2021/09/08/exclusive-80-percent-of-covid-19-deaths-in-august-were-people-who-had-been-vaccinated/.

[46]    Project Veritas (2021). *COVID-19 Vaccine Exposed.* https://www.projectveritas.com/.

[47]    This observation is also corroborated by (a) the Lazarus report from Harvard Pilgrim evidencing that less than 1% of vaccine adverse events are reported to VAERS (https://digital.ahrq.gov/sites/default/files/docs/publication/r18hs017045-lazarus-final-report-2011.pdf), and (b) in another case filed by Plaintiff AFLDS, see the declaration of a whistleblower who compared the high number of vaccine deaths in private CMS medical claims to the low number of vaccine deaths reported to VAERS. *America's Frontline Doctors, et al. v. Becerra et al.* Case 2:21-cv-00702-CLM, United States District Court (Northern District of Alabama), Dkt. 15-4 (Declaration filed 07/19/21).

[48]    See e.g., Delaney, P (October 6, 2021). *Brief video illustrates dramatic*

1    public health is the vaccine.

2    **UC RIVERSIDE COVID-19 VACCINE MANDATE**

3    **43.** Defendant Wilcox regularly publishes the Covid-19 vaccine policies

4    that he enforces at UC Riverside. See e.g., https://ehs.ucr.edu/coronavirus. Such

5    policies and their enforcement constitute a pattern and practice of UC Riverside

6    discriminating against unvaccinated persons who are Covid-19 recovered

7    compared to persons who are Covid-19 vaccinated.

8    **UC IRVINE COVID-19 VACCINE MANDATE**

9    **44.** Defendant Gillman regularly publishes the Covid-19 vaccine

10   policies that he enforces at UC Irvine. See e.g., https://uci.edu/coronavirus/. Such

11   policies and their enforcement constitute a pattern and practice of UC Irvine

12   discriminating against unvaccinated persons who are Covid-19 recovered

13   compared to persons who are Covid-19 vaccinated.

14   **45.** Regarding students claiming the religious exemption, a strange

15   webpage has emerged from UC Irvine ( https://shc.uci.edu/immunization-

16   requirements/religious-belief-exception-educational-resources ) where UCI

17   presumes to give supposedly authoritative teachings about vaccines from various

18   religions, and makes reading them a condition of submitting a religious

19   exemption request.

20   **UCLA COVID-19 VACCINE MANDATE**

21   **46.** Defendant Block regularly publishes the Covid-19 vaccine policies

22   that he enforces at UCLA. See e.g., https://covid-19.ucla.edu/. Such policies and

23   their enforcement constitute a pattern and practice of UCLA discriminating

24   against unvaccinated persons who are Covid-19 recovered compared to persons

25   who are Covid-19 vaccinated.

26

27   *spikes in COVID-19 deaths after jabs in 40 nations.* LifeSite News.

28   https://www.lifesitenews.com/news/brief-video-illustrates-dramatic-spikes-in-covid-19-deaths-following-jabs-in-40-nations/.

**UC SANTA CRUZ COVID-19 VACCINE MANDATE**

**47.**     Defendant Larive regularly publishes the Covid-19 vaccine policies that she enforces at UC Santa Cruz. See e.g., https://slugstrong.ucsc.edu/. Such policies and their enforcement constitute a pattern and practice of UC Santa Cruz discriminating against unvaccinated persons who are Covid-19 recovered compared to persons who are Covid-19 vaccinated.

**UC STATEWIDE POLICY**

**48.**     On or about July 15, 2021, Defendants UC and Drake published a policy (republished by the other Defendants) to mandate Covid-19 vaccination for all UC students, as follows:

> "The deadline for initial implementation of the Program, which is two (2) weeks before the first day of instruction at any University campus or school for the Fall 2021.
>
> …
>
> **"Exception**: An approved exception to COVID-19 vaccination based on a Medical Exemption, Disability, or Religious Objection.
>
> …
>
> **"Non-Pharmaceutical Intervention (NPI):** An action, other than getting vaccinated or taking medicine, that members of the University community can take to help prevent or slow the spread of COVID-19 and other contagious illnesses. NPIs include, for example, staying home, especially when a person is sick or when a member of the person's family or household is sick; quarantining when an unvaccinated person has been exposed to someone else with the illness; avoiding large gatherings; physical/social distancing; wearing personal protective equipment or face coverings; frequent handwashing

1    and cleaning; and asymptomatic (surveillance) and

2    symptomatic testing.

