1  EMILY T. KUWAHARA (SBN 252411)
   ekuwahara@crowell.com
2  URI NIV (SBN 307487)
   univ@crowell.com
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, CA  90071
   Telephone: 213.622.4750
5  Facsimile: 213.622.2690

6  KRISTIN J. MADIGAN (SBN 233436)
   kmadigan@crowell.com
7  SUZANNE E. RODE (SBN 253830)
   srode@crowell.com
8  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
9  San Francisco, CA  94111
   Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11 [Additional Counsel Listed on Next Page]

12 Attorneys for Defendants
   KIM A. WILCOX, HOWARD GILLMAN,
13 THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA AND MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:21-cv-01243-JGB-KK<br><br>**DEFENDANTS WILCOX, GILLMAN, DRAKE AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S REQUEST TO VACATE THE HEARING ON THEIR MOTION TO DISMISS**<br><br>Date: October 25, 2021<br>Time: 9:00 A.M.<br>Ctrm.: Riverside, Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Date Action Filed: July 26, 2021 |

CHARLES F. ROBINSON (SBN 113197)
  charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
  norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
  katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN,
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

Defendants The Regents of the University of California ("The Regents"), Michael V. Drake, M.D. in his official capacity as the President of the University of California ("President Drake"), Kim Wilcox, in his official capacity as the Chancellor of the University of California, Riverside ("Chancellor Wilcox"), and Howard Gillman, in his official capacity as the Chancellor of the University of California, Irvine ("Chancellor Gillman") (collectively, "Defendants") hereby request that the Court vacate the hearing on their Motion to Dismiss, currently scheduled for October 25, 2021 at 9:00 A.M.

On September 24, 2021, Defendants moved to dismiss Plaintiffs' claims for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). ECF No. 26. On October 14, 2021, Plaintiffs filed their First Amended Complaint. ECF No. 30.

For the foregoing reasons, Defendants respectfully request that this Court vacate the hearing currently scheduled for October 25, 2021 at 9:00 A.M.

DATED: October 18, 2021         CROWELL & MORING LLP

By: /s/ Emily T. Kuwahara
Emily T. Kuwahara
Kristin J. Madigan
Suzanne E. Rode
Uri Niv

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND MICHAEL V. DRAKE