# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAS FRONTLINE DOCTORS , et al.<br><br>Plaintiff(s),<br><br>v.<br><br>KIM A. WILCOX, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21–cv–01243–JGB–KK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/18/2021__

Document Number(s):   __31__

Title of Document(s):   __Request to Vacate__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Incorrect event selected. Correct event to be used is: Request to vacate

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 18, 2021_         By:  _/s/ Trina Debose  trina_debose@cacd.uscourts.gov_
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**