Christina Gilbertson (California Bar No. 236877)
christina@jfnvlaw.com
Jennings & Fulton, LTD
2580 Sorrel Street
Las Vegas, NV 89146
Phone: 702-979-3565

Gregory J. Glaser (California Bar No. 226706)
greg@gregglaser.com
Greg Glaser, Attorney at Law
4399 Buckboard Drive #423
Copperopolis, CA 95228
Phone: 925-642-6651

Joseph S. Gilbert (Nevada Bar No. 9033)
joey@joeygilbertlaw.com
Joey Gilbert & Associates
405 Marsh Avenue
Reno, NV 89509
Phone: 775-284-7700
*Admitted pro hac vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, *et al.*,<br><br>*Defendants*. | **Case Number: 5:21-cv-01243**<br><br>**VOLUNTARY DISMISSAL OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, A CORPORATION (PURSUANT TO FRCP 41a(1))**<br><br>**Judge:** Honorable Jesus G. Bernal |

1 | Plaintiffs hereby dismiss The Regents of the University of California, a
2 | corporation, as a defendant in the instant litigation pursuant to Fed. R. Civ. P.
3 | 41(a)(1)(A)(i).

4 | Dated: November 24, 2021  */s/ Christina Gilbertson*
5 | Christina Gilbertson (California Bar No. 236877)
   | christina@jfnvlaw.com
6 | Jennings & Fulton, LTD
7 | 2580 Sorrel St.
   | Las Vegas, NV 89146
8 | Phone: 702-979-3565

9 |
10 | Attorneys for Plaintiffs