1  EMILY T. KUWAHARA (SBN 252411)
   ekuwahara@crowell.com
2  URI NIV (SBN 307487)
   univ@crowell.com
3  CROWELL & MORING LLP
  515 South Flower Street, 40th Floor
4  Los Angeles, CA  90071
  Telephone: 213.622.4750
5  Facsimile: 213.622.2690

6  KRISTIN J. MADIGAN (SBN 233436)
   kmadigan@crowell.com
7  SUZANNE E. RODE (SBN 253830)
   srode@crowell.com
8  CROWELL & MORING LLP
  3 Embarcadero Center, 26th Floor
9  San Francisco, CA  94111
  Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11 [Additional Counsel Listed on Next Page]

12 Attorneys for Defendants
  KIM A. WILCOX, HOWARD GILLMAN,
13 CYNTHIA LARIVE, GENE BLOCK, THE
  REGENTS OF THE UNIVERSITY OF
14 CALIFORNIA AND MICHAEL V. DRAKE

15             UNITED STATES DISTRICT COURT

16           CENTRAL DISTRICT OF CALIFORNIA

17                EASTERN DIVISION

18

19 AMERICA'S FRONTLINE        Case No. 5:21-cv-01243-JGB-KK
  DOCTORS, et al.,
20                      **DEFENDANTS' NOTICE OF**
           Plaintiffs,       **MOTION AND MOTION TO**
21                      **DISMISS FIRST AMENDED**
      v.                   **COMPLAINT UNDER FED. R.**
22                      **CIV. PROC. 12(B)(1) AND**
  KIM A. WILCOX, in his official    **12(B)(6)**
  capacity as CHANCELLOR OF THE
23 UNIVERSITY OF CALIFORNIA
  RIVERSIDE, et al.,          Date:     January 3, 2022
24                         Time:    1:30 p.m.
         Defendants.        Ctrm.:   Riverside, Courtroom 1
25                         Judge:   Hon. Jesus G. Bernal

26                         Date Action Filed:    July 26, 2021

27

28

CHARLES F. ROBINSON (SBN 113197)
    charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
    norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
    katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN,
CYNTHIA LARIVE, GENE BLOCK,
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1     TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE THAT on January 3, 2022, at 1:30 p.m., or as soon

3 thereafter as this matter may be heard, in the courtroom of the Honorable Jesus G.

4 Bernal, located in the George E. Brown, Jr. Federal Building and United States

5 Courthouse, 3470 Twelfth Street Riverside, California, 92501, Courtroom 1,

6 Defendants Kim A. Wilcox, in his official capacity as Chancellor of the University

7 of California, Riverside; Howard Gillman, in his official capacity as the Chancellor

8 of the University of California, Irvine; Cynthia Larive, in her official capacity as the

9 Chancellor of the University of California, Santa Cruz; Gene Block, in his official

10 capacity as the Chancellor of the University of California, Los Angeles; and

11 Michael V. Drake, M.D., in his official capacity as the President of the University

12 of California (collectively, "Defendants") hereby move for an order dismissing

13 Plaintiffs' First Amended Complaint for lack of subject matter jurisdiction pursuant

14 to Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim pursuant to

15 Federal Rule of Civil Procedure 12(b)(6).

16     This Motion is based on the grounds that Plaintiffs lack standing, and the

17 First Amended Complaint does not present a cognizable legal theory, and thus

18 Defendants are entitled to dismissal of Plaintiffs' claims.

19     This Motion is based on this Notice of Motion and Motion, the Memorandum

20 of Points and Authorities, the Request for Judicial Notice, the Declaration of Jeanie

21 Deakyne, the Declaration of Danielle Bowers, the Declaration of Frank Wada, and

22 the Declaration of Tchad Sanger, filed concurrently herewith, all other pleadings,

23 papers, and records filed in this action, and upon such oral arguments as the Court

24 may choose to have presented at the hearing on this motion.

25     This motion is made following the conference of counsel pursuant to L.R. 7-

26 3, which took place on November 10, 2021.

27

28     //

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

DEFENDANTS' NOTICE OF MOTION AND MOTION
TO DISMISS FAC; CASE NO. 5:21-CV-01243-JGB-KK

1

2   DATED:  December 6, 2021   CROWELL & MORING LLP

3

4                     By:  */s/Emily T. Kuwahara*

5                         Emily T. Kuwahara
                          Kristin J. Madigan

6                         Suzanne E. Rode
                          Uri Niv

7                         Attorneys for Defendants

8                         KIM A. WILCOX, HOWARD
                         GILLMAN, CYNTHIA LARIVE, GENE
                         BLOCK, AND MICHAEL V. DRAKE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-