EMILY T. KUWAHARA (SBN 252411)
ekuwahara@crowell.com
URI NIV (SBN 307487)
univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN,
CYNTHIA LARIVE, GENE BLOCK, THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:21-cv-01243-JGB-KK<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. PROC. 12(B)(1) AND 12(B)(6)**<br><br>Date:     January 3, 2022<br>Time:    **9:00 a.m.**<br>Ctrm.:    Riverside, Courtroom 1<br>Judge:   Hon. Jesus G. Bernal<br><br>Date Action Filed:   July 26, 2021 |

| | |
|---|---|
| 1 | CHARLES F. ROBINSON (SBN 113197) |
|   | charles.robinson@ucop.edu |
| 2 | NORMAN J. HAMILL (SBN 154272) |
|   | norman.hamill@ucop.edu |
| 3 | KATHARINE ESSICK (SBN 219426) |
|   | katharine.essick@ucop.edu |
| 4 | UNIVERSITY OF CALIFORNIA |
|   | Office of General Counsel |
| 5 | 1111 Franklin Street, 8th Floor |
|   | Oakland, CA  94607 |
| 6 | Telephone: 510.987.9800 |
|   | Facsimile: 510.987.9757 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | KIM A. WILCOX, HOWARD GILLMAN, |
|   | CYNTHIA LARIVE, GENE BLOCK, |
| 9 | THE REGENTS OF THE UNIVERSITY OF |
|   | CALIFORNIA AND MICHAEL V. DRAKE |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on January 3, 2022, at 9:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Jesus G. Bernal, located in the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, California, 92501, Courtroom 1, Defendants Kim A. Wilcox, in his official capacity as Chancellor of the University of California, Riverside; Howard Gillman, in his official capacity as the Chancellor of the University of California, Irvine; Cynthia Larive, in her official capacity as the Chancellor of the University of California, Santa Cruz; Gene Block, in his official capacity as the Chancellor of the University of California, Los Angeles; and Michael V. Drake, M.D., in his official capacity as the President of the University of California (collectively, "Defendants") hereby move for an order dismissing Plaintiffs' First Amended Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on the grounds that Plaintiffs lack standing, and the First Amended Complaint does not present a cognizable legal theory, and thus Defendants are entitled to dismissal of Plaintiffs' claims.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Jeanie Deakyne, the Declaration of Danielle Bowers, the Declaration of Frank Wada, and the Declaration of Tchad Sanger, filed concurrently herewith, all other pleadings, papers, and records filed in this action, and upon such oral arguments as the Court may choose to have presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 10, 2021.

//

DATED: December 6, 2021   CROWELL & MORING LLP

By: */s/Emily T. Kuwahara*
Emily T. Kuwahara
Kristin J. Madigan
Suzanne E. Rode
Uri Niv

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN, CYNTHIA LARIVE, GENE BLOCK, AND MICHAEL V. DRAKE