Christina Gilbertson (California Bar No. 236877)
christina@jfnvlaw.com
Jennings & Fulton, LTD
2580 Sorrel Street
Las Vegas, NV 89146
Phone: 702-979-3565

Gregory J. Glaser (California Bar No. 226706)
greg@gregglaser.com
Greg Glaser, Attorney at Law
4399 Buckboard Drive #423
Copperopolis, CA 95228
Phone: 925-642-6651

Joseph S. Gilbert (Nevada Bar No. 9033)
joey@joeygilbertlaw.com
Joey Gilbert & Associates
405 Marsh Avenue
Reno, NV 89509
Phone: 775-284-7700
Admitted *pro hac vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMERICA'S FRONTLINE
DOCTORS; Carly Powell;
Deborah Choi; Lara Ozdemirci;
and Annabella Page,

        *Plaintiffs*,

    v.

**Second Amended Complaint for Declaratory and Injunctive Relief**

KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE; HOWARD GILLMAN, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA IRVINE; CAROL CHRIST, in her official capacity as CHANCELLOR OF UNIVERSITY OF CALIFORNIA BERKELEY; GENE BLOCK, in his official capacity as CHANCELLOR OF UNIVERSITY CALIFORNIA LOS ANGELES; MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA; and John and Jane Does 2-100,

*Defendants*.

*Federal Jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, and 1343(a).*

## INTRODUCTION

1.      Recently produced public record documents show the Defendant University of California ("UC") receiving *billions of dollars* from Covid-19 vaccine manufacturers (Pfizer, Moderna, Janssen, NIH), some of which are convicted corporate felons.[1] It is an unmitigated financial conflict of interest that

---

[1]      Department of Justice data cited by Groeger, L (2014). *Big Pharma's Big Fines.* ProPublica. https://projects.propublica.org/graphics/bigpharma.
         Evans, R (2010). *Tough on Crime? Pfizer and the CIHR*. Healthc Policy. 2010 May;5(4):16-25. https://pubmed.ncbi.nlm.nih.gov/21532766/  ("Pfizer has

Defendant UC mandates that students be injected with genetic biotech (Covid-19 vaccination) produced by the very organizations from which it receives billions of dollars, because the UC profits from such mandate and fails to publicly disclose its conflicts and fails to mitigate with disclaimers upon its vaccine promotion. The unconstitutional result continues to be that UC's vaccine mandate harms students daily by making them dependent on vaccine boosters for life (or at least indefinitely), to the students' personal detriment and to the detriment of public health.[2]

_____

been a 'habitual offender,' persistently engaging in illegal and corrupt marketing practices, bribing physicians and suppressing adverse trial results. Since 2002 the company and its subsidiaries have been assessed $3 billion in criminal convictions**,** civil penalties and jury awards....In 2007, Pfizer subsidiary Pharmacia & Upjohn paid $34 million and pleaded guilty to paying kickbacks...")

   McCarthy J (2019). Big Pharma Sinks to the Bottom of U.S. Industry Rankings. https://news.gallup.com/poll/266060/big-pharma-sinks-bottom-industry-rankings.aspx ("The pharmaceutical industry is now the most poorly regarded industry in Americans' eyes, ranking last on a list of 25 industries that Gallup tests annually.")

[2]   Plaintiffs will cite both mainstream and credible independent information (analyzing official data) in this Complaint in order to emphasize the importance of independent information to independent judgment. Often the point is not to set the science in stone, but to set it free -- informed consent/refusal is necessary to process credible information in a compassionate, thoughtful, and critically thinking society.

   See e.g., Kirsch, S (January 8, 2022). *New big data study of 145 countries show COVID vaccines makes things worse (cases and deaths).* https://stevekirsch.substack.com/p/new-big-data-study-of-145-countries ("The statistically significant and overwhelmingly positive causal impact after vaccine deployment on the dependent variables total deaths and total cases per million should be highly worrisome for policy makers. They indicate a marked increase in both COVID-19 related cases and death due directly to a vaccine deployment that was originally sold to the public as the 'key to gain back our freedoms.' The effect of vaccines on *total cases per million* and its low positive association with *total vaccinations per hundred* signifies a limited impact of

**2.** This new evidence strongly indicates pervasive conflicts of interest within the UC's health research enterprise influenced its top executives in the formulation of their Covid-19 vaccination mandate, putting the interests of pharmaceutical companies and the pursuit of research funding ahead of the rights and well-being of its students, faculty, and staff.

**3.** Defendants, with their financial conflicts of interest, are in the aggressive minority. Defendants' unscientific practices actually target natural and religious peoples for committing the 'offense' of simply existing with natural immunity. Due to their unmitigated conflicts, Defendants ignore scientific evidence that natural immunity works.

**4.** It is just and right to respect natural people. Most jurisdictions do.[3] Although this case only challenges the Covid-19 vaccine mandate, the greater context is that there comes a time where most people (if not all) want to decline a vaccine – for many it is the (now recalled) swine flu vaccine, or a Covid-19 vaccine booster, or an annual flu shot, any of the 250+ vaccines currently in

---

vaccines on lowering COVID-19 associated cases. These results should encourage local policy makers to make policy decisions based on data, not narrative, and based on local conditions, not global or national mandates. These results should also encourage policy makers to begin looking for other avenues out of the pandemic aside from mass vaccination campaigns…. This is hardly the first study to reach those conclusions. These studies, all done independently, found the same thing—the more you vaccinate, the worse things get." [list of studies omitted]

[3]   Bunis, D, et al. (November 2021). *List of Coronavirus-Related Restrictions in Every State.* AARP. https://www.aarp.org/politics-society/government-elections/info-2020/coronavirus-state-restrictions.html; see also Ballotpedia (2021). *State-level mask requirements in response to the coronavirus (COVID-19) pandemic, 2020-2021.* https://ballotpedia.org/State-level_mask_requirements_in_response_to_the_coronavirus_(COVID-19)_pandemic,_2020-2021.

R&D according to the trade publication PHRMA.[4]

5.      Plaintiffs are students enrolled with the UC, which has mandated Covid-19 vaccination upon them (even though Plaintiffs have already recovered swiftly from Covid-19 with natural immunity), and upon all other students attending UC. Plaintiffs continue to have robust natural immunity superior to the vaccine-induced immunological response now mandated by State Defendants.

6.      Plaintiffs, and others similarly situated, can work with their healthcare providers to prove their natural immunity through accepted clinical definition and laboratory testing where indicated ("Prescreening"), including, but not limited to, patient history, or a T-cell test. While Defendants recognize titers prescreening for other viral infections targeted by vaccines (allowing naturally immune students a medical exemption to vaccination)[5], Defendants arbitrarily reject titers prescreening for Covid-19.

7.      Covid-19 vaccination is classified as genetic medical intervention.[6]

---

[4]      PhRMA (July 21, 2020). *Report: Medicines in Development for Infectious Diseases 2020 Report.* https://phrma.org/resource-center/Topics/Report/Medicines-in-Development-for-Infectious-Diseases-2020-Report; PhRMA (2016). *New report highlights more than 250 vaccines in development.* https://catalyst.phrma.org/new-report-highlights-more-than-250-vaccines-in-development.

[5]      See e.g., University of California (2017). *Medical Exemption Request Form.* https://www.ucop.edu/uc-health/_files/Medical%20Exemption%20Request%20Form%204-Vaccine.pdf ("Titers for immunity to this disease").

[6]      See e.g., Moderna (November 2021). *Program Patents.* https://www.modernatx.com/patents.
United States Securities and Exchange Commission (August 6, 2020). *Moderna Form 10Q.* https://www.sec.gov/Archives/edgar/data/1682852/000168285220000017/mrna-20200630.htm.
Nakagami H. (September 2021). *Development of COVID-19 vaccines*

It carries both known and unknown risk of harm to Plaintiffs and others, such as serious illness and death.

**8.**     Mandatory vaccination is a failed public health policy that fails every level of judicial scrutiny. Together with the American people, Plaintiffs observe Covid-19 vaccination actively harms public health. Covid-19 vaccines are gene therapy, a type of medical treatment that has established risks. Covid-19 vaccines do not prevent transmission of Covid-19. Defendants do not possess clear and unquestionable authority of law to require that Plaintiffs be injected with this biotechnology.

**9.**     Natural immunity is a successful public health strategy that is currently working in many other countries, and in many communities within the United States.

**10.**     An enormous amount of independent data proves that Covid-19 vaccination is actively harming the public health generally and some individuals specifically.

  **a.** The vaccinated carry a very high viral load.[7] Vaccinated people are more likely to spread coronavirus.[8] The vaccinated acquire and

_____

*utilizing gene therapy technology.* Int Immunol. 2021 Sep 25;33(10):521-527. https://pubmed.ncbi.nlm.nih.gov/33772572/.

  FDA (October 2021). *Comirnaty.* Vaccines, Blood, and Biologics. https://www.fda.gov/vaccines-blood-biologics/comirnaty.

  For clarity of reference, Plaintiffs are using the names given to the medical products by their manufacturers and Defendants. However, Plaintiffs reject the highly misleading use of the term "vaccine" to describe these medical products, since they are not vaccines within the settled meaning of the term and, instead, are more precisely described as a form of experimental genetic manipulation.

[7]     Chau, N.V.V., et al. (October 11, 2021). *Transmission of SARS-CoV-2 Delta Variant Among Vaccinated Healthcare Workers*, *Vietnam,* Preprints with The Lancet. https://ssrn.com/abstract=3897733.

[8]     See e.g., Delaney, P (October 6, 2021). *Brief video illustrates dramatic*

transmit the virus as readily – or more readily – than the unvaccinated.[9]

    **b.** Vaccinated people had extremely brief and transient immunity for only a handful of months from the original variant. According to the CDC Director, they do not stop transmission of the virus and its variants.[10] Meanwhile, most cases of the omicron variant occur in the vaccinated, whereas natural immunity stops omicron.[11]

    **c.** The earliest studies, predictably, support lack of efficacy against the omicron variant.[12] This is because the vaccines themselves appear to

---

*spikes in COVID-19 deaths after jabs in 40 nations.* LifeSite News. https://www.lifesitenews.com/news/brief-video-illustrates-dramatic-spikes-in-covid-19-deaths-following-jabs-in-40-nations/.
    The Expose (November 2, 2021). *Pandemic of the Vaccinated – Worldwide data on 188 countries proves the highest Covid-19 case rates are in the most vaccinated countries.* https://theexpose.uk/2021/11/02/worldwide-data-proves-the-highest-covid-19-case-rates-are-in-the-most-vaccinated-countries/.

[9]    Subramanian SV, et al. (September 30, 2021). *Increases in COVID-19 are unrelated to levels of vaccination across 68 countries and 2947 counties in the United States.* Eur J Epidemiol. 2021;1-4. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8481107/.

[10]    Holcombe, M, et al. (August 6, 2021). *Fully Vaccinated People Who Get a CoVID-19 Breakthrough Infection Transmit the Virus, CDC Chief Says.* CNN Health. https://www.cnn.com/2021/08/05/health/us-coronavirus-thursday/index.html.

[11]    Redd, A, et al. (December 9, 2021) *[preprint] Minimal cross-over between mutations associated with Omicron variant of SARS-CoV-2 and CD8+ T cell epitopes identified in COVID-19 convalescent individuals.* https://www.biorxiv.org/content/10.1101/2021.12.06.471446v1

[12]    Hansen CH, et al (December 20, 2021). *Vaccine effectiveness against SARS-CoV-2 infection with the Omicron or Delta variants following a two-dose or booster BNT162b2 or mRNA-1273 vaccination series: A Danish cohort study.* https://www.medrxiv.org/content/10.1101/2021.12.20.21267966v2

be the *cause* of the variants. Vaccines that don't stop transmission but merely lessen symptoms ('leaky vaccines') create conditions that promote the emergence of vaccine-resistant strains. For example, the Journal Nature published on October 25, 2021 an article titled: "The spike protein of SARS-CoV-2 variant is heavily mutated and evades vaccine-induced antibodies with high efficiency."

**d.** Another peer-review journal article: "The deployment of vaccines against SARS-CoV-2 brings the question of mutational escape from antibody prophylaxis to the forefront. Rapid evolutionary evasion of neutralizing antibodies (nAbs) poses a number of threats to biomedical interventions aimed at bringing the virus under control, namely the risk of reduced vaccinal efficacy over time as resistant variants continue to emerge (which may or may not be rectifiable with annual vaccine updates), the risk of waning effectiveness of natural immunity as a result of evasion of common nAbs, and the risk of antibody-dependent enhancement (ADE)." [13]

**e.** Regarding clinical trial data showing absolute risk reduction of the vaccine to Covid-19, a vaccinated person is still 99% as likely to catch Covid-19 as they were before being vaccinated (99.2% in the case of Pfizer).[14] In fact, all ordinary persons can directly observe

---

[13]   Van Egeren, D et al (2021). *Risk of rapid evolutionary escaped from biomedical interventions targeting SARS-CoV-2 spike protein.* PLoS ONE 16(4): e0250780.
https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0250780

[14]   Olliaro, P, et al. (July 2021). *COVID-19 vaccine efficacy and effectiveness-the elephant (not) in the room.* Lancet Microbe. 2021;2(7):e279-e280. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8057721/.

the vaccines do not stop transmission and are harming an uncalculated number of individuals.

**f.** There is much data to show that vaccinated people are more likely to expose the community to variants.[15] As the vaccines wane after about 6 months, vaccinated people become dependent on vaccine boosters for life (UC is taking money from Pfizer, and then turning around and effectively requiring students become Pfizer customers for life).

**g.** Unvaccinated Covid-19 Recovered persons acquire lifelong natural immunity that is the most robust, most complete, and most durable.

**h.** It is counterproductive and risky to vaccinate people who are Covid-19 Recovered because they are placed at greater risk of harm in the short term and in the long term.

**i.** National data from the United States government databases (VAERS and VSD) show vaccinated people are suffering permanent disability and death from Covid-19 vaccination in staggering and unprecedented numbers.[16]

---

[15]     Keehner, J, et al. (September 1, 2021). *Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce (letter to the editor).* N Engl J Med 2021; 385:1330-1332. https://www.nejm.org/doi/full/10.1056/NEJMc2112981.

[16]     Public Health and Medical Professionals for Transparency (December 8, 2021). *FOIA Documents.* https://phmpt.org/ (Pfizer's own report reveals that from December 1, 2020 to February 28, 2021, the first 90 days that Pfizer's Covid vaccine had been rolled out, there were 1,223 deaths recorded and 42,086 adverse reactions and vaccine injuries reported worldwide. The largest number of adverse reactions was recorded in the United States (13,739) and the UK (13,404). Researchers only included reports that they deemed to be serious cases. Reports are submitted voluntarily, and the magnitude of underreporting is unknown).
International Alliance of Physicians and Medical Scientists (October 29,

1
2
3
4

    **j.** Countries with the lowest vaccination rates experience the lowest number of coronavirus cases. Countries with lower vaccination numbers have far fewer cases than areas with higher vaccination rates.[17]

5
6
7
8
9

    **k.** The current worldwide trend (i.e., Japan, Sweden, Finland, Denmark, Norway, India, and most countries on the African continent) is to stop aggressively pushing vaccination and start respecting natural immunity and proven effective treatments like Ivermectin and HCQ.[18]

10
11

2021). *Declaration.* https://doctorsandscientistsdeclaration.org.

12
13
14

[17]    Subramanian SV, et al. (September 30, 2021). *Increases in COVID-19 are unrelated to levels of vaccination across 68 countries and 2947 counties in the United States.* Eur J Epidemiol. 2021;1-4. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8481107/.

15
16
17

[18]    See e.g., Turner, H. (October 27, 2021). *Japan drops vax rollout, goes to Ivermectin, ENDS COVID almost overnight.* News Desk. https://halturnerradioshow.com/index.php/en/news-page/world/japan-drops-vax-rollout-goes-to-ivermectin-ends-covid-almost-overnight.

18
19
20

    Public officials are declaring openly that America is suffering because of vaccine mandates. See e.g., Los Angeles County Sherriff's Department (November 2, 2021). *Imminent Threat to Public Safety Due to Vaccine Mandates.* Press Conference. https://lasd.org/imminent-threat-to-public-safety-due-to-vaccine-mandates/.

21
22
23
24
25
26
27
28

    Note also the following excerpt from Oklahoma's Governor and Attorney General in their Complaint *Oklahoma v. Biden* (November 4, 2021), "Here are some related and non-exhaustive considerations that compel the conclusion that this [vaccine] mandate is arbitrary and capricious:… Defendants' failure to exempt those who have a natural immunity to COVID-19…. Oklahoma seeks to protect its residents' health and well-being from the vaccine mandate; consequently, the State has standing to bring this cause of action in federal court…. Being vaccinated does not stop anyone from being a carrier of COVID-19…. This mandate forcibly intrudes into the physical person of the federal contractor's employee; it penetrates not just into the individual's skin but into her bloodstream—and becomes a component of her body. See Skinner, 489 U.S. at

1

## JURISDICTION AND VENUE

2        **11.**     This action asserts federal claims pursuant to 42 U.S.C. § 1983. This

3  Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1337, and

4  1343(a). The Court has additional remedial authority under 28 U.S.C. §§ 2201(a)

5  and 2202.