3    …

4    "As a condition of Physical Presence at a Location or in a

5    University Program, all Covered Individuals must Participate in

6    the COVID-19 Vaccination Program by providing proof of Full

7    Vaccination or submitting a request for Exception or Deferral

8    no later than the Implementation Date. This requirement will be

9    subject to implementation guidelines and any local procedures

10   for enforcement. Alternative remote instructional programming

11   is not expected to be available in most cases and the availability

12   of alternative remote work arrangements will depend on

13   systemwide guidance and any local policies or procedures, as

14   well as the nature of the work to be performed.

15   …

16   "Students who fail to provide proof of vaccination or apply for

17   an Exception or Deferral by the Implementation Date may,

18   therefore, be subject to a registration hold.

19   …

20   "Each campus is responsible for: (i) assuring any necessary

21   updates are made to its local Infectious Diseases/Infection

22   Prevention and Control Programs; (ii) establishing deadlines for

23   COVID-19 Vaccination Program Participation on an annual or

24   ongoing basis, in consultation with epidemiology and infection

25   prevention experts and occupational health representatives as

26   applicable and consistent with any supply limitations; and (iii)

27   assuring implementation of the COVID-19 Vaccination

28   Program at all sites…. Chancellors, Laboratory Directors, and

the Vice President ANR are responsible for implementing this policy.

…

*"[FAQ #9] I was recently diagnosed with COVID-19, and/or I had an antibody test that shows that I have natural immunity. Does this support a Medical Exemption?*

You may be eligible for a temporary Medical Exemption (and, therefore, a temporary Exception), for up to 90 days after your diagnosis and certain treatments. <u>According to the US Food and Drug Administration</u>, however, "a positive result from an antibody test does not mean you have a specific amount of immunity or protection from SARS-CoV-2 infection … Currently authorized SARS-CoV-2 antibody tests are not validated to evaluate specific immunity or protection from SARS-CoV-2 infection." For this reason, individuals who have been diagnosed with COVID-19 or had an antibody test are not permanently exempt from vaccination.

…

"Those Covered Individuals who fail to Participate by being Vaccinated or requesting an Exception or Deferral on or before the Implementation Date will be barred from Physical Presence at University Facilities and Programs, and may experience consequences as a result of non-Participation, up to and including dismissal from educational programs or employment."

And Appendix A to the UC Policy contains a medical exemption form that requires a healthcare provider to certify: "I certify that one or more of the Contraindications or Precautions recognized by the CDC or by the vaccines'

1  manufacturers for each of the currently available COVID19 vaccines applies to

2  the patient listed above. For that reason, COVID-19 vaccination using any of the

3  currently available COVID-19 vaccines is inadvisable for this patient in my

4  professional opinion."

5      **49.**    The UC policy refers to the CDC webpage entitled, "Interim

6  Clinical Considerations for Use of COVID-19 Vaccines Currently Authorized in

7  the United States", which contains the following excerpt:

8      "People should be offered vaccination regardless of their

9      history of symptomatic or asymptomatic SARS-CoV-2

10      infection; this includes people with prolonged post-COVID-19

11      symptoms. Data from clinical trials indicate that the currently

12      authorized COVID-19 vaccines can be given safely to people

13      with evidence of a prior SARS-CoV-2 infection. Viral testing to

14      assess for acute SARS-CoV-2 infection or serologic testing to

15      assess for prior infection is not recommended for the purposes

16      of vaccine decision-making.

17      "Vaccination of people with known current SARS-CoV-2

18      infection should be deferred until the person has recovered from

19      the acute illness (if the person had symptoms) and they have

20      met criteria to discontinue isolation. This recommendation

21      applies to people who experience SARS-CoV-2 infection

22      before receiving any vaccine dose and those who experience

23      SARS-CoV-2 infection after the first dose of an mRNA vaccine

24      but before receipt of the second dose.