6        **12.**     Venue of this civil action in the Judicial District for the Central

7  District of California is proper pursuant to 28 U.S.C. § 1391 (b) (1) and (2). The

8  majority of Plaintiffs reside and attend higher education with the UC in this

9  district. Defendants maintain offices, exercise their authority in their official

10  capacities, and have taken the actions at issue in this matter in the Judicial

11  District for the Central District of California.

12

## PARTIES

13        **13.**     Plaintiff AMERICA'S FRONTLINE DOCTORS ("AFLDS") is a

14  non-partisan, not-for-profit organization of hundreds of member physicians that

15  come from across the country (including California), representing a range of

16  medical disciplines and practical experience on the front lines of medicine.

17  AFLDS's programs focus on a number of critical issues including:

18                    • Providing Americans with science-based facts about COVID-19;

19                    • Protecting physician independence from government overreach;

20                    • Combating the "pandemic" using evidence-based approaches

21                    without compromising constitutional freedoms;

22                    • Fighting medical cancel culture and media censorship;

23                    • Advancing healthcare policies that protect the physician-patient

24                    relationship;

25                    • Expanding COVID-19 treatment options for all Americans who

26  _____

27  616; Schmerber, 384 U.S. at 767–68. This involves the person's privacy, bodily
   integrity, and dignity. Society certainly recognizes the right to avoid such a
28  compelled intrusion as reasonable."

1    need them; and

2    • Strengthening the voices of frontline doctors in the national

3    healthcare conversation.

4    **14.**    AFLDS's core beliefs, shared by each of its member health care

5    professionals, include the following:

6    • That the American people have the right to accurate information

7    using trusted data derived from decades of practical experience, not

8    politicized science and Big Tech-filtered public health information.

9    • That critical public health decision-making should take place away

10    from Washington and closer to local communities and the

11    physicians that serve them. They are steadfastly committed to

12    protecting the physician-patient relationship.

13    • That frontline and actively practicing physicians should be

14    incorporated into the nation's healthcare policy conversation.

15    • That safe and effective, over-the-counter Covid-19 preventative

16    and early treatment options should be made available to all

17    Americans who need them. They reject mandatory government

18    lockdowns and restrictions not supported by scientific evidence.

19    They support focused care for the nation's at-risk population,

20    including seniors and the immunocompromised.

21    **15.**    AFLDS, through its member physicians, is deeply committed to

22    maintaining the physician-patient relationship in the face of government

23    encroachment. AFLDS member physicians provide care to UC students

24    (including for example in Riverside County) directly impacted by the UC's

25    Covid-19 vaccine mandate, which is impairing physician-patient relationships,

26    and the ability of the patients to exercise informed consent/refusal without duress

27    caused by the UC.

28

1

2

3

4

     **16.**    Each of AFLDS's member physicians is also deeply committed to the guiding principle of medicine, "FIRST, DO NO HARM". They take gravely their ethical obligations to their patients. It is axiomatic that a physician's duty is to his or her patient.

5

6

7

8

     **17.**    AFLDS holds sacrosanct the relationship between doctor and patient where truly informed decisions are to be made, taking into consideration all of the factors relating to the patients' health, risks, co-morbidities and circumstances.

9

10

11

12

     **18.**    It is critical to point out that for AFLDS member physicians, the practice of medicine is not simply a job. Neither is it merely a career. Rather, it is a sacred trust. It is a true high calling that often requires a decade or more of highly focused sacrificial dedication to achieve.

13

14

15

16

17

18

     **19.**    The types of harm the AFLDS member physicians are inevitably subjected to by the UC's mandate to inject young people with the experimental Covid-19 vaccine is truly irreparable. Such harm strikes at the moral and ethical underpinnings of their calling as a physician and drives irreparable wedges into the sacred doctor-patient relationship that cannot be healed and certainly cannot be addressed with monetary damages.

19

20

21

22

23

24

25

26

     **20.**    Plaintiff Carly Powell ("Carly") is enrolled as an undergraduate student at University of California, Riverside campus. She lives in a campus apartment in Riverside. Carly is a Covid-19 Recovered person, having contracted the virus in December 2020. Carly has joined her local chapter of AFLDS as a non-physician Citizen Corps member. UC Riverside's implementation of the UC's Covid-19 vaccine mandate has put Carly under duress and impaired her ability to exercise informed consent/refusal of the Covid-19 vaccine with physicians of her choice.

27

28

     **21.**    Plaintiff Deborah Choi ("Deborah") is enrolled as a law student at

University of California, Irvine campus. Deborah resides in Irvine, California, which is located in Orange County. Deborah is a Covid-19 Recovered person, having contracted the virus in November 2020. Deborah has joined her local chapter of AFLDS as a non-physician Citizen Corps member. UC Irvine's implementation of the UC's Covid-19 vaccine mandate has put Deborah under duress and impaired her ability to exercise informed consent/refusal of the Covid-19 vaccine with physicians of her choice.

22.     Plaintiff Lara Ozdemirci ("Lara") is enrolled as a graduate student at University of California, Los Angeles campus. While attending school she lives in Los Angeles. Lara is a Covid-19 Recovered person, having recently contracted the virus. Lara has joined her local chapter of AFLDS as a non-physician Citizen Corps member. UCLA's implementation of the UC's Covid-19 vaccine mandate has put Lara under duress and impaired her ability to exercise informed consent/refusal of the Covid-19 vaccine with physicians of her choice.

23.     Plaintiff Annabella Page ("Annabella") is enrolled as an undergraduate student at University of California, Berkeley campus. She lives in Ventura County. Annabella is a Covid-19 Recovered person, having contracted the virus. Annabella has joined her local chapter of AFLDS as a non-physician Citizen Corps member. UC Berkeley's implementation of the UC's Covid-19 vaccine mandate has put Annabella under duress and impaired her ability to exercise informed consent/refusal of the Covid-19 vaccine with physicians of her choice. Remote learning under duress has been so difficult for Annabella, because of the shortage of available classes to complete her architecture major requirements and the disparate treatment (isolation) of the unvaccinated, that Annabella has been staying home in Ojai rather than be subjected to daily unequal and inadequate online education at the UC. She has also lost nonrefundable fees paid to the UC. Annabella would gladly return to in person

learning at the UC if afforded the equal opportunity (i.e., if Annabella were not discriminated against based on her natural mRNA genetic status). Based upon the UC's arbitrary policy of limiting medical exemptions for natural immunity to 90-days, Annabella's physician declined to issue her a medical exemption to Covid-19 vaccination. Her enrollment is blocked by University Health Services because she has not received Covid-19 vaccination.

24.     Plaintiffs plead for relief, to be freed from Defendants' tactics of coercion and discrimination amounting to duress as a consequence of their choice *not* to submit to the myriad risks of Covid-19 vaccine injury that Defendants are unable to quantify.

25.     Defendant Kim A. Wilcox ("Wilcox") is the Chancellor of University of California Riverside campus. Wilcox implements the Covid-19 vaccine mandate of the UC at the Riverside campus, including also Wilcox's approved coercion policies that he targets to the UC Riverside community. He is being sued in his official capacity.

26.     Defendant Howard Gillman ("Gillman") is the Chancellor of University of California Irvine campus.  Gillman implements the Covid-19 vaccine mandate of the UC at the Irvine campus, including also Gillman's approved coercion policies that he targets to the UC Irvine community. He is being sued in his official capacity.

27.     Defendant Gene Block ("Block") is the Chancellor of University of California Los Angeles campus.  Block implements the Covid-19 vaccine mandate of the UCLA campus, including also Block's approved coercion policies that he targets to the UCLA community. He is being sued in his official capacity.

28.     Defendant Carol Christ is the Chancellor of University of California Berkeley campus. Carol Christ implements the Covid-19 vaccine mandate of the

UC Berkeley campus, including also Carol Christ's approved coercion policies that she targets to the UC Berkeley community. She is being sued in her official capacity.

29.    Defendant Michael V. Drake ("Drake") is the president of the University of California. He is being sued in his official capacity.

30.    Defendants John and Jane Does 2-100 are, as yet, unknown persons.

## DEFENDANTS HARM PLAINTIFFS

31.    Defendants' vaccination mandates, as referenced herein, constitute state action taken under color of law. Defendants' inability to quantify the myriad risks of Covid-19 vaccine injury is not evidence of safety, but, rather, is evidence of human medical experiment.

32.    Plaintiffs have experienced concrete and particularized injuries-in-fact that are both actual and imminent, including, but not limited to the following: (a) Defendants are unconstitutionally coercing and segregating Plaintiffs without scientific justification because Plaintiffs are exercising their constitutional, and statutory, rights to decline involuntary injection of harmful experimental drugs; (b) Defendants are engaged in unmitigated coercion to subvert Plaintiffs' absolute right to refuse to serve as subjects to unnecessary medical experiments which are known to be dangerous, and even life-threatening, and to be free of discrimination for exercising this right; and (c) Plaintiffs experience certain and palpable threat of mandatory vaccination as Defendants push unscientific fear (rather than mathematical and clinical facts) upon Plaintiffs, and upon the public at large.

33.    Defendants fluctuate and tweak their policies rapidly, sometimes requiring vaccinated individuals mask and test like the unvaccinated, and sometimes not. The only consistency is that the rights of the unvaccinated are always diminished more.

Second Amended Complaint for Declaratory and Injunctive Relief

**34.**     Just as Defendants performed a bait and switch in April and July 2021 (first claiming EUA vaccines would not be mandatory, then flip flopping to make them mandatory), so too Defendants have laid the foundation for a bait and switch in 2021-22 with religious exemptions, as follows on information and belief: Defendants are presently offering some students a religious exemption to vaccination that Defendants plan to unilaterally remove from students at Defendants' earliest strategic opportunity, *after* Defendants have forced students with religious exemptions to submit multiple Covid-19 test results to Defendants. Defendants are heavily invested in a Covid-19 propaganda narrative that requires and benefits from Defendants generating false positive test results (i.e., high cycle PCR results known to be false positives)[19] that Defendants can claim are genuine positives (i.e., to justify Defendants' ongoing separate but equal school policy).

**35.**     Defendants' unscientific discrimination against unvaccinated Covid-19 recovered students with superior immunity foreseeably places such students, including Plaintiffs, under duress with respect to their exercise of informed consent/refusal of Covid-19 vaccination. Among the duress techniques utilized by Defendants are the following examples, which techniques are a pattern and practice that Defendants tweak rapidly and dictate forcefully:

- Dictating that Covid-19 vaccinated students may breathe freely, but unvaccinated Covid-19 recovered students with superior immunity can only breathe as the UC and Chancellor authorize.

- Dictating that Covid-19 vaccinated students are presumed healthy, but unvaccinated Covid-19 recovered students with superior immunity must submit to PCR genetic testing (performed for example by forceful

---

[19]     Kostoff, R et al (2021). *Why are we vaccinating children against COVID-19?* Toxicology Reports, Vol. 8, pp. 1665-1684, ISSN 2214-7500. https://www.sciencedirect.com/science/article/pii/S221475002100161X.

1  penetration of the student's nasal cavity creating risk of serious harm) and

2  miscellaneous health examinations intruding student medical privacy.

3  • Dictating that Covid-19 vaccinated students may physically access classes

4  on campus, but unvaccinated Covid-19 recovered students with superior

5  immunity are denied access to the education (and the rights and services

6  that come with it, including healthcare) for which they have prepaid and

7  invested their livelihoods.

8  • Dictating Covid-19 vaccinated students may congregate normally, but

9  unvaccinated Covid-19 recovered students with superior immunity must

10  maintain 6-feet distancing from others, and be subjected to various

11  physical barriers.

12  • Distributing gifts, prizes, and incentives to Covid-19 vaccinated persons,

13  but isolating unvaccinated Covid-19 recovered students with superior

14  immunity.

15  All of the above techniques create an educational environment that is

16  separate, unequal, and discriminatory based on medical condition and genetic

17  status.

18  **36.**  The unscientific rapid tweaking of Defendants' vaccine mandates

19  also causes direct and unnecessary disruption of Plaintiffs' doctor-patient

20  relationships, bodily integrity, education, and livelihood.

21  **COVID-19 VACCINATION RISK AND PRESCREENING**

22  **37.**  The typical timeline of so-called 'successful' vaccine trials is 10-15

23  years, and most fail, such as an AIDS vaccine that unsuccessfully took about 35

24  years.[20] That is not all 'red tape'; rather, there are sequential steps that are

25  

26  [20]  National Institute of Allergy and Infectious Diseases (2018). *History of*

27  *HIV Vaccine Research*. https://www.niaid.nih.gov/diseases-conditions/hiv-vaccine-research-history.

28

performed, including, for example, long term animal testing, fertility testing, teratogenicity testing, and monitoring post-release. The first three datapoints (listed immediately above) are not even known yet for the new vaccines, but the post-release monitoring in the CDC database, the Vaccine Adverse Event Reporting System ("VAERS") already shows an exponential increase in vaccine-related deaths over the previous year.[21] Plaintiffs highlight this to emphasize that, in the strict scrutiny balancing test, the burden of proof must belong on the party calling for the medical intervention, or the deviation from the normal process, and all the more so if the medical intervention is brand new and still in medical trials (such as Covid-19 vaccines are).

38.     Those individuals who have had, and, knowingly or unknowingly, recovered from the SARS-CoV-2 virus, or those individuals who currently have the virus, are herein collectively referred to as the "Covid-19 Recovered". The

---

[21]     US Centers for Disease Control and Prevention. (2021). *Covid-19*: *Vaccine Adverse Event Reporting System.* https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html

medical trials for the Pfizer[22], Moderna[23], and Johnson & Johnson[24] Covid-19 vaccines excluded the Covid-19 Recovered and many top publishing physicians[25] are proactively Prescreening patients to protect them if they are Covid-19 Recovered. See, e.g., from Pfizer trial:

> *"5.2. Exclusion Criteria Participants are excluded from the study if any of the following criteria apply: ...*
> *Previous clinical (based on COVID-19 symptoms/signs alone, if a SARS-CoV-2 NAAT result was not available)*

---

[22]    https://www.fda.gov/media/144412/download
https://www.fda.gov/media/144246/download
https://www.fda.gov/media/144245/download
https://www.fda.gov/media/144413/download
https://www.fda.gov/media/148542/download
https://cdn.pfizer.com/pfizercom/2020-11/C4591001_Clinical_Protocol_Nov2020.pdf
https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/comirnaty-and-pfizer-biontech-covid-19-vaccine

[23]    https://www.fda.gov/media/144434/download
https://www.fda.gov/media/144452/download
https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-moderna-vaccine.html
https://www.modernatx.com/sites/default/files/content_documents/Final%20mRNA-1273-P301%20Protocol%20Amendment%206%20-%2023Dec2020.pdf

[24]    https://www.fda.gov/media/146217/download
https://www.fda.gov/media/146338/download
https://www.fda.gov/media/146303/download
https://www.fda.gov/media/146219/download
[25]    https://pubmed.ncbi.nlm.nih.gov/?term=Hooman+Noorchashm
https://pubmed.ncbi.nlm.nih.gov/?term=+McCullough+PA
Siri, A. (October 21, 2021). *Prelitigation communications with CDC to lift restrictions on the naturally immune.* https://www.icandecide.org/wp-content/uploads/2021/10/Reply-to-CDC-Re-Natural-Immunity-v-Vaccine-Immunity.pdf.

1
2

or microbiological (based on COVID-19 symptoms/signs and a positive SARS-CoV-2 NAAT result) diagnosis of COVID-19."

3

**39.** Emphasizing the importance of shifting the proof of safety burden to

4

the State, emerging data establishes that vaccinating the Covid-19 Recovered

5

causes an immediately higher death rate worldwide for no benefit[26], as there is a

6

much stronger (10-20x)[27] antibody response to the Covid-19 vaccine,

7

overwhelming the immune system, if a person has previously had the virus.

8

Scientists and clinicians observing patients in real time are reporting the same

9

phenomenon all over the world, as this representative example highlights:

10

"People with prior COVID-19 illness appear to experience significantly

11

increased incidence and severity of side effects after receiving the COVID-19

12

vaccine"[28] Some of these increased side effects include: blood clots, hemorrhage,

13

thrombocytopenia, heart attack, and strokes; reproductive issues, including

14

15
16

[26]     Our World in Data (2022). *Coronavirus: Data explorer.* https://ourworldindata.org/explorers/coronavirus-data-explorer

17
18

        Bruno, R et al (2021). *SARS-CoV-2 mass vaccination: Urgent questions on vaccine safety that demand answers from international health agencies, regulatory authorities, governments and vaccine developers.* Authorea. https://authorea.com/doi/full/10.22541/au.162136772.22862058

19
20
21

        Goldberg, Y (2021). *Protection of previous SARS-CoV-2 infection is similar to that of BNT162b2 vaccine protection: A three-month nationwide experience from Israel.* MedRxiv. https://www.medrxiv.org/content/10.1101/2021.04.20.21255670v1

22
23
24
25

[27]     Raw, R et al (2021). *Previous COVID-19 infection, but not Long-COVID, is associated with increased adverse events following BNT162b2/Pfizer vaccination.* J Infect 2021 Sep; 83(3): 381-412. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8164507/

26
27

[28]     Mathioudakis, A et al (2021). *Self-Reported Real-World Safety and Reactogenicity of COVID-19 Vaccines: A Vaccine Recipient Survey.* Life (Basel). 2021 Mar 17; 11(3):249. https://pubmed.ncbi.nlm.nih.gov/33803014/.