25      "While there is no recommended minimum interval between

26      infection and vaccination, current evidence suggests that the

27      risk of SARS-CoV-2 reinfection is low in the months after

28

1    initial infection but may increase with time due to waning

2    immunity."

3    https://www.cdc.gov/vaccines/covid-19/clinical-

4    considerations/covid-19-vaccines-us.html

5    Moreover, on such CDC webpage for the moment, a person's previous

6    history of SARS-CoV-2 infection is not a contraindication or precaution to

7    Covid-19 vaccination.

8    **50.**    Defendants also publish policies that treat Covid-19 recovered

9    students as if their natural immunity is insufficient, such that these unvaccinated

10   Covid-19 recovered students are threatened with unnecessary medical procedures

11   and interventions without their consent (i.e., PCR testing).

12   **51.**    Defendants' novel theories for the novel coronavirus and its

13   experimental vaccine are expressly based on conjecture that fails strict scrutiny

14   when applied as a healthcare mandate, as Defendants *suggest* without confirmed

15   data, for example:

16   **a.** Covid-19 vaccines 'could' 'may' 'possibly' 'ideally' create a

17        larger immune response[49] and therefore perhaps hypothetically

18        create superior immunity that just hasn't been observed yet but

19        might be observed in the unknown future by some unknown

20        institution.

21   **b.** Sars-Cov-2 'could' 'may' 'possibly' be more likely to mutate in

22        the bodies of unvaccinated persons rather than vaccinated

23

24   [49]    https://mediasources.ucr.edu/articles/2021/03/03/what-uc-riverside-

25   scientists-have-say-about-vaccines-variants-and-antibodies ("ideally");

26   https://campusreturn.ucr.edu/sites/g/files/rcwecm4671/files/2021-04/COVID-

     19%20Vaccine%20education%20slide%20deck_UCLA_UCR%20%281%29.pdf

27   , page 31 ("There is not enough information" "suggests"));

28   https://uci.edu/coronavirus/testing-response/covid-19-vaccine.php ("usually").

persons[50], even though that too hasn't been observed yet but only might be observed in the unknown future by some unknown institution.

Defendants' pattern and practice of unsubstantiated conjecture has already been authoritatively rebutted by overwhelming scientific evidence, and therefore the CDC will (or *should*) correct its guidance imminently.[51]

### EMERGENCY USE AUTHORIZATION

**52.** Presently all Covid-19 vaccines available to the Plaintiffs are authorized only for emergency use. And the federal law governing such authorization, 21 U.S.C. § 360bbb-3(e)(1)(A)(ii)(I-III), grants the patient explicitly "the option to accept or refuse administration of the [EUA] product".

**53.** Every FDA fact sheet for a Covid-19 vaccine available to Plaintiffs states the same disclaimer, "It is your choice to receive or not receive the [Pfizer-BioNTech, Moderna, Janssen] COVID-19 Vaccine. Should you decide not to receive it, it will not change your standard medical care." This precise language is required by federal statute because available Covid-19 vaccines are *not* FDA approved but rather are Emergency Use Authorization (EUA) only. The same precise statutory language also applies for all Covid-19 tests and face coverings – they too are EUA and so pursuant to federal statute if an individual declines these EUA products, it cannot change the individual's standard medical care.

**54.** And yet, as the Plaintiffs in this case respectfully decline these EUA products, Defendants openly threaten to disenroll them and remove their standard

---

[50] https://www.universityofcalifornia.edu/news/are-we-stuck-covid-19-forever ("may be").

[51] Siri, A (May 28, 2021). *Letter to CDC re CDC recommendations regarding the fully vaccinated.* https://www.icandecide.org/wp-content/uploads/2021/06/Letter-to-CDC-re-recovered-superior-to-vaccinated_2021_05_28.pdf.

healthcare offered through Student Health Services.[52]  Therefore, Defendants are openly violating federal law (in a field preempted by federal law) in their zeal to rush a vaccine mandate to promote Defendants' highly suspect 'separate but equal' campus segregation policies. Students with natural immunity are treated like second class citizens (weekly swabs up the nose, daily masks on the face, and more).