28

menstrual irregularities, reduced fertility, miscarriages; transmission of spike protein from vaccinated individuals, such as through breast milk and associated risk in neonates and infants; neurological disorders, including Guillain-Barré syndrome, Bell's Palsy, transverse myelitis and unspecified neurologic damage.

**40.** Despite the foregoing, Defendants issued an unscientific statewide UC mandate of Covid-19 vaccination without any accommodation for Prescreening. Defendants' dogmatic reliance upon 'CDC recommendations' is not based on real time data, or on actual numbers. This explains why scientists and clinicians monitoring patients in real time are achieving superior health outcomes outside CDC recommendations, utilizing therapeutic protocols (such as ivermectin), and emphasizing the robustness of natural immunity. An example of this came recently from Dr. Marty Makary, a professor at the Bloomberg School of Public Health, who stated publicly that because "half the country" likely already have natural lifelong immunity to Covid-19, "I never thought I'd say this, but please ignore the CDC guidance."[29]

**41.** Defendants' position is novel and radical. Scientifically accepted virology and immunology precepts[30] hold that immunity from natural infection is the best, most robust, and longest lasting way to deal with epidemics such as Covid-19. Defendants' statements to the contrary are categorically false, and

---

[29]    Shiver, P (May 27, 2021). *John Hopkins professor says 'ignore the CDC' – 'natural immunity works'.* Blaze Media. https://www.theblaze.com/news/johns-hopkins-professor-ignore-cdc-natural-immunity-works ("Natural immunity works… We've got to start respecting individuals who choose not to get the vaccine, instead of demonizing them. There is more data on natural immunity than there is on vaccinated immunity, because natural immunity has been around longer.")

[30]    Delves, P et al (2017). *Roitt's Essential Immunology, 13th Edition.* Wiley-Blackwell. https://www.wiley.com/en-us/Roitt%27s+Essential+Immunology%2C+13th+Edition-p-9781118415771

courts must not defer to false statements simply because some government

scientists argue for them, but, rather, courts must apply strict scrutiny.  See e.g.,

*Roman Catholic Diocese v. Cuomo*, No. 20A87, 2020 U.S. LEXIS 5708, at *16

(Nov. 25, 2020) (Justice Gorsuch concurring, "Why have some mistaken this

Court's modest decision in *Jacobson* for a towering authority that overshadows

the Constitution during a pandemic? In the end, I can only surmise that much of

the answer lies in a particular judicial impulse to stay out of the way in times of

crisis. But if that impulse may be understandable or even admirable in other

circumstances, we may not shelter in place when the Constitution is under attack.

Things never go well when we do.")

42.    The evidence supports that natural immunity with SARS-CoV-2 in

the unvaccinated will be complete and lifelong.[31] Indeed, The Cleveland Clinic

found the following: "Individuals who have had SARS-CoV-2 infection are

unlikely to benefit from COVID-19 vaccination."[32]

43.    Defendants can cite *no* statistically significant evidence that Covid-

19 Recovered persons are at any risk whatsoever of reinfection or transmission,

let alone greater risk than vaccinated persons.

44.    There is *no* evidence to support the argument that the Covid-19

Recovered lose their immunity. In fact, there is substantial evidence suggesting it

---

[31]    Alexander, PE (October 17, 2021). *145 Research Studies Affirm Naturally Acquired Immunity to Covid-19: Documented, Linked, and Quoted.* Brownstone Institute. https://brownstone.org/articles/79-research-studies-affirm-naturally-acquired-immunity-to-covid-19-documented-linked-and-quoted/ (retrieved January 10, 2022).

[32]    Shrestha, N (June 19, 2021). *Necessity of COVID-19 vaccination in previously infected individuals.* MedRxiv. https://www.medrxiv.org/content/10.1101/2021.06.01.21258176v3.

will be lifelong.[33],[34] Such evidence includes: University of Washington scientists discovered that prior infection[35] with the original SARS-CoV-1[36] (which is approximately 78% identical to SARS-Cov-2) conferred natural immunity that is robust against the current SARS-CoV-2 eighteen years later;[37] *The Lancet* reporting: evidence that " …demonstrates that infection does protect against reinfection;"[38] *SCIENCE* reporting "Substantial immune memory is generated after natural infection with COVID-19, involving all four major types of immune memory";[39] and *Nature* reporting: "SARS-CoV-2 infection induces long-lived

---

[33]    Haveri, A (2021). *Persistence of neutralizing antibodies a year after SARS-CoV-2 infection in humans.* Eur. J. Immunol. 2021. 0: 1-12. https://onlinelibrary.wiley.com/doi/epdf/10.1002/eji.202149535.

Block, J. (2021). *Vaccinating people who have had covid-19: why doesn't natural immunity count in the US?* BMJ 2021;374:n2101. https://www.bmj.com/content/374/bmj.n2101.

[34]    Callaway, E (May 26, 2021). *Had COVID? You'll probably make antibodies for a lifetime.* Nature. https://www.nature.com/articles/d41586-021-01442-9.

[35]    Doshi, P (2020). *Covid-19: Do many people have pre-existing immunity?* BMJ 2020;370:m3563. https://www.bmj.com/content/370/bmj.m3563.

[36]    Le Bert, N (2020). *SARS-CoV-2-specific T cell immunity in cases of COVID-19 and SARS, and uninfected controls.* Nature 2020 Aug;584(7821):457-462. https://pubmed.ncbi.nlm.nih.gov/32668444/.

[37]    UW Medicine (2020). *Antibody neutralizes SARS and COVID-19 coronaviruses.* News Release. https://newsroom.uw.edu/news/antibody-neutralizes-sars-and-covid-19-coronaviruses.

[38]    Krammer, F (April 17, 2021*). Comment: Correlates of protection from SARS-CoV-2 infection.* The Lancet. Vol 397, Issue 10283, P1421-1423. https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(21)00782-0/fulltext.

[39]    Dan, J. M., et al. (2021). *Immunological memory to SARS-CoV-2 assessed*

1   bone marrow plasma cells in humans."[40]

2   45.   Public health has always acknowledged this basic fact of

3   immunology - that immunity from natural infection is the best, most robust, and

4   longest lasting. By screening for prior immunity, the Covid-19 Recovered will be

5   protected from the medical harm caused by unnecessary vaccinations. If a prior

6   immunity exists, then no shot is indicated, because risk without reward violates

7   all medical ethics. Any attempt to force one-size-fits-all vaccination upon

8   Plaintiffs does not satisfy logic, medical ethics, or constitutional strict scrutiny.

9   46.   While Defendants recognize titers prescreening for other viral

10   infections targeted by vaccines (allowing naturally immune students a medical

11   exemption to vaccination)[41], Defendants arbitrarily reject titers prescreening for

12   Covid-19. Defendants arbitrarily reject titers just for Covid-19 and as the Covid-

13   19 injections are personal treatment only, under the strict scrutiny line of federal

14   precedents, this is not narrowly tailored. See e.g., "rights to determine one's own

15   medical treatment, and to refuse unwanted medical treatment," are

16   "fundamental[,]" and individuals also have "a fundamental liberty interest in

17   medical autonomy." *Coons v. Lew*, 762 F.3d 891, 899 (9th Cir. 2014) (as

18   amended) (internal cites omitted), cert. denied in *Coons v. Lew*, 575 US 935

19   (2015).

20   _____

21   *for up to 8 months after infection.* SCIENCE (New York. N.Y.), 371(6529).
    https://doi.org/10.1126/science.abf4063.

22

23   [40]   Turner, J.S., et al. (2021). *SARS-Co V-2 infection induces long-lived bone
    marrow plasma cells in humans.* NATURE 595, 421-425.

24   https://pubmed.ncbi.nlm.nih.gov/34030176/.

25   [41]   See e.g., University of California (2017). *Medical Exemption Request*

26   *Form.* https://www.ucop.edu/uc-
    health/_files/Medical%20Exemption%20Request%20Form%204-Vaccine.pdf

27   ("Titers for immunity to this disease").

28

47.    Because vaccinating the immune is well known to be both unnecessary and potentially dangerous, public health vaccination programs have *always* included a standardized prescreening process. Defendants' one-size-fits-all vaccine mandate completely ignores this decades-old accepted science that protects Plaintiffs.[42] The new Covid-19 vaccines have, in addition to the above general risks, definite and specific heightened risk, including death, and the possibility of later Antibody Dependent Enhancement (ADE).[43]

48.    Prescreening must be recognized immediately because more than half the American population is Covid-19 Recovered. "As of July 1, 2021, about 53.8% of the 330 million people living in the U.S. have been infected with SARS-CoV-2...."[44] In January 2022, this number exceeds 200 million people.

49.    Because there is evidence of severe higher risk, and because Covid-19 vaccination is a new agent, prescreening must be as robust as possible, including ruling out: current infection, recent past infection (i.e., antibody testing), and older past infection (i.e., T-detect, humoral immunity). This is

---

[42]    For example, antibodies to a specific portion of a pathogenic complex can be enhanced and activated when exposed in high concentration in the future. This phenomenon is common in such infections as Dengue, HIV, SARS, and Ebola. In the case of human coronaviruses, the worst-case scenario, immunologically, would be when cross-reactive memory antibodies to related coronaviruses would not only be non-protective but would worsen the infection and the clinical course. Such a phenomenon of antibody dependent enhancement (ADE) has already been described in several viral infections.

[43]    Morens, DM (1994). *Antibody-dependent enhancement of infection and the pathogenesis of viral disease.* Clin Infect Dis. 1994 Sep;19(3):500-12. https://pubmed.ncbi.nlm.nih.gov/7811870/.

[44]    Physicians for Informed Consent (2021). *SARS-CoV-2 COVID-19: What You Need To Know.* https://physiciansforinformedconsent.org/wp-content/uploads/2021/08/PIC-COVID-19-Disease-Information-Statement-DIS-August-2021.pdf.

accomplished by doctors in all the traditional ways, such as taking a thorough patient history, and blood testing where indicated. The journal Nature states: "A detrimental effect linked to pre-existing immunity is eminently testable and would be revealed by the same COVID-19 cohort and vaccine studies proposed above."[45]

## DEFENDANTS IGNORE THAT THE VACCINES DO NOT STOP TRANSMISSION OF THE VIRUS

**50.**   Covid-19 vaccines are not vaccines in the traditional sense. In fact, the FDA classifies them as "CBER-Regulated Biologics" otherwise known as "therapeutics" which falls under the "Coronavirus Treatment Acceleration Program."[46]

**51.**   The vaccine is misnamed since it does not prevent either re-infection or transmission of the disease, the key elements of a vaccine.

**52.**   The effectiveness of the Covid-19 vaccines has been determined to wane rapidly. Israel, the most vaccinated and studied nation, now expires the vaccine's effectiveness at six months.[47] The requirement for booster shots due to

---

[45]    Sette, A., et al. (2020). *Pre-existing immunity to SARS-CoV-2: the knowns and unknowns.* Nat Rev Immunol 20**,** 457–458.
https://www.nature.com/articles/s41577-020-0389-z.

[46]    FDA (2022). *Coronavirus (COVID-19) | CBER-Regulated Biologics*.
https://www.fda.gov/vaccines-blood-biologics/industry-biologics/coronavirus-covid-19-cber-regulated-biologics.
     FDA (2022). *Coronavirus Treatment Acceleration Program (CTAP)*.
https://www.fda.gov/drugs/coronavirus-covid-19-drugs/coronavirus-treatment-acceleration-program-ctap.

[47]    Guenot, M. (September 1, 2021). *Israel's Vaccine Pass Will Expire 6 Months After the 2nd Dose, Meaning People Will Need Booster Shots to Keep Going to Restaurants and Bars*.  Business Insider.
https://www.businessinsider.com/israel-vaccine-pass-to-expire-after-6-months-booster-shots-2021-9.

it not stopping transmission has been recognized by the CDC, which initially recommended no booster shots, then annually, then at 8 months and then 6 months. There is already talk of a fourth booster shot and the Australian Health Minister Dr. Kerry Chant has stated that people will "have to get used to" taking vaccines perpetually.[48] The UC is currently in the process of rolling out a third booster.

53.    The CDC Director acknowledged that the Covid-19 vaccines do not prevent infection or transmission of Covid-19: "[W]hat the [vaccines] can't do anymore is prevent transmission."[49] Regarding clinical trial data showing absolute risk reduction of the vaccine to Covid-19, a vaccinated person is still 99% as likely to catch Covid-19 as they were before being vaccinated (99.2% in the case of Pfizer).[50]

54.    The claimed benefit of the Covid-19 vaccine is solely that it may reduce *symptoms* of the virus, but not *transmission* of the virus. Therefore, Covid-19 vaccines are personal treatment choices only, explaining why the CDC changed its definition of "vaccine" in August 2021 from "the act of introducing a vaccine into the body to produce immunity to a specific disease" to "the act of

---

[48]    Durden, T. (September 7, 2021). *Aussie Health Chief: COVID Will be With US "Forever", People Will Have to "Get Used To" Endless Booster Vaccines,* ZeroHedge.com (September  07, 2021), https://www.zerohedge.com/covid-19/aussie-health-chief-covid-will-be-us-forever-people-will-have-get-used-endless-booster.

[49]    CNN (August 5, 2021). *The Situation Room, interview with CDC Director Walensky*. https://twitter.com/CNNSitRoom/status/1423422301882748929.

[50]    Olliaro, P, et al. (July 2021). *COVID-19 vaccine efficacy and effectiveness-the elephant (not) in the room.* Lancet Microbe. 2021;2(7):e279-e280. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8057721/.

1    introducing a vaccine into the body to produce protection to a specific disease."[51]

2    **55.**    In total contrast to the smallpox vaccine, the Covid-19 injections

3    cannot be claimed to stop the spread of contagious disease. Rather, they are

4    *increasing* the spread of a contagious disease. This distinguishes the finding in

5    *Jacobson* which specifically stated and relied upon a vaccine mandate working

6    "to prevent the spread of contagious disease." *Jacobson*, *supra*, 197 US at 35.

7    **56.**    As well, the stated public health goal of *Jacobson* was to reduce

8    mortality from a highly lethal 30% viral infection, whereas Covid-19 poses

9    virtually no risk of lethality to the college student demographic.

10    ## DEFENDANTS IGNORE THE SCIENCE: PANDEMIC OF THE
11    ## VACCINATED

12    **57.**    All ordinary persons including Plaintiffs can directly observe that

13    Covid-19 vaccination does not stop transmission and is harming some

14    individuals. Thousands of scientists and physicians and politicians from all

15    political sides and all around the globe have repeatedly stated this publicly. For

16    example:

17    **a.**    NIAID Director Dr. Anthony Fauci to NPR: "We know now as a

18    fact that [vaccinated people with Covid-19] are capable of transmitting the

19    infection to someone else."[52]

20    **b.**    WHO Chief Scientist Dr. Soumya Swaminathan: "At the moment I

21    don't believe we have the evidence of any of the vaccines to be confident

22

23    ---

[51]    Attkisson, S (September 8, 2021). *CDC changes definition of "vaccines"*
24    *to fit Covid-19 vaccine limitations.* https://sharylattkisson.com/2021/09/read-cdc-
25    changes-definition-of-vaccines-to-fit-covid-19-vaccine-limitations/.

26    [52]    Stieg, C (July 28, 2021). *Dr. Fauci on CDC mask guidelines: 'We are*
27    *dealing with a different virus now.* https://www.cnbc.com/2021/07/28/dr-fauci-
       on-why-cdc-changed-guidelines-delta-is-a-different-virus.html.

28

that it's going to prevent people from actually getting the infection and therefore being able to pass it on."[53]

**c.**     Chief Medical Officer of Moderna Dr. Tal Zaks: "There's no hard evidence that it stops them from carrying the virus transiently and potentially infecting others who haven't been vaccinated."[54]

**d.**     The Prime Minister of the United Kingdom, the Honorable Boris Johnson: "… but it doesn't protect you against catching the disease and it doesn't protect you against passing it on"[55]

**e.**     The Surgeon General of the State of Florida, Dr. Joseph Ladapo, MD, PhD: "… the infections can still happen whether people are vaccinated or not. That's very obvious."[56]

**f.**     Professor Sir Andrew Pollard who led the Oxford vaccine team: "We don't have anything that will stop transmission, so I think we are in a

---

[53]     Colson, T. (December 29, 2020). *Top WHO scientist says vaccinated travelers should still quarantine, citing lack of evidence that COVID-19 vaccines prevent transmission.* Business Insider. https://www.businessinsider.com/who-says-no-evidence-coronavirus-vaccine-prevent-transmissions-2020-12?op=1.

[54]     Manskar, N (November 24, 2020). *Moderna boss says COVID-19 vaccine not proven to stop spread of virus.* New York Post. https://nypost.com/2020/11/24/moderna-boss-says-covid-shot-not-proven-to-stop-virus-spread/.