55.    The previously referenced section (21 U.S.C. § 360bbb-3) of the Federal Food, Drug, and Cosmetic Act governing medical products approved for emergency states that the FDA-approved fact sheet must state "the consequences, if any, of refusing administration of the product." Nowhere in an FDA fact sheet for vaccines, face masks, or Covid-19 tests, does it specify that a person may be denied education, denied student health services, disciplined, required to seek religious belief accommodation, or otherwise discriminated against for refusal. Nor does any fact sheet state that people declining will be forced to use still other EUA products.

**FIRST CAUSE OF ACTION AGAINST DEFENDANTS**
**Declaratory Relief Under 28 U.S.C. § 2201**
**United States Constitution 14th Amendment Bodily Integrity**

56.    Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

57.    Plaintiffs have fundamental constitutional rights to bodily integrity, including, especially, to be free from human medical experimentation. The FDA's classification of Covid-19 vaccination (as emergency use or approved) is not determinative of the experimental status of the vaccination, as, for example,

---

[52]    See e.g., "Student Health Insurance Plan (SHIP). All registered UCR students are automatically enrolled in the SHIP, a comprehensive and affordable insurance plan that is covered by financial aid…. All UCR students have access to SHS [Student Health Services], even if you aren't covered by SHIP." https://studentdocs.ucr.edu/studenthealth/uc-riverside_student_health_services-brochure.pdf

with the complete absence of any long-term safety data and the novel status of mRNA and adenovirus vaccines in humans.

58.    The Constitutional Right to Bodily Integrity is well settled in law and ethics:

A.    "It cannot be disputed that the Due Process Clause protects an interest in life as well as an interest in refusing [] medical treatment." *Cruzan v Director, Missouri Dept of Health* (1990) 497 US 261, 279. In *Washington v. Harper*, 494 U.S. 210, 221-22, the Supreme Court stated "The forcible injection of medication into a nonconsenting person's body represents a substantial interference with that person's liberty. Cf. *Winston* v. *Lee*, 470 U.S. 753 (1985); *Schmerber* v. *California*, 384 U.S. 757, 772 (1966)." Federal courts have long maintained that strict scrutiny even applies to non-dangerous prisoners and detainees when government attempts to inject them with medication. See e.g., <u>United States v. Brandon, 158 F.3d 947 (6th Cir. 1998)</u>. And strict scrutiny is currently being applied to Covid-19 vaccine mandates in an increasing number of jurisdictions within the US.

i.    Naturally immune individuals are not dangerous. They are statistically safer and healthier than vaccinated individuals.

ii.    Covid-19 vaccines do not prevent transmission of Covid-19.

iii.    Covid-19 vaccination is gene therapy, a type of medical treatment that has proven harmful to individual health and public health.

B.    "Informed consent to medical treatment is fundamental in both ethics and law. Patients have the right to receive information and ask questions about recommended treatments so that they can make well-considered decisions about care. Successful communication in the patient-physician relationship fosters trust and supports shared decision

making."[53]

C.      "As with all forms of medical therapy, informed consent must precede vaccination administration."[54]

D.      Coerced consent to a medical procedure violates the medical ethics of informed consent and informed refusal, as for example where an individual who has been coerced to consent to injection of biotechnology, due to governmental threat of loss of access to basic necessities of life such as food and medical care, cannot be presumed to have provided lawful informed consent to the injection.[55]

59.      Plaintiffs are the only competent persons able to provide consent/refusal to the injection of Covid-19 vaccines into themselves. Neither Defendants nor third parties (such as the FDA) are able to provide such consent/refusal on behalf of Plaintiffs, nor can Defendants or third parties waive Plaintiffs' rights to informed consent/refusal of Covid-19 vaccines. Because Defendants have indicated that consent to injection of a Covid-19 vaccine is an imminent condition of their ongoing college participation (and, hence, future livelihood), Plaintiffs fundamental rights are in jeopardy. Plaintiffs seek declaratory relief to clarify their rights, and thereby prevent immediate harm.

60.      This real and concrete controversy exists between Plaintiffs and

---

[53]      American Medical Association (2021). *AMA Principles of Medical Ethics: I, II, V, VIII. Informed Consent.* https://www.ama-assn.org/delivering-care/ethics/informed-consent.