[55]     Jones, W (October 24, 2021). *Boris Admits the Vaccine "Doesn't Protect You Against Catching the Disease, and It Doesn't Protect You Against Passing it On.* The Daily Sceptic. https://dailysceptic.org/2021/10/24/boris-admits-the-vaccine-doesnt-protect-you-against-catching-the-disease-and-it-doesnt-protect-you-against-passing-it-on/.

[56]     WFLA News (October 24, 2021). *Desantis, Moody Speak Out Against Vaccine Mandates in Clearwater.* Twitter Repost. https://twitter.com/4patrick7/status/1452309002021388296?s=21.

1    situation where herd immunity is not a possibility and I suspect the virus

2    will throw up a new variant that is *even better* at infecting vaccinated

3    individuals."[57]

4    **g.**    "Based on this data it is all but a certainty that mass COVID-19

5    immunization is hurting the health of the population in general. Scientific

6    principles dictate that the mass immunization with COVID-19 vaccines

7    must be halted immediately because we face a looming vaccine induced

8    public health catastrophe."[58]

9    **h.**    2008 Nobel Prize winner in Medicine Dr. Luc Montagnier (and the

10   French National Order of Merit and 20 other major international awards):

11   "The vaccines don't stop the virus, they do the opposite – they "feed the

12   virus," and facilitate its development into stronger and more transmissible

13   variants…You see it in each country, it's the same: the curve of

14   vaccination is followed by the curve of deaths … the vaccines Pfizer,

15   Moderna, Astra Zeneca do not prevent the transmission of the virus

16   person-to-person and the vaccinated are just as transmissive as the

---

19   [57]    Curzon, M (August 10, 2021). *Vaccines Don't Stop Transmission and*
20   *Won't Give Us Herd Immunity, So Let's Stop Mass Testing, Experts Tell MPs.*
21   Rights and Freedoms.
     https://rightsfreedoms.wordpress.com/2021/08/14/vaccines-dont-stop-
22   transmission-and-wont-give-us-herd-immunity-so-lets-stop-mass-testing-experts-
     tell-mps/.
23

24   [58]    Classen B (August 25, 2021). *US COVID-19 Vaccines Proven to Cause*
25   *More Harm than Good Based on Pivotal Clinical Trial Data Analyzed Using the*
     *Proper Scientific Endpoint, "All Cause Severe Morbidity".* Trends Int Med.
26   2021; 1(1): 1-6. https://www.scivisionpub.com/pdfs/us-covid19-vaccines-
     proven-to-cause-more-harm-than-good-based-on-pivotal-clinical-trial-data-
27   analyzed-using-the-proper-scientific--1811.pdf.

28

unvaccinated."[59]

**i.**     Dr. Vanden Bossche, international vaccinologist formerly with the Bill & Melinda Gates Foundation: "As a dedicated virologist and vaccine expert I only make an exception [to vaccines] when health authorities allow vaccines to be administered in ways that threaten public health, most certainly when scientific evidence is being ignored. The present extremely critical situation forces me to spread this emergency call. As the unprecedented extent of human intervention in the Covid-19 pandemic is now at risk of resulting in a global catastrophe without equal, this call cannot sound loudly and strongly enough…. In this agonizing letter I put all of my reputation and credibility at stake …continued mass vaccination, together with the predominant circulation of more infectious variants (as facilitated by mass vaccination!), will inevitably lead to relatively higher morbidity and mortality rates in vaccinees than in the nonvaccinated."[60]

**j.**     A study of a Covid-19 outbreak in July 2021 published in Eurosurveillance observed that 100% of severe, critical, and fatal cases of Covid-19 occurred in vaccinated individuals. The authors stated that the study "challenges the assumption that high universal vaccination rates will lead to herd immunity and prevent COVID-19 outbreaks."[61]

---

[59]     RAIR Foundation USA (2021). Video with *Nobel Laureate Luc Montagnier*. https://rairfoundation.com/tag/luc-montagnier/.

[60]     Vanden Bossche, G (2021). *Mass infection prevention and mass vaccination with leaky Covid-19 vaccines in the midst of the pandemic can only breed highly infectious variants.* Open Letter to World Health Organization. https://www.geertvandenbossche.org/.

[61]     Pnina, S. et al (September 23, 2021). *Nosocomial outbreak caused by the SARS-CoV-2 Delta variant in a highly vaccinated population, Israel, July 2021.* Euro Surveill. 2021;26(39):pii=2100822. https://doi.org/10.2807/1560-7917.ES.2021.26.39.2100822.

1
2
3
4

**k.**   Dr. Jay Bhattacharya, MD, PhD, Professor of Health Policy, Stanford University: "There's no public health reason for a mandate. … bad for public health because it causes people not to trust health officials."[62]

5
6
7

**l.**   Dr. Martin Kulldorff, Professor of Medicine at Harvard Medical School: "The bottom line is that these vaccines do not prevent transmission."[63]

8
9
10
11
12
13
14

**m.**   Dr. Sunetra Gupta, Infectious Disease Epidemiologist and Professor of Theoretical Epidemiology at the University of Oxford: "…it is really not logical to use vaccines to protect other people … I don't think they should be forced to on the understanding simply because this vaccine does not prevent transmission. So if you just think of the logic of it, what is the point of requiring a vaccine to protect others if that vaccine does not durably prevent onward transmission of a virus?"[64]

15
16

**n.**   In the heavily vaccinated State of Vermont, 76% of deaths are among the vaccinated.[65]

17

18
19
20

[62]   Hill, ZK (July 21, 2021). *Stanford Doc Jay Bhattacharya Calls Vaccine Mandates 'Unethical,' Says Patients Can Choose.* Newsweek. https://www.newsweek.com/stanford-doc-jay-bhattacharya-calls-vaccine-mandates-unethical-says-patients-can-choose-1611938.

21
22
23

[63]   Adams, P, et al. (October 20, 2021).*Who Are These COVID-19 Vaccine Skeptics and What Do They Believe?* Epoch Times. https://www.theepochtimes.com/who-are-these-covid-19-vaccine-skeptics-and-what-do-they-believe_4043094.html.

24
25
26
27

[64]   Allen, R. (September 9, 2021). *Oxford Scientist "It's Illogical & Unethical To Force Jab On NHS Staff".* The Richie Allen Radio Show. https://richieallen.co.uk/oxford-scientist-its-illogical-unethical-to-force-jab-on-nhs-staff/.

28

[65]   Page, G. (September 30, 2021). *76% of September Covid-19 deaths are*

1
2
3
4
5
6
7

**o.**     A CDC investigation of an outbreak in Barnstable County,
Massachusetts, between July 6 through July 25, 2021, found 74% of those
who received a diagnosis of Covid-19, and 80% of hospitalizations, were
among the fully vaccinated, as most (but not all), had the Delta variant of
the virus (note: since the County did not have a population that was 74%
fully Covid-19 vaccinated, this would mean the vaccines *increase* the odds
of being infected with Covid-19).[66]

8
9
10
11
12
13

**p.**     Scientists and clinicians monitoring patients in real time are
achieving superior health outcomes than CDC recommendations, utilizing
therapeutic protocols (such as ivermectin)[67], and emphasizing the
robustness of natural immunity. An example of this came recently from
Dr. Marty Makary, a professor at the Bloomberg School of Public Health,
who stated publicly that because "half the country" likely already have

14
15
16
17
18

*vax breakthroughs.* The Vermont Daily
Chronicle. https://vermontdailychronicle.com/2021/09/30/76-of-september-
covid-19-deaths-are-vaxxed-breakthroughs/ ("Just eight of the 33 Vermonters
who died of Covid-19 in September were unvaccinated, the Vermont Department
of Heath said Wednesday.")

19
20
21
22
23
24
25

[66]     Brown CM, et al. (July 2021). *Outbreak of SARS-CoV-2 Infections,
Including COVID-19 Vaccine Breakthrough Infections, Associated with Large
Public Gatherings — Barnstable County, Massachusetts, July 2021.* MMWR
Morb Mortal Wkly Rep 2021;70:1059-
1062. https://www.cdc.gov/mmwr/volumes/70/wr/mm7031e2.htm?s_cid=mm70
31e2_w.
        Lovelace, B (July 30, 2021). *CDC study shows 74% of people infected in
Massachusetts Covid outbreak were fully vaccinated.* CNBC
News. https://www.cnbc.com/2021/07/30/cdc-study-shows-74percent-of-people-
infected-in-massachusetts-covid-outbreak-were-fully-vaccinated.html.

26
27

[67]     CovidAnalysis (January 11, 2022). *COVID-19 early treatment: real-time
analysis of 1,298 studies.* https://c19early.com/.

28

1    natural lifelong immunity to Covid-19, "I never thought I'd say this, but

2    please ignore the CDC guidance."[68]

3    **q.**      Dr. Peter McCullough, author of more than 1000 publications and

4    500 citations in the National Library of Medicine, President Bill Clinton's

5    advisory panel to health care, Chair of more than 24 data safety monitoring

6    boards for the NIH and FDA: "Vaccines do not stop transmission. During

7    an outbreak, healthcare workers were still getting Covid during the

8    lockdown and passing it to one another."[69]

9    **58.**      On August 1, 2021, the director of Israel's Public Health Services

10   announced half of all Covid-19 infections were among the fully vaccinated.[70]

11   **59.**      On August 5, 2021, the director of the Herzog Hospital in Jerusalem

12   appeared on Channel 13 News, reporting that 95% of severely ill Covid-19

13   patients are fully vaccinated, and that they make up 85% to 90% of Covid-19

14   related hospitalizations overall.[71]

15

16   [68]      Shiver, P. (May 2021). *John Hopkins professor says 'ignore the CDC' -*

17   *'natural immunity works'.* Blaze Media. https://www.theblaze.com/news/johns-
     hopkins-professor-ignore-cdc-natural-immunity-works ("Natural immunity

18   works… We've got to start respecting individuals who choose not to get the
     vaccine, instead of demonizing them. There is more data on natural immunity

19   than there is on vaccinated immunity, because natural immunity has been around

20   longer.")

21   [69]      Children's Health Defense (August 25, 2021). *Dr. Peter McCullough Tells*

22   *RFK, Jr.: 'The Vaccines Are Failing'.* The Defender.
     https://childrenshealthdefense.org/defender/rfk-jr-podcast-dr-peter-mccullough-

23   vaccines-are-failing/.

24
25   [70]      Bloomberg News (August 1, 2021). *Israel sees waning coronavirus*
     *vaccine effectiveness.* https://www.bostonglobe.com/2021/08/01/nation/israel-

26   sees-waning-coronavirus-vaccine-effectiveness/.

27   [71]      Fleetwood, J. (August 8, 2021*). Vaxxed Make Up '85-90% of the*

28   *Hospitalizations' from Covid Infection in Israel: Dr. Kobi Haviv.* American

**60.** 21 Israeli physicians, scientists advise FDA of 'severe concerns' regarding reliability and legality of official Israeli COVID vaccine data: "We are aware that the state of Israel is perceived as 'the world laboratory' regarding the safety and efficacy of the Pfizer-BioNTech COVID-19 vaccine, as reflected by statements made by Dr. Albert Bourla, Dr. Anthony Fauci. We thus see it of utmost importance to convey a message of warning and raise our major concerns regarding potential flaws in the reliability of the Israeli data with respect to the Pfizer-BioNTech COVID-19 vaccine, as well as many significant legal and ethical violations that accompany the data collection processes."[72]

**61.** In Scotland, official data on hospitalizations and deaths show 87% of those who have died from Covid-19 in the third wave that began in early July were vaccinated.[73]

**62.** Undercover video and emails from US health agencies and vaccine manufacturers confirm[74] that (a) vaccine injuries are underreported because

Faith. https://americanfaith.com/vaxxed-make-up-85-90-of-the-hospitalizations-from-covid-infection-in-israel-dr-kobi-haviv/.

[72]   Sones, M. (October 22, 2021). *BREAKING: Israeli physicians, scientists advise FDA of 'severe concerns' regarding reliability and legality of official Israeli COVID vaccine data.* America's Frontline Doctors. https://americasfrontlinedoctors.org/2/frontlinenews/breaking-israeli-physicians-scientists-advise-fda-of-severe-concerns-regarding-reliability-and-legality-of-official-israeli-covid-vaccine-data/.

[73]   Daily Expose (July 29, 2021). *Exclusive - Covid-19 are rising and official data shows 87% of the people who have died were vaccinated.* Daily Expose. https://dailyexpose.co.uk/2021/07/29/87-percent-covid-deaths-are-vaccinated-people/; see also Daily Expose (September 8, 2021). *80% of Covid-19 deaths in August were people who had been vaccinated according to Public Health data.* Daily Expose. https://theexpose.uk/2021/09/08/exclusive-80-percent-of-covid-19-deaths-in-august-were-people-who-had-been-vaccinated/.

[74]   Project Veritas (2021). *COVID-19 Vaccine Exposed.*

1    vested interests want to "shove it under the mat",[75] (b) vaccine tracking is

2    implemented in a fascist manner, (c) vaccination is both unnecessary and

3    harmful, (d) natural immunity is superior to vaccination, and (e) vaccine

4    manufacturers actively conceal from the public the use of aborted fetuses to

5    develop vaccines.

6    **THE UNDERLYING STATISTICS SURROUNDING COVID-19 ARE**

7    **FLAWED**

8         **63.**    On January 30, 2020, the World Health Organization declared a

9    public health emergency of international concern due to the SARS-CoV-2 virus.

10        **64.**    On January 31, 2020, President Trump first issued a public health

11   state of emergency in the United States under the Public Health Service Act due

12   to Covid-19.

13        **65.**    Also on January 31, 2020, Secretary of Health and Human Services

14   Alex M. Azar II, issued a Declaration of a Public Health Emergency effective as

15   of January 27, 2020. This declaration has been renewed thereafter on April 21,

16   2020, July 23, 2020, October 2, 2020, January 7, 2021, April 15, 2021, July 19,

17   2021, and October 15, 2021.

18        **66.**    President Trump issued a subsequent declaration of emergency

19   _____

20   https://www.projectveritas.com/.

21   [75]    This observation is also corroborated by (a) the Lazarus report from
22   Harvard Pilgrim evidencing that less than 1% of vaccine adverse events are
     reported to VAERS
23   (https://digital.ahrq.gov/sites/default/files/docs/publication/r18hs017045-lazarus-
24   final-report-2011.pdf), and (b) in another case filed by Plaintiff AFLDS, see the
     declaration of a whistleblower who compared the high number of vaccine deaths
25   in private CMS medical claims to the low number of vaccine deaths reported to
26   VAERS. *America's Frontline Doctors, et al. v. Becerra et al.* Case 2:21-cv-
     00702-CLM, United States District Court (Northern District of Alabama), Dkt.
27   15-4 (Declaration filed 07/19/21).

28

1    under the Stafford Act and National Emergencies Act on March 13, 2020, due to

2    Covid-19.

3        67.    A third declaration of emergency was issued by President Trump on

4    March 18, 2020, under the Defense Production Act due to Covid-19.

5        68.    On February 24, 2021, President Biden extended President Trump's

6    March 13, 2020 declaration of emergency, stating as a reason for doing so is that

7    more "...than 500,000 people in this Nation have perished from the disease."[76]

8        69.    Thus, the United States has been in a constant state of emergency

9    due to Covid-19 (the "Covid-19 Emergency") since January 31, 2020, a period of

10   over twenty months.

11       70.    The Covid-19 Emergency has been used to justify lockdowns,

12   banning of worship services, mandatory masks, vaccine passports, and now

13   mandatory vaccinations such as the vaccination requirement the State has now

14   placed on Plaintiffs upon penalty of segregation and loss of education and

15   livelihood.

16       71.    Never in the history of this nation have Americans been subjected to

17   such invasions of their individual rights and liberties.

18
        **i. COVID Cases Dramatically Overstated due to Misapplication**
19         **of the PCR Test**

20       72.    The Covid-19 Emergency is based upon statistics that are flawed for

21   at least the following reasons:

22

23   _____
     [76]    Biden, J (February 24, 2021). *Notice on the Continuation of the National*
24   *Emergency Concerning the Coronavirus Disease 2019 (COVID-19) Pandemic.*
     https://www.whitehouse.gov/briefing-room/presidential-
25   actions/2021/02/24/notice-on-the-continuation-of-the-national-emergency-
     concerning-the-coronavirus-disease-2019-covid-19-pandemic/ (for the text of the
26   President's transmitting message please *see*
     https://www.govinfo.gov/content/pkg/CDOC-117hdoc18/html/CDOC-
27   117hdoc18.htm).

28

a.    Statistics regarding Covid-19 are based upon the PCR test, which is a limited test that cannot, on its own, determine whether a test subject is infected with Covid-19 absent an examination by a medical doctor.

b.    The PCR test is highly sensitive, with the result of the test being dependent upon the cycle threshold ("Ct") at which the test is conducted.

c.    Dr. Fauci has stated that a test conducted at a Ct of over 35 is useless.[77]

d.    At Ct $\geq$ 35 the accuracy of the test drops to 3%[78] or 97% false

---

[77]    Fauci, A (October 30, 2020). *PCR cycles.* This Week In Virology. https://www.youtube.com/watch?v=A867t1JbIrs.
New York Times (August 29, 2020 and updated July 3, 2021). *Your Coronavirus Test Is Positive. Maybe It Shouldn't Be.* https://www.nytimes.com/2020/08/29/health/coronavirus-testing.html.