[54]      The American College of Obstetricians and Gynecologists, Committee on Ethics, Ethical Issues With Vaccination for the Obstetrician–Gynecologist, Committee Opinion Number 564, May 2013, *(Reaffirmed 2016).*

[55]      Bi, S. and Klusty, T (2015). *Forced Sterilizations of HIV-Positive Women: A Global Ethics and Policy Failure.* AMA J Ethics 17(10):952-957. doi:10.1001/journalofethics. 2015.17.10.pfor2-1510. https://journalofethics.ama-assn.org/article/forced-sterilizations-hiv- positive-women-global-ethics-and-policy-failure/2015-10.

Defendants, in that Defendants contend that they have the right, the power, and the authority to require Plaintiffs' coerced vaccination as a condition of continuing participation at the public college (and hence control over Plaintiffs' future livelihoods), and Plaintiffs maintain that such coercion is duress, because Plaintiffs have the fundamental constitutional and statutory right to refuse vaccination without disruption of their education and future livelihoods.

61. Plaintiffs seek declaratory relief that (a) Defendants' vaccine mandate rejecting Prescreening is an unscientific infringement upon Plaintiffs' constitutional rights, and (b) Defendants lack the lawful authority to mandate vaccine biotechnology injection into Plaintiffs. "No right is held more sacred, or is more carefully guarded, by the common law, than the right of every individual to the possession and control of his own person, free from all restraint or interference of others, unless by clear and unquestionable authority of law. As well said by Judge Cooley, 'The right to one's person may be said to be a right of complete immunity: to be let alone.'" _Union P. R. Co. v. Botsford_, 141 U.S. 250, 251 (1891). Defendants do not possess clear and unquestionable authority of law to require that Plaintiffs be injected with biotechnology.

62. This actual controversy between Defendants and Plaintiffs centers upon the lives and health of Covid-19 recovered persons.

63. Defendants have asserted in published documents that there is no need to screen individuals before receiving Covid-19 vaccines, as Defendants claim the vaccines are safe for administration to such people, despite the lack of any testing of said individuals as part of the various trials regarding the various vaccines.

64. Defendants' policy is a gross departure from its own long-standing vaccination policy to reduce life-threatening harm by prescreening.

65. Prescreening can be accomplished in exactly the same way as for all other viruses, by clinical definition, and by blood immunity test where indicated.

(It is to be noted that physician members of Congress specifically endorse such immunity testing as lifesaving.)

66.    Abundant scientific medical evidence exists showing that the vaccination of individuals who have had the virus and have recovered, or who currently have the virus, will result in serious health issues, including death to certain individuals and that due process considerations require allowance for prescreening, in order to protect the lives and health of said individuals.

67.    Defendants' vaccine mandate that unscientifically rejects Prescreening is the direct cause for the immediate and unnecessary threat of injury and death to Plaintiffs.

68.    Defendants' unscientific decision to reject Prescreening will increase the short-term and long-term vaccine injury rate thereby making UC campuses less safe from SARS-CoV-2, and other pathogens. Defendants' direct attack, under color of law, on Plaintiffs' bodily integrity is an unconstitutional abuse of power that is harming public health, not advancing it.

69.    Defendants are engaged in a pattern and practice of downplaying and suppressing information that Covid-19 vaccination is experimental, does not prevent SARS-CoV-2 transmission, and that Covid-19 vaccine injury is widespread and harming public health.  Defendants' propaganda has become so extreme as to irrationally disregard data and scientists exposing the propaganda. The hallmark of Defendants' propaganda is Defendants' failure to cite credible data in support of the propaganda, but rather to rely upon a 'quasi pyramid scheme' or 'echo chamber' of continual deference to authority that also fails to cite credible data in support of the propaganda.

70.    Defendants' Covid-19 vaccination mandate actively harms public health. Defendants' lack the lawful authority to mandate vaccination under color of law.

## SECOND CAUSE OF ACTION AGAINST DEFENDANTS
### Injunctive Relief Under 42 U.S.C. § 1983
### United States Constitution 14th Amendment Bodily Integrity

**71.**     Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

**72.**     For Plaintiffs, Covid-19 vaccination is experimental, ineffective, and dangerous.

**73.**     Plaintiffs cannot lawfully be coerced under duress to participate in the human medical experiment that is Operation Warp Speed, on which Defendants have piggybacked their vaccine mandate. Plaintiffs' protected right to bodily integrity is secured by the Due Process Clause of the United States Constitution, allowing Plaintiffs to navigate the UC campuses free from forced medical experimentation and segregation based on medical condition and genetic status.