[78]    Jaafar, R, et al. (2020). *Correlation Between 3790 Quantitative Polymerase Chain Reaction–Positives Samples and Positive Cell Cultures, Including 1941 Severe Acute Respiratory Syndrome Coronavirus 2 Isolates.* Clinical Infectious Diseases*, Volume 72, Issue 11, 1 June 2021, Page e921. https://academic.oup.com/cid/article/72/11/e921/5912603
Borger, P, et al. (2020). *External peer review of the RTPCR test to detect SARS-CoV-2 reveals 10 major scientific flaws at the molecular and methodological level: consequences for false positive results.* Corman-Drosten Review Report. https://cormandrostenreview.com/report/ (80% false positives).
Mina, M, et al. (February 17, 2021). *Clarifying the evidence on SARSCoV-2 antigen rapid tests in public health responses to COVID-19.* The Lancet. https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(21)00425-6/fulltext#%20' or https://doi.org/10.1016/S0140-6736(21)00425-6 ("This suggests that 50–75% of the time an individual is PCR positive, they are likely to be post-infectious.")
Arzteitung (July 4, 2020). *Second week of June: 80 Percent of Positive Corona Rapid Tests False-Positive.* https://www.aerztezeitung.de/Wirtschaft/80-Prozent-der-positiven-Corona-Schnelltests-falsch-positiv-421053.html (The fact that the high rate of false positive tests in large-scale testing in the population

positive

e.   The World Health Organization agreed and in December 2020 stated that labs should (at the very least) report the cycle threshold (Ct value) to the healthcare provider[79] which still does not happen.

f.   The inventor of the PCR test, 1993 Nobel Prize winner in Chemistry, Professor Kary Mullis said it "was never designed to diagnose diseases."[80]

g.   Physicians worldwide vehemently protest the use of PCR testing to diagnose Covid-19: "This misuse of RT-PCR technique is used as a relentless and intentional strategy by some governments, supported by scientific safety councils and by the dominant media, to justify excessive measures such as the violation of a large number of constitutional rights, the destruction of the economy with the bankruptcy of entire active sectors of society, the degradation of living conditions for a large number of

_____

occurs at a time of low viral incidence is demonstrated in the article from the German Ärztezeitung. At the end of the regular cold season (May), about 50% of rapid tests were already reported as false positive, and this rate increased until it reached 80% false positive tests); and compare, Corman, V et al. (July 2021). *Comparison of seven commercial SARS-CoV-2 rapid point-of-care antigen tests: a single-centre laboratory evaluation study.* Lancet Microbe. 2021 Jul; 2(7): e311–e319. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8026170/ ("false-positives do occur with AgPOCTs at a higher rate than with RT-rtPCR.")

[79]   WHO (December 2020). *Nucleic acid testing (NAT) technologies that use real-time polymerase chain reaction (RT-PCR) for detection of SARS-CoV-2.* WHO News. https://web.archive.org/web/20201215013928/https://www.who.int/news/item/14-12-2020-who-information-notice-for-ivd-users.

[80]   O'Sullivan, J (December 17, 2020). *WHO Finally Admits COVID19 PCR Test Has A 'Problem.* Principia Scientific International. https://principia-scientific.com/who-finally-admits-covid19-pcr-test-has-a-problem/.

ordinary citizens, under the pretext of a pandemic based on a number of positive RT-PCR tests, and not on a real number of patients."[81]

h.    A Court in Portugal ruled that a single PCR test was not fit for diagnosing Covid-19. The two judges referred to several scientific studies and held that any PCR test over 25 cycles is totally unreliable.[82]

i.    Despite this known sensitivity, the PCR tests were mass distributed in the United States without training, were used by technicians who were not made aware of the limitations of the test,[83] and were operated at a Ct value far in excess of 35, therefore, delivering results that were, according to Dr. Fauci and a broad consensus of experts, useless.[84]

j.    The PCR test is incapable of distinguishing a live particle of a virus from a dead one, and as a result, even a positive test result does not mean that the test subject is infected or contagious with Covid-19, analogous to a test that could identify car parts (such as an axle, wheels, engine) but not determine if those car parts were in fact, a working car.

---

[81]    Sacre, P (November 11, 2020). *Using PCR Tests To Diagnose COVID19 Is Bad Science & Fraudulent.* Principia Scientific International. https://principia-scientific.com/using-pcr-tests-to-diagnose-covid19-is-bad-science-fraudulent/.

[82]    Lisbon Court of Appeal. (November 11, 2020). *SARS-COV-2 RT-PCR TESTS.* TRL Judgments. https://www-dgsi-pt.translate.goog/jtrl.nsf/33182fc732316039802565fa00497eec/79d6ba338dcbe5e28025861f003e7b30?_x_tr_sch=http&_x_tr_sl=pt&_x_tr_tl=en&_x_tr_hl=en-US&_x_tr_pto=nui.

[83]    Temple-Raston, D (November 6, 2020). *CDC Report: Officials Knew Coronavirus Test Was Flawed But Released It Anyway. N*ational Public Radio. https://www.npr.org/2020/11/06/929078678/cdc-report-officials-knew-coronavirus-test-was-flawed-but-released-itanyway.

[84]    *Id.*

**k.**   The biggest commercial lab in the United States (and those near the UC campuses) is Quest, which uses a Ct > 40.[85]

### ii. The Asymptomatic Spreader is a Myth

**73.**   Due to the misapplication of the PCR test which underlies **all** statistics regarding the Covid-19 Emergency, many have incorrectly concluded that asymptomatic people, who in the past would simply have been referred to as "healthy people," are somehow contagious and are spreading a disease.

**74.**   Policy decisions at the state and federal level rest upon this myth. For example, mandatory masking of healthy people is based upon this myth. Social distancing is based upon this myth as well. The policy that perfectly healthy, non-contagious people must be vaccinated to interact with and participate in society is based in large degree upon this myth. With regard to flawed statistics, mass PCR testing of the entire population has been based upon this myth.[86] There

---

[85]   Quest Diagnostics (2020). *SARS-CoV-2 RNA, Qualitative Real-Time RT-PCR (Code 39433) Package Insert, For Emergency Use Only.* https://www.fda.gov/media/136231/download ("A specimen is considered Detected [sic] for SARS-CoV-2 if all markers (NI. NJ) cycle threshold amplification curves cross the threshold line.")

[86]   Borger, P, et al. (2020). *External peer review of the RTPCR test to detect SARS-CoV-2 reveals 10 major scientific flaws at the molecular and methodological level: consequences for false positive results.* Corman-Drosten Review Report. https://cormandrostenreview.com/report/.
See, compendium of studies showing face masks do not work to stop Covid-19, but rather actively harm individual health and public health. https://www.aflds.org/covid/masks/ ("Indeed, harms from prolonged masking are increasingly being documented in many scientific studies, especially in the areas of healthcare workers, school children, newborn infants, and bacterial infections in the general population, as described below…. Prolonged use of N95 and surgical masks by healthcare professionals during COVID-19 has caused adverse effects such as headaches, rash, acne, skin breakdown, and impaired cognition in the majority of those surveyed… Aiello and colleagues described a study in which 1437 university students were randomized by dormitory to three arms: control, surgical masks alone, and surgical masks plus hand hygiene[;] the study

is no reason to test perfectly healthy asymptomatic people absent the belief that asymptomatic people can spread Covid-19.

**75.**  However, the assumption that people with no symptoms can spread the disease is false. As Dr. Fauci stated September 9, 2020: "[E]ven if there is some asymptomatic transmission, in all the history of respiratory borne viruses of any type, asymptomatic transmission has never been the driver of outbreaks. The driver of outbreaks is always a symptomatic person, even if there is a rare asymptomatic person that might transmit, an epidemic is not driven by asymptomatic carriers."[87] In addition there have been innumerable studies during Covid disproving the "asymptomatic spread" myth, including a massive study published in the British Medical Journal of 10,000,000 PCR + asymptomatic persons who *did not spread the virus to a single other person.*[88]

**76.**  Due to the incorrect assumption that asymptomatic people could spread the disease, mass testing has been instituted of the population at large. Due to the numerous flaws in the PCR test stated above, this mass testing has resulted in dramatically inflated case numbers that do not reflect reality and falsely overstate the number of Covid-19 cases. On college campuses being labelled with a false positive test is much harsher than a non-campus life, resulting in loss of meals, family, classes and confined to a small dorm room for

---

could not distinguish the relative contributions of each intervention.")

Spitzer  M (2020). *Masked education? The benefits and burdens of wearing face masks in schools during the current Corona pandemic*. Trends in Neuroscience and 16 Education.  2020;20:100138. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7417296/.

[87]   Griffin, S (2020). *COVID-19: Asymptomatic cases may not be infectious, Wuhan Study Indicates.* BMJ 2020;371:m4695. https://www.bmj.com/content/371/bmj.m4695.

[88]   *Id.*

14 days.

**77.**   As a result, the data regarding Covid-19 cases being used to shape public policy is highly inflated.

### iii. The Covid-19 Recovered Enjoy Robust and Durable Natural Immunity

**78.**   Those who recover from infection from Covid-19, which is >99.9% of persons in Plaintiffs' age group who are infected, and >99.6% overall,[89] enjoy robust and durable natural immunity. Natural immunity is superior to vaccine-induced immunity, which do not prevent re-infection or transmission of Covid-19, and do not prevent infection, re-infection or transmission of coronavirus.

### iv. Mandatory Covid-19 Vaccines Are Contrary to Public Policy: VAERS

**79.**   As part of the 1990 Public Readiness and Emergency Preparedness Act, the FDA and CDC created the Vaccine Adverse Event Reporting System (VAERS) to receive reports about suspected adverse events that may be associated with vaccines. VAERS is intended to serve as an early warning system to safety issues.

**80.**   It is estimated that about 1% of adverse events are reported.[90] This is

---

[89]   Physicians for Informed Consent (August 2021). *COVID-19 Disease Information Statement.* https://physiciansforinformedconsent.org/wp-content/uploads/2021/08/PIC-COVID-19-Disease-Information-Statement-DIS-August-2021.pdf.

[90]   Lazarus, R et al. (2011). *Electronic Support for Public Health–Vaccine Adverse Event Reporting System (ESP:VAERS)*. Agency for Healthcare Research and Quality (AHRQ). https://digital.ahrq.gov/sites/default/files/docs/publication/r18hs017045-lazarus-final-report-2011.pdf.
   Kessler DA (1993). *Introducing MEDWatch. A new approach to reporting medication and device adverse effects and product problems*. JAMA. 1993 Jun 2;269(21):2765-8. https://pubmed.ncbi.nlm.nih.gov/8492403/.

known as the "Under-Reporting Factor". While many reported adverse events are mild, about 15% of total adverse events are found to be serious adverse events.[91]

**81.** VAERS reports regarding the Covid-19 vaccines are unusually high.



Figure 1: Bar plots showing the number of VAERS reports (left) and reported deaths (right) per year for the past decade. (2021 is partial data set.)

**82.** Covid-19 vaccines are not traditional vaccines. Instead they cause cells to reproduce one portion of the SARS-CoV-2 virus, the spike protein. The vaccines thus induce the body to create spike proteins. A person only creates antibodies against this one limited portion (the spike protein) of the virus. This has several downstream deleterious effects.

**83.** First, these vaccines "mis-train" the immune system to recognize only a small part of the virus (the spike protein). Variants that differ, even slightly, in this protein, such as the Delta variant, are able to escape the narrow spectrum of antibodies created by the vaccines.

**84.** Second, the vaccines create "vaccine addicts," meaning persons become dependent upon regular booster shots, because they have been

_____

Doshi, P (2017). The unofficial vaccine educators: are CDC funded non-profits sufficiently independent? BMJ 2017; 359:j5104. http://www.bmj.com/content/359/bmj.j5104; Miller, S (2017). *Response to article*. https://www.bmj.com/content/359/bmj.j5104/rr-13.

[91] HHS (2020). *VAERS Data Use Guide (Revised November 2020).* VAERS. https://vaers.hhs.gov/docs/VAERSDataUseGuide_November2020.pdf.

"vaccinated" only against a tiny portion of a mutating virus. The Australian Health Minister Dr. Kerry Chant has stated that Covid-19 will be with us forever and people will "have to get used to" taking vaccines perpetually. "This will be a regular cycle of vaccination and revaccination."[92]

85.   Third, the vaccines do not prevent infection in the nose and upper airways, and vaccinated individuals have been shown to have much higher viral loads in these regions. This leads to the vaccinated becoming "super-spreaders" as they are carrying extremely high viral loads.[93]

86.   In addition, the vaccinated become more clinically ill than the unvaccinated. Scotland reported that the infection fatality rate in the vaccinated is 3.3 times the unvaccinated and the risk of death if hospitalized is 2.15 times the unvaccinated.[94]

### v. Effective Treatments are Available

87.   Ivermectin--a cheap, safe, widely available generic medication, whose precursor won the Nobel Prize in Medicine in 2015--treats and cures SARS-CoV-2 infection, both while in the early infectious stage and later stages.[95] The

---

[92]      Durden, T. (September 7, 2021). *Aussie Health Chief: COVID Will be With US "Forever", People Will Have to "Get Used To" Endless Booster Vaccines,* ZeroHedge.com (September  07, 2021), https://www.zerohedge.com/covid-19/aussie-health-chief-covid-will-be-us-forever-people-will-have-get-used-endless-booster.

[93]      Chau, N.V.V., et al. (October 11, 2021). *Transmission of SARS-CoV-2 Delta Variant Among Vaccinated Healthcare Workers*, *Vietnam,* Preprints with The Lancet. https://ssrn.com/abstract=3897733.

[94]      Public Health Scotland (August 4, 2021). *Covid-19 Statistical Report as of 02 August 2021.* https://publichealthscotland.scot/media/8631/21-08-04-covid19-publication_report.pdf.

[95]      Ivm-meta (January 7, 2021). *Ivermectin for COVID-19: Real-Time Meta Analysis of 73 Studies.* https://ivmmeta.com/ivm-meta.pdf.

1   evidence is both directly observed in multiple randomized controlled trials and

2   epidemiological evidence worldwide. There are now more than seventy studies

3   demonstrating its efficacy as well as noting that nations that use ivermectin see

4   their death rates plummet to 1% of the death rates of nations that do not.

5       **88.** Hydroxychloroquine (HCQ) is a cheap, safe, widely available generic

6   medication used billions of times annually in all countries around the world

7   including the United States. It is typically prescribed for rheumatoid arthritis and

8   lupus. HCQ treats and cures SARS-CoV-2 infection effectively in the early

9   infectious stage. HCQ also provides substantial reduction in mortality in later

10  stages.[96] There are now more than 300 studies demonstrating its efficacy and

11  nations that use HCQ have 1-10% of the death rate of nations that do not. HCQ is

12  on the WHO's List of Essential Medications that all nations should always have

13  available. Chloroquine (an earlier version of HCQ) has been in continuous use

14  for SARS-CoV-2 in China since February 2020.

15      **89.** Budesonide, a cheap, safe, widely available generic inhaler

16  medication used commonly in the United States, typically for emphysema,

17  effectively treats SARS-CoV-2 infection while in the early infectious stage.[97]

18  This was published in The Lancet in April 2021.[98] The trial at ClinicalTrials.gov

19  _____

20

21  [96]     HCQ Meta (January 10, 2022). *HCQ for COVID: Real-Time Meta*

22  *Analysis of 303 Studies.* https://hcqmeta.com/; especially F. Taieb, et al. (October 2020). *Hydroxychloroquine and Azithromycin Treatment of Hospitalized*

23  *Patients Infected with SARS-CoC-2 in Senegal from March to October 2020,* Papers on Early Treatment and Prophylaxis with HCQ, Vitamin D, Zinc,

24  Nitazoxanide, Ivermectin.

25  [97]     Ramakrishnan, S et al. (February 8, 2021). *Budesonide Dosing for*

26  *Outpatient COVID per the Oxford RCT,* University of Oxford, England. https://www.medrxiv.org/content/10.1101/2021.02.04.21251134v1.

27

28  [98]     Ramakrishnan, S et al. (July 1, 2021). *Inhaled Budesonide in the treatment*

1    was stopped early because steroids were shown to be so effective.

2        **90.** Monoclonal antibodies are approved for Covid-19 early treatment and

3    are highly effective and universally safe.

4        **91.**   The evidence is overwhelming that low Vitamin D levels are linked to

5    poor outcomes in Covid-19.[99] Vitamin D therapies are being evaluated in trials

6    by ClinicalTrials.Gov.