**74.**     Defendants are state actors, and have instituted a Covid-19 vaccine mandate under color of law.

**75.**     Defendants' Covid-19 vaccination mandate actively harms public health. Defendants' lack the lawful authority to mandate vaccination under color of law.

**76.**     The forcible administration of the Covid-19 vaccines, on penalty of exclusion from campus, deprives Plaintiffs of their substantive due process rights as described herein.

**77.**     The harm to Plaintiffs is increasingly irreversible, and causes daily harm, the more that the Covid-19 vaccination mandate is carried out.

**78.**     Unless Defendants are enjoined, Plaintiffs will be irreparably harmed, which harm includes, but not by way of limitation, death, or other serious illness, and the loss of fundamental constitutionally protected rights.

//

//

**THIRD CAUSE OF ACTION AGAINST DEFENDANTS**
**Injunctive Relief Under 42 U.S.C. § 1983**
**United States Constitution 14th Amendment Freedom from State Created Danger**

79.   Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

80.   Plaintiffs have the 14th Amendment Due Process right to be free from Defendants placing Plaintiffs in a situation of involuntary vaccination, a position of actual, particularized danger based upon the deliberate indifference of Defendants to a known and obvious danger of Covid-19 vaccine injury.

81.   Defendants' deliberate indifference to the known and obvious danger of vaccine injury (including but not limited to Defendants' inability to quantify the risks of the medical procedure they mandate) creates and exposes Plaintiffs to health dangers, the intensity of which Plaintiffs would not have otherwise faced. Defendants' rejection of science (i.e., Defendants' failure to objectively analyze data) makes Plaintiffs at risk of vaccine injury.

82.   Plaintiffs' current and future injuries as herein stated are reasonably foreseeable to Defendants.

83.   Plaintiffs are in a special relationship with Defendants, in that Plaintiffs are students enrolled at UC campuses.

**FOURTH CAUSE OF ACTION AGAINST DEFENDANTS**
**Injunctive Relief Under 42 U.S.C. § 1983**
**United States Constitution 4th Amendment Privacy**

84.   Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

85.   Plaintiffs allege that their fundamental right to privacy is infringed by Defendants' practices of publicly segregating students into two separate groups based on student's genetic status in relation to the Covid-19 genetic therapy. Group 1 receives Covid-19 gene therapy and Group 2 remains natural.

Defendants classified Plaintiff students in Group 2. Defendants' demand that Group 2 students publicly display their status by such pseudo-science methods as covering their faces with masks not designed to stop viruses.  Defendants' insistence and enforcement that Plaintiffs may only breathe as authorized by the Chancellor is a violation of Plaintiffs' privacy.

86.     Defendants further subject Group 2 students to invasion of privacy by mandating that Group 2 students give weekly samples of their DNA-containing bodily fluid to Defendants for laboratory testing. Defendants utilize PCR genetic testing (performed for example by forceful penetration of the student's nasal cavity creating risk of serious harm) and miscellaneous health examinations intruding student medical privacy. These forced tests are unlawful.

87.     Defendants utilize their positions of power over Plaintiffs to threaten contact tracing, quarantine, and isolation techniques if any of Defendants' unlawful tests come back positive using the undisclosed criteria that Defendants pre-instruct the laboratories selected by Defendants. Defendants have been repeatedly cautioned that PCR and similar lab results routinely return false positives, but Defendants are committed to invading the privacy of Group 2 students.

88.     Defendants' conduct alleged herein are a direct and proximate cause of Plaintiffs' loss of privacy.

89.     Unless Defendants are enjoined, Plaintiffs will be irreparably harmed, which harm includes, but not by way of limitation, bodily injury, false imprisonment, and the loss of fundamental State and Federal constitutionally protected rights.

90.     Defendants' Covid-19 vaccination mandate actively harms public health. Defendants' lack the lawful authority to mandate vaccination under color of law.