7                                 **OMICRON UPDATE**

8        **92.**    Since its detection in southern Africa and first reported case on

9    November 24, 2021, the novel variant denoted as Omicron (B.1.1.529) has been

10   urgently studied. The Omicron variant strain possesses a large number of spike

11   protein mutations (>30) which confer both enhanced antibody evasion and

12   transmission, compared to Delta.[100] A recent study out of Hong Kong looked at

13   the effects of Omicron in the human respiratory tract. Researchers found that

14   Omicron, "infects and multiplies 70 times faster than the Delta variant,"

15   explaining increased transmission. Reassuringly, the study also showed that

16   _____

17   *of early COVID-19 (STOIC): a phase 2, open-label randomized controlled trial.*
     Respiratory Medicine, The Lancet, Vol 9, Issue 7, P763-772.
18   https://www.thelancet.com/article/S2213-2600(21)00160-0/fulltext.

19   [99]    Vassiliou, A et al. (December 2020). *Low 25-Hydroxyvitamin D Levels on*
20   *Admission to the Intensive Care Unit May Predispose COVID-19 Pneumonia*
     *Patients to a higher 28-Day Mortality Risk: A Pilot Study on a Greek ICU*
21   *Cohort,* National Library of Medicine, National Institute of Health.
22   https://pubmed.ncbi.nlm.nih.gov/33316914/.
          Bychinin, M (August 7, 2021). *Low Circulating Vitamin D in Intensive*
23   *Care Unit-Admitted COVID-19 Patients as a Predictor of Negative Outcomes.* J
24   Nutr 2021 Aug 7;151(8):2199-2205.
     https://pubmed.ncbi.nlm.nih.gov/33982128/.
25

26   [100]   Liu, L. et al (December 23, 2021). *Striking antibody evasion manifested by*
     *the Omicron variant of SARS-CoV-2.* NATURE. 2021, Dec 23;
27   https://doi.org/10.1038/d41586-021-03826-3

28

subsequent lung infection (associated with severe illness and/or hospitalization) from Omicron was significantly lower than the original SARS-CoV-2 which may be an indicator of lower disease severity.[101]  While the Omicron variant appears more transmissible than Delta (and other previously identified strains), clinical syndromes associated with Omicron are milder and, in most cases, require no treatment.

    **93.**    To date, the Covid-19 vaccines have not demonstrated efficacy in stopping transmission of the SARS-CoV-2 virus.  The Delta strain was determined to be easily acquired, carried, and transmitted, amongst the vaccinated.[102] After months of studying the effects the vaccines had on the Delta variant, no reduction in transmission was found; one study showed that the Delta variant was readily contracted and spread among vaccinated healthcare workers at the University of San Diego Health.[103] Emerging data regarding transmission of the Omicron strain in the vaccinated appears consistent with that of Delta.

    **94.**    In September 2021, the CDC stated that the Delta variant accounted for more than 99% of all Covid-19 infections in the United States. Because of the

---

[101]    HKU (December 15, 2021). *HKUMed finds Omicron SARS-CoV-2 can infect faster and better than Delta in human bronchus but with less severe infection in lung.* The University of Hong Kong, Press Release. 2021, Dec 15th; https://www.hku.hk/press/press-releases/detail/23751.html.

[102]    Chau, NVV, et al (November 2021). *An observational study of breakthrough SARS-CoV-2 Delta variant infections among vaccinated healthcare workers in Vietnam.* ECLINICALMEDICINE. 2021 Nov;41:101143. https://doi.org/10.1016/j.eclinm.2021.101143 Epub 2021 Sep 30. PMID: 34608454; PMCID: PMC8481205.

[103]    Keehner, J, et al (September 2021). *Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce.* N ENGL J MED. 2021 Sep 30;385(14):1330-1332. https://doi.org/10.1056/nejmc2112981 Epub 2021 Sep 1. PMID: 34469645; PMCID: PMC8451183.

progressive mutations of the spike protein (with Omicron variant spike protein demonstrating 3-5 times more mutations than any of the previous strains),[104] the virus has achieved an immune escape from the Covid-19 vaccines. Viral immune escape has promoted the emergence of variants (including the former Delta and newly identified Omicron) because it is not adequately covered by the Pfizer Covid-19 vaccine. Evidence supporting this comes from Israel, a nation far more advanced in its vaccine program than the United States. >80% of Israeli Covid-19 cases have occurred in persons fully vaccinated confirming the failure of the vaccines against Covid-19.

**95.**    As of December 8th, 2021, the CDC announced that a total of 43 Covid-19 cases were attributed to the Omicron variant reported from 22 states with evidence of community spread.[105] In that same report, the CDC indicated that 79% of those new Covid-19 cases, "occurred in persons who completed the primary series of an FDA-authorized or approved Covid-19 vaccine ≥ 14 days before symptom onset or receipt of a positive SARS-CoV-2 test result…" with 14 individuals (out of the 34) also having received, "an additional dose [booster]," confirming vaccine ineffectiveness with regards to the Omicron variant.  It should be noted that within this early data set from the CDC, only one hospitalization and no deaths were recorded.

**JACOBSON IS NOT RELEVANT PRECEDENT, AS COVID VACCINES DO NOT PREVENT THE SPREAD OF CONTAGIOUS DISEASE AND**

---

[104]    Mannar, D, et al (December 2021). *SARS-CoV-2 Omicron Variant: ACE2 Binding, Cryo-EM Structure of Spike Protein-Ace2 Complex and Antibody Evasion.* BIORXIV preprint. 2021. Dec 21; https://doi.org/10.1101/2021.12.19.473380.

[105]    CDC (December 10, 2021). *SARS-CoV-2 B.1.1.529 (Omicron) Variant – United States, December 1-8, 2021.* MORBITIDY AND MORTALITY WEEKLY REPORT. 2021, December 10th; Vol. 70.

**ARE PERSONAL TREATMENT ONLY, STRICT SCRUTINY APPLIES**

96.      The presumption of some courts that vaccine mandates are subject to a deferential review traces its roots to *Jacobson.* See e.g., *Roman Catholic Diocese v. Cuomo,* 141 S Ct 63, 70-71 (2020) (Gorsuch and Kavanaugh concurrences). While it is arguable whether *Jacobson* really established a deferential standard, *Id*,[106] it is clear that Jacobson was addressed to a vaccine *"adapted to prevent the spread of contagious diseases[.]"* (emphasis added) *Jacobson*, *supra*, 197 US at 35.

97.      Accordingly, courts that have found Covid-19 "vaccine" mandates are subject to more lenient scrutiny have done so on the mistaken assumption that the Covid "vaccines" being mandated "prevent the spread of Covid-19[.]" See e.g., *Norris v. Stanley*, No. 1:21-cv-756, 2021 US Dist LEXIS 198388, at *10 (WD Mich Oct. 8, 2021), see also *Valdez v. Grisham*, No. 21-cv-783 MV/JHR, 2021 US Dist LEXIS 173680, at *6 (DNM Sep. 13, 2021) ("the refusal to receive the Covid-19 vaccine not only endangers the individual but the entire community[.]").

98.      Unlike *Jacobson's* smallpox vaccines, it is universally acknowledged by all credible scientific experts, that the Covid-19 injections do not stop the transmission or acquisition of the virus that causes Covid-19. Strict scrutiny due to forced treatment is appropriate.

99.      The right to refuse treatment is a fundamental right subject to strict scrutiny and as such the Defendant's vaccine mandate must be struck down unless it is narrowly tailored to serve a compelling state interest, *Gateway City Church v. Newsom*, 516 F Supp 3d 1004, 1017 (ND Cal 2021), and "advance[s]

---

[106]      In *Jacobson*, individuals could accept the vaccine, pay the fine, or identify a basis for exemption. The imposition on Mr. Jacobson's claimed right to bodily integrity, thus, was avoidable and relatively modest. It easily survived rational basis review, and might even have survived strict scrutiny, given the opt-outs available to certain objectors.

[that] compelling state interest by the least restrictive means available." *Bernal v. Fainter*, 467 U.S. 216, 219 (1984).

**100.** Defendant's mandate is not narrowly tailored, both because less restrictive alternatives are available, and because it applies to individuals who have natural immunity. "Governmental actions that infringe upon a fundamental right receive strict scrutiny." *Fields v. Palmdale Sch. Dist.*, 427 F.3d 1197, 1208 (9th Cir. 2005), as amended by 447 F.3d 1187 (9th Cir. 2006). Accordingly, Defendants' vaccine mandate is subject to strict scrutiny and must be struck down unless it "advance[s] a compelling state interest by the least restrictive means available." *Bernal v. Fainter*, 467 U.S. 216, 219 (1984); *see also, Sable Commc'ns of Cal. v. FCC*, 492 U.S. 115, 126 (1989). Defendants' mandates are not narrowly tailored both because less restrictive means of accomplishing the same goals are available, and because the mandates apply to individuals who have natural immunity.

**101.** The Attorney General for the State of Arizona is also requesting strict scrutiny in pending litigation challenging President Biden's Covid-19 vaccine mandate for federal employees and contractors. See *Arizona v. Biden*. No. 2:21-cv-01568-MTL (United States District Court, District of Arizona), Dkt. 34 (Request for TRO), pages 36-38. See also emerging legal precedents applying strict scrutiny to Covid-19 vaccine mandates:

> **a.** *Magliulo v. Edward Via Coll. of Osteopathic Med.*, No. 3:21-CV-2304, 2021 U.S. Dist. LEXIS 159265, at *18 (W.D. La. Aug. 17, 2021) (agreeing with State attorney general and granting TRO for student challenging college vaccine mandate because "VCOM can likely show a compelling state interest (safety of students, employees, and patients), but is unlikely to meet the second prong, that it used the least restrictive means of

compelling that interest.")

    **b.** *Dahl v. Bd. of Trs. of W. Mich. Univ.*, No. 1:21-cv-757, 2021 U.S. Dist. LEXIS 167041, at *5 (W.D. Mich. Aug. 31, 2021) (granting TRO for student challenging college vaccine mandate because "Plaintiffs have established a likelihood of success on the merits of the Free Exercise Claims. Plaintiffs have established that WMU's vaccination requirement is subject to strict scrutiny."

    **102.**   Many state courts are also applying strict scrutiny. See e.g., *Michalski et al. v. St. John Fisher College, et al.* (State of New York, Supreme Court: County of Onondaga, Index No. 8063/2021). Emergency Order to Show Cause With Temporary Restraining Order, dated September 21, 2021 (granting TRO and Burden Shifting for students asserting strict scrutiny in challenge to college vaccine mandate); *Friend et al. v. City of Gainesville* (State of Florida, Circuit Court: Alachua County, Case No. 01-2021-CA-2412). Order Granting Plaintiffs' Petition for Temporary Injunction, dated September 22, 2021 (applying strict scrutiny to grant TRO for city employees challenging city's vaccine mandate).

### IF JACOBSON IS RELEVANT, THE LEGAL STANDARD OF PROTECTING THE PUBLIC HEALTH IS NOT MET AND THE IMPLICIT SACRIFICE OF THE INDIVIDUAL TO THE COLLECTIVE IS ARCHAIC

    **103.**   *Jacobson* provides that a mandate "enacted to protect the public health" will be struck down as unconstitutional if it "has no real or substantial relation to those objects, or is, beyond all question, a plain, palpable invasion of rights secured by the fundamental law[.]." *Jacobson,* 197 U.S. at 31. *Jacobson* held that to the extent the government should be given deference, it was only if the vaccine reduced the spread of contagious disease and also protected public

1    health without unreasonable risk of harm to the individual. That is not the instant

2    situation on either element.

3        **104.**   All experts, including the CDC, state that the Covid-19 vaccines do

4    not stop the spread of Covid-19. As there is no causal relationship between the

5    mandate (shots) and the protection of public health (lest everything under the sun

6    becomes a matter of public health), we are left only with a palpable invasion of

7    fundamental rights and forced acceptance of known and unknown risks. And on

8    top of that invasion of rights, Plaintiffs' evidence shows Covid-19 vaccination

9    actively harms public health.

10       **105.**   *Jacobson* has been utilized by courts to treat vaccination differently

11   than other drugs. *Jacobson* concerned a smallpox outbreak in Massachusetts

12   around 1900. In a 7-2 decision applying the 14th Amendment to an individual

13   born in Sweden who immigrated to the United States, the *Jacobson* Court upheld

14   the right of local public health authorities to require that persons over age 21 who

15   were fit subjects for vaccination either (1) submit to vaccination, (2) pay a $5

16   fine to avoid vaccination, or (3) leave the jurisdiction. Given the practical options

17   available to avoiding forced medical treatment (i.e., paying a fine or leaving the

18   jurisdiction), the case has been cited both in favor of forced medical treatment,

19   and against it. What is certain is that later cases upholding *Jacobson* also upheld

20   forced sterilization of human beings. *Buck v. Bell*, 274 U.S. 200 (1927) (later

21   overturned). *Jacobson* was decided decades prior to the more enlightened

22   SCOTUS findings of Constitutional bodily privacy rights, and well before the

23   days of strict scrutiny analysis.[107]

24   _____

25   [107]    *Roman Catholic Diocese v. Cuomo*, No. 20A87, 2020 U.S. LEXIS 5708,
     at *16 (Nov. 25, 2020) (Justice Gorsuch concurring, "Why have some mistaken
26   this Court's modest decision in *Jacobson* for a towering authority that
     overshadows the Constitution during a pandemic? In the end, I can only surmise
27   that much of the answer lies in a particular judicial impulse to stay out of the way
     in times of crisis. But if that impulse may be understandable or even admirable in

28

1
2
3
4
5
6

**106.**   *Jacobson* has been referenced to justify the sacrifice of the individual's body for the perceived benefit of the masses. Indeed, the official syllabus to *Jacobson* refers to "sacrifice" explicitly, "That the legislature has large discretion to determine what personal sacrifice the public health, morals and safety require from individuals is elementary." *Jacobson, supra,* 197 U.S. at 22. Compelled sacrifice under *Jacobson* has increasingly been found archaic.

7
8
9
10

**107.**   To be perfectly clear, one hundred and fifteen years after *Jacobson,* the law and justice confirm that the government does not have the right to sacrifice an individual. And Plaintiffs request declaratory relief stating exactly that fact.

11
12
13
14
15
16

**108.**   "No right is held more sacred, or is more carefully guarded, by the common law, than the right of every individual to the possession and control of his own person, free from all restraint or interference of others, unless by clear and unquestionable authority of law. As well said by Judge Cooley, 'The right to one's person may be said to be a right of complete immunity: to be let alone.'" *Union P. R. Co. v. Botsford*, 141 U.S. 250, 251 (1891).

17
18

## IF JACOBSON IS RELEVANT, THE FACTS IN THE INSTANT CASE ARE DISTINGUISHED

19
20
21
22

**109.**   It was foundational to *Jacobson* that the vaccine was to halt the transmission of a virus with 30% mortality. In contrast, Covid-19 has 99.997% survivability in plaintiffs' age group and >99.6% survivability overall for the American population of all ages. [108] The average age of death from Covid

23
24
25

other circumstances, we may not shelter in place when the Constitution is under attack. Things never go well when we do.")

26
27
28

[108]   Reese, H. et al (November 25, 2020). *Estimated Incidence of Coronavirus Disease 2019 (COVID-19) Illness and Hospitalization—United States, February–September 2020*. Clinical Infectious Diseases*, Volume 72, Issue 12, 15 June 2021, Pages e1010–e1017. https://doi.org/10.1093/cid/ciaa1780.

**exceeds** a person's life expectancy (age 82 vs. age 79.) It is manifestly unjust and unlawful to compel the sacrifice of young people, especially in order to hypothetically protect individuals already exceeding average life expectancy.



110.    And it cannot be whitewashed that modern vaccination is nothing like traditional vaccines which relied on decades old technology and the attenuated virus itself. In contrast, the modern Covid-19 vaccine relies on aborted tissue samples, DNA manipulation, and technology that has never been used in vaccines. Indeed, as the US Supreme Court had cautioned only three years earlier, "[i]t should ever be the care of courts of justice to guard human life and liberty against being sacrificed by public prejudice or excitement." *Dreyer v. Ill.,* 187 U.S. 71, 76 (1902).

111.    These technologies were unknown to the 1905 Supreme Court. Plaintiff submits this biotechnology revolution cannot be ignored. The time has already come to remember Justice Harlan's caveat on his 1905 case holding in

US Centers for Disease Control and Prevention (2021). *Weekly updates by select demographic and geographic characteristics: provisional death counts for coronavirus disease (COVID-19).*
https://www.cdc.gov/nchs/nvss/vsrr/covid_weekly/index.htm#AgeAndSex.

*Jacobson*, "There is, of course, a sphere within which the individual may assert the supremacy of his own will, and rightfully dispute the authority of any human government, especially of any free government existing under a written constitution, to interfere with the exercise of that will." *Jacobson, supra,* at 29.

112.   Unlike their other medicinal products[109] (for which pharmaceutical companies have paid hundreds of **b**illions of dollars in tort claims), Covid-19 vaccines are shielded from liability. Big Pharma is financially incentivized to mislabel their products as vaccines to avoid the proper level of both medical and judicial scrutiny. As stated above, these products are classified by the FDA as therapeutics in the category of "CBER-Regulated Biologics".[110] It is marketing that has permitted the use of the word vaccine and marketing is not a judicial standard. The overwhelming economic power and political influence includes a revolving door with public health officials writing the rules regarding the biotech from which they profit.