## FIFTH CAUSE OF ACTION AGAINST DEFENDANTS
### Injunctive Relief Under 42 U.S.C. § 1983
### United States Constitution 1st Amendment Freedom of Religion

**91.** Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

**92.** Defendants are engaged in a pattern and practice of exploiting Plaintiffs' religious freedom, by coercing students to make an unnatural false choice between either quickly injecting themselves unnecessarily with new genetic material (a Covid-19 vaccine) presenting an emerging risk of injury and death, or else disclosing under duress their religious beliefs to Defendants' religious exemption approval panels.

**93.** As set forth in paragraph 25, Defendants prejudicially segregate religious people in order to subject them to harmful and invasive testing.

**94.** Defendants' conduct alleged herein is a direct and proximate cause of Plaintiffs' loss of religious freedom.

**95.** Unless Defendants are enjoined, Plaintiffs' religious freedom will be irreparably harmed, by for example: the vaccine infringes upon the sanctity of the body and forces students to inject biotechnology derived from aborted fetal cell lines. For those students with religious exemption to vaccination, the so-called 'alternative' of mandatory DNA specimen collection by the government and mandatory face covering constitute dehumanizing bodily intrusions that substantially interfere with students' religious practices of prayer, speech, and deed.

**96.** Defendants' Covid-19 vaccination mandate actively harms public health. Defendants' lack the lawful authority to mandate vaccination under color of law.

## REQUEST FOR JURY TRIAL

**97.** Plaintiffs request a jury trial on factual matters.

//

# REQUEST FOR RELIEF

**98.** Plaintiffs request the Court grant the following relief:

**A.** Issue an order to show cause shifting the burden to Defendants to prove that Defendants' decision to reject scientifically accepted Prescreening meets a compelling State interest, and that such decision to reject accepted Prescreening science is narrowly tailored to avoid unnecessary infringement upon Plaintiffs' constitutional rights

**B.** Issue a declaratory judgment that Defendants' unscientific decision to reject Prescreening science, in order to unscientifically propagate Defendants' one-size-fits-all vaccine mandate, imminently threatens the lives of Plaintiffs, and others, and unlawfully segregates them based on their Covid-19 Recovered medical condition and natural genetic status, which is an unlawful infringement by Defendants upon Plaintiffs' constitutional rights, that places Plaintiffs' lives and public health in jeopardy.

**C.** Issue a temporary restraining order, and a preliminary injunction to restrain Defendants' from utilizing the discredited tools of coercion and segregation of natural/unvaccinated peoples in violation of federal and state law, including but not limited to Defendants' unscientific one-size-fits-all vaccine mandate, where Defendants reject scientifically accepted Prescreening, and, therefore, place Plaintiffs' lives and public health in jeopardy.

**D.** Issue a permanent injunction to restrain Defendants' from utilizing the discredited tools of coercion and segregation of natural/unvaccinated peoples in violation of federal and state law, including but not limited to Defendants' unscientific one-size-fits-all vaccine mandate where Defendants reject scientifically accepted Prescreening and therefore place Plaintiffs' lives and public health in jeopardy.

**E.** Issue an order awarding Plaintiffs costs of suit and reasonable attorneys' fees and expenses.

1         **F.**  Issue such other and further relief as this Court deems equitable,

2    just, and proper.

3    Dated this October 14, 2021

4

5                   *s/ Christina Gilbertson*
                    Christina Gilbertson (California Bar No. 236877)

6                   christina@jfnvlaw.com

7                   Jennings & Fulton, LTD
                    2580 Sorrel Street

8                   Las Vegas, NV 89146

9                   Phone: 702-979-3565

10                  Gregory J. Glaser (California Bar No. 226706)

11                  greg@gregglaser.com
                    Greg Glaser, Attorney at Law

12                  4399 Buckboard Drive #423

13                  Copperopolis, CA 95228
                    Phone: 925-642-6651

14

15                  Joseph S. Gilbert (Nevada Bar No. 9033)
                    joey@joeygilbertlaw.com

16                  Joey Gilbert & Associates

17                  405 Marsh Avenue
                    Reno, NV 89509

18                  Phone: 775-284-7700

19                  (Subject to pro hac vice admission)

20                  Attorneys for Plaintiffs

21

22

23

24

25

26

27

28