113.   Just one example is that since its founding, Moderna has had 44 straight quarters of financial losses, but for the first time ever became profitable

---

[109]   See e.g., *McCormick v. Stalder*, 105 F.3d 1059, 1061-62 (5th Cir. 1997) (citing *Jacobson* and applying strict scrutiny to a prisoner's right to decline medical treatment that would prevent the spread of tuberculosis, a highly contagious disease). As prisoners are afforded strict scrutiny review for declining personal medical treatment that prevents transmission of a contagious disease, certainly free Americans must be afforded the highest level of scrutiny for declining personal medical treatment that does *not* prevent transmission of a contagious disease.

[110]   FDA (2022). *Coronavirus (COVID-19) | CBER-Regulated Biologics*. https://www.fda.gov/vaccines-blood-biologics/industry-biologics/coronavirus-covid-19-cber-regulated-biologics.

in Q2 2021 and reached 4.4B revenues and $2.8B earnings.[111],[112] Of course, last year's FDA Chief (the single person most responsible for permitting the vaccines to come to market years ahead of schedule by denying early treatment exists) is this year's Moderna's Venture Capital Chief Medical Officer.[113]

114.   Covid-19 is not Big Pharma's first catastrophe, but it will be its most televised. Consider that President Ford halted the premature rollout of the Swine Flu vaccine due to 50 unexpected deaths; Covid-19 vaccine deaths now exceed, conservatively, 10,000. *Jacobson* was not intended to become an open door to unlimited technological advancements so long as the government attaches its (mis)behavior to the word "vaccine".

### UC RIVERSIDE COVID-19 VACCINE MANDATE

115.   Defendant Wilcox regularly publishes the Covid-19 vaccine policies that he enforces at UC Riverside. See e.g., https://ehs.ucr.edu/coronavirus. Such policies and their enforcement constitute a pattern and practice of UC Riverside discriminating against unvaccinated persons who are Covid-19 recovered compared to persons who are Covid-19 vaccinated.

### UC IRVINE COVID-19 VACCINE MANDATE

116.   Defendant Gillman regularly publishes the Covid-19 vaccine

---

[111]   United States Securities and Exchange Commission (August 6, 2020). *Moderna Form 10Q.* https://www.sec.gov/Archives/edgar/data/1682852/000168285220000017/mrna-20200630.htm.

[112]   Moderna (August 5, 2021). *Moderna Reports Second Quarter Fiscal Year 2021 Financial Results and Provides Business Updates.* Press Release. https://investors.modernatx.com/news-releases/news-release-details/moderna-reports-second-quarter-fiscal-year-2021-financial.

[113]   Diamond, D (June 14, 2021). *Trump's FDA commissioner takes job at Moderna backer.* Washington Post. https://www.washingtonpost.com/health/2021/06/14/hahn-job-talks-flagship/.

policies that he enforces at UC Irvine. See e.g., https://uci.edu/coronavirus/. Such policies and their enforcement constitute a pattern and practice of UC Irvine discriminating against unvaccinated persons who are Covid-19 recovered compared to persons who are Covid-19 vaccinated.

117.   Regarding students claiming the religious exemption, a strange webpage has emerged from UC Irvine ( https://shc.uci.edu/immunization-requirements/religious-belief-exception-educational-resources ) where UCI presumes to give supposedly authoritative teachings about vaccines from various religions, and makes reading them a condition of submitting a religious exemption request.

**UCLA COVID-19 VACCINE MANDATE**

118.   Defendant Block regularly publishes the Covid-19 vaccine policies that he enforces at UCLA. See e.g., https://covid-19.ucla.edu/. Such policies and their enforcement constitute a pattern and practice of UCLA discriminating against unvaccinated persons who are Covid-19 recovered compared to persons who are Covid-19 vaccinated.

**UC BERKELEY COVID-19 VACCINE MANDATE**

119.   Defendant Carol Christ regularly publishes the Covid-19 vaccine policies that she enforces at UC Berkeley. See e.g., https://coronavirus.berkeley.edu/. Such policies and their enforcement constitute a pattern and practice of UC Berkeley discriminating against unvaccinated persons who are Covid-19 recovered compared to persons who are Covid-19 vaccinated.

**UC STATEWIDE POLICY**

120.   On or about July 15, 2021, Defendants UC and Drake published a policy (republished by the other Defendants) to mandate Covid-19 vaccination for all UC students, as follows:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

"The deadline for initial implementation of the Program, which is two (2) weeks before the first day of instruction at any University campus or school for the Fall 2021.

…

**"Exception**: An approved exception to COVID-19 vaccination based on a Medical Exemption, Disability, or Religious Objection.

…

**"Non-Pharmaceutical Intervention (NPI):** An action, other than getting vaccinated or taking medicine, that members of the University community can take to help prevent or slow the spread of COVID-19 and other contagious illnesses. NPIs include, for example, staying home, especially when a person is sick or when a member of the person's family or household is sick; quarantining when an unvaccinated person has been exposed to someone else with the illness; avoiding large gatherings; physical/social distancing; wearing personal protective equipment or face coverings; frequent handwashing and cleaning; and asymptomatic (surveillance) and symptomatic testing.

…

"As a condition of Physical Presence at a Location or in a University Program, all Covered Individuals must Participate in the COVID-19 Vaccination Program by providing proof of Full Vaccination or submitting a request for Exception or Deferral no later than the Implementation Date. This requirement will be subject to implementation guidelines and any local procedures

for enforcement. Alternative remote instructional programming
is not expected to be available in most cases and the availability
of alternative remote work arrangements will depend on
systemwide guidance and any local policies or procedures, as
well as the nature of the work to be performed.

…

"Students who fail to provide proof of vaccination or apply for
an Exception or Deferral by the Implementation Date may,
therefore, be subject to a registration hold.

…

"Each campus is responsible for: (i) assuring any necessary
updates are made to its local Infectious Diseases/Infection
Prevention and Control Programs; (ii) establishing deadlines for
COVID-19 Vaccination Program Participation on an annual or
ongoing basis, in consultation with epidemiology and infection
prevention experts and occupational health representatives as
applicable and consistent with any supply limitations; and (iii)
assuring implementation of the COVID-19 Vaccination
Program at all sites…. Chancellors, Laboratory Directors, and
the Vice President ANR are responsible for implementing this
policy.

…

*"[FAQ #9] I was recently diagnosed with COVID-19, and/or I
had an antibody test that shows that I have natural immunity.
Does this support a Medical Exemption?*
You may be eligible for a temporary Medical Exemption (and,
therefore, a temporary Exception), for up to 90 days after your

diagnosis and certain treatments. <u>According to the US Food and</u>
<u>Drug Administration</u>, however, "a positive result from an
antibody test does not mean you have a specific amount of
immunity or protection from SARS-CoV-2 infection …
Currently authorized SARS-CoV-2 antibody tests are not
validated to evaluate specific immunity or protection from
SARS-CoV-2 infection." For this reason, individuals who have
been diagnosed with COVID-19 or had an antibody test are not
permanently exempt from vaccination.

…

"Those Covered Individuals who fail to Participate by being
Vaccinated or requesting an Exception or Deferral on or before
the Implementation Date will be barred from Physical Presence
at University Facilities and Programs, and may experience
consequences as a result of non-Participation, up to and
including dismissal from educational programs or
employment."

And Appendix A to the UC Policy contains a medical exemption form that
requires a healthcare provider to certify: "I certify that one or more of the
Contraindications or Precautions recognized by the CDC or by the vaccines'
manufacturers for each of the currently available COVID19 vaccines applies to
the patient listed above. For that reason, COVID-19 vaccination using any of the
currently available COVID-19 vaccines is inadvisable for this patient in my
professional opinion."

**121.**   The UC policy refers to the CDC webpage entitled, "Interim
Clinical Considerations for Use of COVID-19 Vaccines Currently Authorized in
the United States", which contains the following excerpt:

1        "People should be offered vaccination regardless of their

2        history of symptomatic or asymptomatic SARS-CoV-2

3        infection; this includes people with prolonged post-COVID-19

4        symptoms. Data from clinical trials indicate that the currently

5        authorized COVID-19 vaccines can be given safely to people

6        with evidence of a prior SARS-CoV-2 infection. Viral testing to

7        assess for acute SARS-CoV-2 infection or serologic testing to

8        assess for prior infection is not recommended for the purposes

9        of vaccine decision-making.

10       "Vaccination of people with known current SARS-CoV-2

11       infection should be deferred until the person has recovered from

12       the acute illness (if the person had symptoms) and they have

13       met criteria to discontinue isolation. This recommendation

14       applies to people who experience SARS-CoV-2 infection

15       before receiving any vaccine dose and those who experience

16       SARS-CoV-2 infection after the first dose of an mRNA vaccine

17       but before receipt of the second dose.

18       "While there is no recommended minimum interval between

19       infection and vaccination, current evidence suggests that the

20       risk of SARS-CoV-2 reinfection is low in the months after

21       initial infection but may increase with time due to waning

22       immunity."

23       https://www.cdc.gov/vaccines/covid-19/clinical-

24       considerations/covid-19-vaccines-us.html

25               Moreover, on such CDC webpage for the moment, a person's previous

26  history of SARS-CoV-2 infection is not a contraindication or precaution to

27  Covid-19 vaccination.

28

**122.**   Defendants also publish policies that treat Covid-19 recovered students as if their natural immunity is insufficient, such that these unvaccinated Covid-19 recovered students are threatened with unnecessary medical procedures and interventions without their consent (i.e., PCR testing).

**123.**   Defendants' novel theories for the novel coronavirus and its experimental vaccine are expressly based on conjecture that fails strict scrutiny when applied as a healthcare mandate, as Defendants *suggest* without confirmed data, for example:

     **a.** Covid-19 vaccines 'could' 'may' 'possibly' 'ideally' create a larger immune response[114] and therefore perhaps hypothetically create superior immunity that just hasn't been observed yet but might be observed in the unknown future by some unknown institution.

     **b.** Sars-Cov-2 'could' 'may' 'possibly' be more likely to mutate in the bodies of unvaccinated persons rather than vaccinated persons[115], even though that too hasn't been observed yet but only might be observed in the unknown future by some unknown institution.

Defendants' pattern and practice of unsubstantiated conjecture has already been authoritatively rebutted by overwhelming scientific evidence, and therefore

---

[114]   https://mediasources.ucr.edu/articles/2021/03/03/what-uc-riverside-scientists-have-say-about-vaccines-variants-and-antibodies ("ideally"); https://campusreturn.ucr.edu/sites/g/files/rcwecm4671/files/2021-04/COVID-19%20Vaccine%20education%20slide%20deck_UCLA_UCR%20%281%29.pdf , page 31 ("There is not enough information" "suggests")); https://uci.edu/coronavirus/testing-response/covid-19-vaccine.php ("usually").

[115]   https://www.universityofcalifornia.edu/news/are-we-stuck-covid-19-forever ("may be").

the CDC will (or *should*) correct its guidance imminently.[116]

### EMERGENCY USE AUTHORIZATION

124.   Presently all Covid-19 vaccines available to the Plaintiffs are authorized only for emergency use. And the federal law governing such authorization, 21 U.S.C. § 360bbb-3(e)(1)(A)(ii)(I-III), grants the patient explicitly "the option to accept or refuse administration of the [EUA] product".

125.   Every FDA fact sheet for a Covid-19 vaccine available to Plaintiffs states the same disclaimer, "It is your choice to receive or not receive the [Pfizer-BioNTech, Moderna, Janssen] COVID-19 Vaccine. Should you decide not to receive it, it will not change your standard medical care." This precise language is required by federal statute because available Covid-19 vaccines are *not* FDA approved but rather are Emergency Use Authorization (EUA) only. The same precise statutory language also applies for all Covid-19 tests and face coverings – they too are EUA and so pursuant to federal statute if an individual declines these EUA products, it cannot change the individual's standard medical care.

126.   And yet, as the Plaintiffs in this case respectfully decline these EUA products, Defendants openly threaten to disenroll them and remove their standard healthcare offered through Student Health Services.[117]  Therefore, Defendants are openly violating federal law (in a field preempted by federal law) in their zeal to

---

[116]    Siri, A. (October 21, 2021). *Prelitigation communications with CDC to lift restrictions on the naturally immune.* https://www.icandecide.org/wp-content/uploads/2021/10/Reply-to-CDC-Re-Natural-Immunity-v-Vaccine-Immunity.pdf.

[117]    See e.g., "Student Health Insurance Plan (SHIP). All registered UCR students are automatically enrolled in the SHIP, a comprehensive and affordable insurance plan that is covered by financial aid…. All UCR students have access to SHS [Student Health Services], even if you aren't covered by SHIP." https://studentdocs.ucr.edu/studenthealth/uc-riverside_student_health_services-brochure.pdf

Second Amended Complaint for Declaratory and Injunctive Relief

rush a vaccine mandate to promote Defendants' highly suspect 'separate but equal' campus segregation policies. Students with natural immunity are treated like second class citizens (weekly swabs up the nose, daily masks on the face, and more).

127.   The previously referenced section (21 U.S.C. § 360bbb-3) of the Federal Food, Drug, and Cosmetic Act governing medical products approved for emergency states that the FDA-approved fact sheet must state "the consequences, if any, of refusing administration of the product." Nowhere in an FDA fact sheet for vaccines, face masks, or Covid-19 tests, does it specify that a person may be denied education, denied student health services, disciplined, required to seek religious belief accommodation, or otherwise discriminated against for refusal. Nor does any fact sheet state that people declining will be forced to use still other EUA products.

### FIRST CAUSE OF ACTION AGAINST DEFENDANTS
### Violation of the Fourteenth Amendment
### Substantive Due Process Pursuant to 42 USC § 1983

128.   Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

129.   Plaintiffs have fundamental constitutional rights to bodily integrity, including, especially, to be free from human medical experimentation. The FDA's classification of Covid-19 vaccination (as emergency use or approved) is not determinative of the experimental status of the vaccination, as, for example, with the complete absence of any long-term safety data and the novel status of mRNA and adenovirus vaccines in humans.

130.   Defendants' vaccine mandates, together with the additional bodily intrusion mandates based expressly thereon (namely forced testing and masking), violate the liberty protected by the Fourteenth Amendment to the U.S. Constitution, which includes the right of self-determination, personal autonomy

and bodily integrity, as well as the right to reject medical treatment.

131.   The ability to decide whether to accept or refuse medical treatment is a fundamental right. As mandated medical treatments are a substantial burden, Defendants must prove that their mandates are narrowly tailored to meet a compelling interest.

132.   No such compelling interest exists because, as alleged above, the Covid-19 vaccines are not effective in that they do not prevent the recipient from becoming infected, getting reinfected, or transmitting Covid-19 to others. Indeed, evidence shows that vaccinated individuals have more Covid-19 in their nasal passages than unvaccinated people do, and vaccinated people are more likely to spread Covid-19.

133.   But even if one assumed there was a compelling interest in mandating the Covid-19 vaccinations, the mandates are not narrowly tailored to achieve such an interest. The blanket mandates ignore individual factors increasing or decreasing the risks that the plaintiffs—indeed, all students —pose to themselves or to others. The Covid-19 Recovered student poses the least risk of any person, far less than the vaccinated who is not Covid-19 Recovered.

134.   The Constitutional Right to Bodily Integrity is well settled in law and ethics:

> A.     "It cannot be disputed that the Due Process Clause protects an interest in life as well as an interest in refusing [] medical treatment." *Cruzan v Director, Missouri Dept of Health* (1990) 497 US 261, 279. In *Washington v. Harper*, 494 U.S. 210, 221-22, the Supreme Court stated "The forcible injection of medication into a nonconsenting person's body represents a substantial interference with that person's liberty. Cf. *Winston* v. *Lee*, 470 U.S. 753 (1985); *Schmerber* v. *California*, 384 U.S. 757, 772 (1966)." Federal courts have long maintained that strict

scrutiny even applies to non-dangerous prisoners and detainees when government attempts to inject them with medication. See e.g., *United States v. Brandon*, 158 F.3d 947 (6th Cir. 1998). And strict scrutiny is currently being applied to Covid-19 vaccine mandates in an increasing number of jurisdictions within the US.

**B.** "Informed consent to medical treatment is fundamental in both ethics and law. Patients have the right to receive information and ask questions about recommended treatments so that they can make well-considered decisions about care. Successful communication in the patient-physician relationship fosters trust and supports shared decision making."[118]

**C.** "As with all forms of medical therapy, informed consent must precede vaccination administration."[119]

**D.** Coerced consent to a medical procedure violates the medical ethics of informed consent and informed refusal, as for example where an individual who has been coerced to consent to injection of biotechnology, due to governmental threat of loss of access to basic necessities of life such as food and medical care, cannot be presumed to have provided lawful informed consent to the injection.[120]

---

[118]   American Medical Association (2021). *AMA Principles of Medical Ethics: I, II, V, VIII. Informed Consent.* https://www.ama-assn.org/delivering-care/ethics/informed-consent.

[119]   The American College of Obstetricians and Gynecologists, Committee on Ethics, Ethical Issues With Vaccination for the Obstetrician–Gynecologist, Committee Opinion Number 564, May 2013, *(Reaffirmed 2016).*

[120]   Bi, S. and Klusty, T (2015). *Forced Sterilizations of HIV-Positive Women: A Global Ethics and Policy Failure.* AMA J Ethics 17(10):952-957. doi:10.1001/journalofethics. 2015.17.10.pfor2-1510. https://journalofethics.ama-assn.org/article/forced-sterilizations-hiv- positive-women-global-ethics-and-

**135.**   Plaintiffs are the only competent persons able to provide consent/refusal to the injection of Covid-19 vaccines into themselves. Neither Defendants nor third parties (such as the FDA) are able to provide such consent/refusal on behalf of Plaintiffs, nor can Defendants or third parties waive Plaintiffs' rights to informed consent/refusal of Covid-19 vaccines. Because Defendants have indicated that consent to injection of a Covid-19 vaccine is an imminent condition of their ongoing college participation (and, hence, future livelihood), Plaintiffs fundamental rights are in jeopardy. Plaintiffs seek declaratory relief to clarify their rights, and thereby prevent immediate harm.

**136.**   This real and concrete controversy exists between Plaintiffs and Defendants, in that Defendants contend that they have the right, the power, and the authority to require Plaintiffs' coerced vaccination as a condition of continuing participation at the public college (and hence control over Plaintiffs' future livelihoods), and Plaintiffs maintain that such coercion is duress, because Plaintiffs have the fundamental constitutional and statutory right to refuse vaccination without disruption of their education and future livelihoods.

**137.**   Plaintiffs seek declaratory relief that (a) Defendants' vaccine mandate rejecting Prescreening is an unscientific infringement upon Plaintiffs' constitutional rights, and (b) Defendants lack the lawful authority to mandate vaccine biotechnology injection into Plaintiffs. "No right is held more sacred, or is more carefully guarded, by the common law, than the right of every individual to the possession and control of his own person, free from all restraint or interference of others, unless by clear and unquestionable authority of law. As well said by Judge Cooley, 'The right to one's person may be said to be a right of complete immunity: to be let alone.'" *Union P. R. Co. v. Botsford*, 141 U.S. 250, 251 (1891). Defendants do not possess clear and unquestionable authority of law

policy-failure/2015-10.

1    to require that Plaintiffs be injected with biotechnology.

2         **138.**   This actual controversy between Defendants and Plaintiffs centers

3    upon the lives and health of Covid-19 recovered persons.

4         **139.**   Defendants have asserted in published documents that there is no

5    need to screen individuals before receiving Covid-19 vaccines, as Defendants

6    claim the vaccines are safe for administration to such people, despite the lack of

7    any testing of said individuals as part of the various trials regarding the various

8    vaccines.

9         **140.**   Defendants' policy is a gross departure from its own long-standing

10   vaccination policy to reduce life-threatening harm by prescreening.

11        **141.**   Prescreening can be accomplished in exactly the same way as for all

12   other viruses, by clinical definition, and by blood immunity test where indicated.

13   (It is to be noted that physician members of Congress specifically endorse such

14   immunity testing as lifesaving.)

15        **142.**   Abundant scientific medical evidence exists showing that the

16   vaccination of individuals who have had the virus and have recovered, or who

17   currently have the virus, will result in serious health issues, including death to

18   certain individuals and that due process considerations require allowance for

19   prescreening, in order to protect the lives and health of said individuals.

20        **143.**   Defendants' vaccine mandate that unscientifically rejects

21   Prescreening is the direct cause for the immediate and unnecessary threat of

22   injury and death to Plaintiffs.

23        **144.**   Defendants' unscientific decision to reject Prescreening will

24   increase the short-term and long-term vaccine injury rate thereby making UC

25   campuses less safe from SARS-CoV-2, and other pathogens. Defendants' direct

26   attack, under color of law, on Plaintiffs' bodily integrity is an unconstitutional

27   abuse of power that is harming public health, not advancing it.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**145.**   Worsened by financial conflicts of interest, Defendants are engaged in a pattern and practice of downplaying and suppressing information that Covid-19 vaccination is experimental, does not prevent SARS-CoV-2 transmission, and that Covid-19 vaccine injury is widespread and harming public health.

**146.**   Defendants' policies to treat unvaccinated Covid-19 Recovered persons as second-class citizens, on penalty of exclusion from campus activities including in person classes, causes daily and increasing harm, including inability to proceed with a normal education in a timely manner, to navigate the campus free from segregation based upon medical condition and genetic status, and to proceed in his daily life without subjection to other intolerable bodily intrusions. Defendant requires invasive testing of Covid-19 Recovered unvaccinated students at zero risk of infection. This violates the Due Process Clause.

**147.**   Defendants' Covid-19 vaccination mandate actively harms public health. Defendants' lack the lawful authority to mandate vaccination under color of law.

**148.**   For Plaintiffs, Covid-19 vaccination is experimental, ineffective, and dangerous.

**149.**   Plaintiffs cannot lawfully be coerced under duress to participate in the human medical experiment that is Operation Warp Speed, on which Defendants have piggybacked their vaccine mandate. Plaintiffs' protected right to bodily integrity is secured by the Due Process Clause of the United States Constitution, allowing Plaintiffs to navigate the UC campuses free from forced medical experimentation and segregation based on medical condition and genetic status.

**150.**   Defendants are state actors, and have instituted a Covid-19 vaccine mandate under color of law.

**151.**   The harm to Plaintiffs is increasingly irreversible, and causes daily

1    harm, the more that the Covid-19 vaccination mandate is carried out.

2        **152.**   Unless Defendants are enjoined, Plaintiffs will be irreparably

3    harmed, which harm includes, but not by way of limitation, death, or other

4    serious illness, and the loss of fundamental constitutionally protected rights.

5        **153.**   Plaintiffs seek declaratory relief that

6            **a.** Defendants' unscientific decision to reject Prescreening science,

7                in order to unscientifically propagate Defendants' one-size-fits-

8                all vaccine mandate, imminently threatens the lives of students,

9                and unlawfully segregates students based on Covid-19

10               Recovered medical condition and natural genetic status, which is

11               an unlawful infringement by Defendants upon Plaintiffs'

12               constitutional rights, that places individual life and public health

13               in jeopardy.

14           **b.** Defendants do not possess clear and unquestionable authority of

15               law to require that Plaintiff be injected with biotechnology as a

16               public health sacrifice, and

17           **c.** Applied to Plaintiffs, Defendants' vaccine mandate violates, and

18               is preempted by, federal law governing emergency use

19               authorization; and Defendants shall not mandate other EUA

20               products, such as testing and face coverings, upon Plaintiffs for

21               their lawful exercise of the right to decline an EUA vaccine.

22       **154.**   Pursuant to 42 U.S.C. § 1983, Plaintiffs are entitled to temporary,

23   preliminary, and permanent injunctive relief restraining Defendants from

24   enforcing their vaccine mandates and from enforcing their additional bodily

25   intrusion mandates based expressly thereon (namely forced testing and masking).

26           **SECOND CAUSE OF ACTION AGAINST DEFENDANTS**
             **Violation of the Fourteenth Amendment**
27           **Equal Protection Clause Pursuant to 42 USC § 1983**

28

**155.**   Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

**156.**    The Equal Protection Clause prohibits classifications that affect some groups of citizens differently than others. *Engquist v. Or. Dept. of Agric.*, 553 U.S. 591, 601 (2008). The touchstone of this analysis is whether a state creates disparity between classes of individuals whose situations are arguably indistinguishable. *Ross v. Moffitt*, 417 U.S. 600, 609 (1974).

**157.**   Defendants' vaccine mandates create two classes of students: vaccinated and unvaccinated. The members of one class, the unvaccinated, get treated in a punitive way, unable to enjoy normal campus life, activities and schooling and subjected to irrational testing and masking. The other class, the vaccinated, gets to enjoy all the normal rights and privileges.

**158.**   This is despite the fact that the situations of these students should be legally indistinguishable from each other, because vaccinated students can become infected with Covid-19 and can transmit Covid-19 to any other person, vaccinated or not, who is not already Covid-19 Recovered. The vaccines make no difference in this respect. Their only claimed function is to make symptoms less severe.

**159.**   This actual controversy between Defendants and Plaintiffs centers upon the life and health of Covid-19 Recovered persons who are entitled to equal protection under the law.

**160.**   Plaintiffs seek declaratory relief that:

(a) Defendants' vaccine mandates rejecting prescreening are an unscientific and unlawful infringement upon Plaintiffs' constitutional rights of equal protection under the law,

(b) Defendants are engaged in a pattern of downplaying and suppressing information that Covid-19 vaccination does not prevent SARS-CoV-2 infection

1    or transmission.

2         (c) Defendants' policies to treat unvaccinated Covid-19 Recovered persons

3    as second-class citizens is a violation of the Equal Protection Clause.

4         **161.**   Discriminating against the unvaccinated controverts the goals of the

5    Equal Protection Clause – i.e., to abolish barriers presenting unreasonable

6    obstacles to advancement on the basis of individual merit.

7         **162.**   Defendants entirely disregard whether students have already

8    obtained natural immunity despite the fact that natural immunity does actually

9    provide immunity whereas the Covid-19 vaccines do not.  Such knowing

10   disregard demonstrates discriminatory intent, especially given Defendants'

11   unmitigated financial conflicts of interest.

12        **163.**   Giving preferential status to vaccinated students regardless of their

13   individual medical status and risk factors, and treating Covid-19 Recovered

14   students with superior immunity as second-class citizens, is not narrowly tailored.

15        **164.**   Pursuant to 42 U.S.C. § 1983, Plaintiffs are entitled to temporary,

16   preliminary, and permanent injunctive relief restraining Defendants from

17   enforcing their vaccine mandates, and from enforcing their additional bodily

18   intrusion mandates based expressly thereon (namely forced testing and masking).

19            **THIRD CAUSE OF ACTION AGAINST DEFENDANTS**
20            **Injunctive Relief Under 42 U.S.C. § 1983**
     **United States Constitution 14th Amendment Freedom from State Created**
21                              **Danger**

22        **165.**   Plaintiffs incorporate by reference the paragraphs above as if set

23   forth in full herein.

24        **166.**   Plaintiffs have the 14th Amendment Due Process right to be free

25   from Defendants placing Plaintiffs in a situation of involuntary vaccination, a

26   position of actual, particularized danger based upon the deliberate indifference of

27   Defendants to a known and obvious danger of Covid-19 vaccine injury.

28

167.   Defendants' deliberate indifference to the known and obvious danger of vaccine injury (including but not limited to Defendants' inability to quantify the risks of the medical procedure they mandate) creates and exposes Plaintiffs to health dangers, the intensity of which Plaintiffs would not have otherwise faced. Defendants' rejection of science (i.e., Defendants' failure to objectively analyze data) makes Plaintiffs at risk of vaccine injury.

168.   Plaintiffs' current and future injuries as herein stated are reasonably foreseeable to Defendants.

169.   Plaintiffs are in a special relationship with Defendants, in that Plaintiffs are students enrolled at UC campuses.

**FOURTH CAUSE OF ACTION AGAINST DEFENDANTS**
**Injunctive Relief Under 42 U.S.C. § 1983**
**United States Constitution 4th Amendment Privacy**

170.   Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

171.   Plaintiffs allege that their fundamental right to privacy is infringed by Defendants' practices of publicly segregating students into two separate groups based on a student's genetic status in relation to the Covid-19 personal genetic intervention. Group A receives Covid-19 personal genetic intervention and Group B remains natural. Defendants have classified Plaintiffs in Group B. Defendants' irrationally demand that Group B students publicly display their status by covering their faces with masks not capable of stopping a tiny respiratory virus that is 1/1000 the size of a hair (0.1-micron size). Defendants' insistence and enforcement that Plaintiff may only breathe normally outdoors as authorized by the government is a violation of Plaintiffs' right to be secure in the person.

172.   Defendants further subject Group B students to invasion of privacy by mandating that Group B students give routine samples of their DNA-

containing bodily fluid to Defendants for laboratory testing. Defendants utilize PCR genetic testing currently under EUA and up to 97% inaccurate as performed.

(a) The testing is universally acknowledged to be inaccurate as commercial labs, including those near the UC campuses, set the Ct too high. As Covid-19 Recovered persons, Plaintiffs are not at risk of reacquiring Covid-19. By contrast, vaccinated students are at high risk of reacquiring Covid-19 or suffering from it. Should Plaintiffs undergo regular Covid-19 testing they are at very high likelihood of being forced into unnecessary and punitive quarantine. It is thus wholly irrational for Plaintiffs to undergo such testing, however Defendants force this for Plaintiffs to live a normal student life.

(b) Defendants utilize their positions of power over Plaintiffs to threaten contact tracing, quarantine, and isolation techniques if any of Defendants' unlawful tests come back positive using the undisclosed criteria that Defendants pre-instruct the laboratories selected by Defendants. Defendants have been repeatedly cautioned that PCR and similar lab tests routinely return false positives, but Defendants are committed to invading the privacy of Group B students.

173.   Defendants' conduct alleged herein is a direct and proximate cause of Plaintiffs' loss of privacy, the right to be secure in person, papers, and effects.

174.   Unless Defendants are enjoined, Plaintiffs will be irreparably harmed, which harm includes, but not by way of limitation, bodily injury, false imprisonment, and the loss of fundamental constitutionally protected rights.

175.   Defendants' Covid-19 vaccination mandate actively harms public health. Defendants' lack the lawful authority to mandate vaccination under color of law.

## FIFTH CAUSE OF ACTION AGAINST DEFENDANTS

Case 5:21-cv-01243-JGB-KK   Document 57   Filed 02/02/22   Page 77 of 79   Page ID #:1930

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Injunctive Relief Under 42 U.S.C. § 1983
### United States Constitution 1st Amendment Freedom of Religion

**176.**   Plaintiffs incorporate by reference the paragraphs above as if set forth in full herein.

**177.**   Defendants are engaged in a pattern and practice of exploiting Plaintiffs' religious freedom, by coercing students to make an unnatural false choice between either quickly injecting themselves unnecessarily with new genetic material (a Covid-19 vaccine) presenting an emerging risk of injury and death, or else disclosing under duress their religious beliefs to Defendants' religious exemption approval panels.

**178.**   Defendants prejudicially segregate religious people in order to subject them to harmful and invasive testing.

**179.**   Defendants' conduct alleged herein is a direct and proximate cause of Plaintiffs' loss of religious freedom.

**180.**   Unless Defendants are enjoined, Plaintiffs' religious freedom will be irreparably harmed, by for example: the vaccine infringes upon the sanctity of the body and forces students to inject biotechnology derived from aborted fetal cell lines. For those students with religious exemption to vaccination, the so-called 'alternative' of mandatory DNA specimen collection by the government and mandatory face covering constitute dehumanizing bodily intrusions that substantially interfere with students' religious practices of prayer, speech, and deed.

**181.**   Defendants' Covid-19 vaccination mandate actively harms public health. Defendants' lack the lawful authority to mandate vaccination under color of law.

### REQUEST FOR JURY TRIAL

**182.**   Plaintiffs request a jury trial on factual matters.

### REQUEST FOR RELIEF

Second Amended Complaint for Declaratory and Injunctive Relief

**183.**   Plaintiffs request the Court grant the following relief:

**A.** Issue an order to show cause shifting the burden to Defendants to prove that Defendants' decision to reject scientifically accepted Prescreening meets a compelling State interest, and that such decision to reject accepted Prescreening science is narrowly tailored to avoid unnecessary infringement upon Plaintiffs' constitutional rights

**B.** Issue a declaratory judgment as requested in paragraphs 149 and 156.

**C.** Issue a temporary restraining order, preliminary injunction, and permanent injunction, to restrain Defendants' from utilizing the discredited tools of coercion and segregation of natural/unvaccinated peoples in violation of federal law, including but not limited to Defendants' unscientific one-size-fits-all vaccine mandate, where Defendants reject scientifically accepted Prescreening, and, therefore, place Plaintiffs' life and public health in jeopardy.

**D.** Issue a temporary restraining order, preliminary injunction, and permanent injunction, to restrain Defendants' from violating Plaintiffs' Constitutional right to bodily autonomy, bodily integrity, bodily sovereignty, due to the fact that Defendants' mandates are mislabeled as "public health" measures when in fact all experts agree that the Covid-19 vaccines do not reduce transmission of the virus but may both reduce personal symptoms and increase personal risk, and there is no legal authority to mandate personal treatment only.

**E.** Issue an order awarding Plaintiffs costs of suit and reasonable attorneys' fees and expenses.

**F.** Issue such other and further relief as this Court deems equitable and just.

//

//

Dated this January 11, 2021

                    *s/ Christina Gilbertson*
                    Christina Gilbertson (California Bar No. 236877)
christina@jfnvlaw.com
Jennings & Fulton, LTD
2580 Sorrel Street
Las Vegas, NV 89146
Phone: 702-979-3565

Gregory J. Glaser (California Bar No. 226706)
greg@gregglaser.com
Greg Glaser, Attorney at Law
4399 Buckboard Drive #423
Copperopolis, CA 95228
Phone: 925-642-6651

Joseph S. Gilbert (Nevada Bar No. 9033)
joey@joeygilbertlaw.com
Joey Gilbert & Associates
405 Marsh Avenue
Reno, NV 89509
Phone: 775-284-7700
Admitted *pro hac vice*

Attorneys for Plaintiffs