EMILY T. KUWAHARA (SBN 252411)
  ekuwahara@crowell.com
URI NIV (SBN 307487)
  univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
  kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
  srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN, CAROL CHRIST, GENE BLOCK, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:21-cv-01243-JGB-KK<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FED. R. CIV. PROC. 12(B)(1) AND 12(B)(6) AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  March 7, 2022<br>Time:  9:00 a.m.<br>Ctrm.:  Riverside, Courtroom 1<br>Judge:  Hon. Jesus G. Bernal<br><br>Date Action Filed:  July 26, 2021 |

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN,
CAROL CHRIST, GENE BLOCK,
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF NON-OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS SAC;
CASE NO. 5:21-CV-01243-JGB-KK

To The Honorable Jesus G. Bernal:

On February 7, 2022, Defendants Kim A. Wilcox, in his official capacity as the Chancellor of the University of California, Riverside; Howard Gillman, in his official capacity as the Chancellor of the University of California, Irvine; Carol Christ, in her official capacity as the Chancellor of the University of California, Berkeley; Gene Block, in his official capacity as the Chancellor of the University of California, Los Angeles; and Michael V. Drake, M.D., in his official capacity as the President of the University of California (collectively, "Defendants"), brought a Motion to Dismiss Plaintiffs' Second Amended Complaint and a Request for Judicial Notice. *See* ECF No. 58. Defendants' motion is scheduled to be heard before this Court on March 7, 2022, at 9:00 a.m. *See* Defendants' Notice of Motion and Motion to Dismiss Second Amended Complaint, ECF No. 58.

Pursuant to Local Civil Rule 7-9, a party opposing a motion "shall" "not later than twenty-one (21) days before the date designated for the hearing of the motion" serve and file either "the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely" or "a written statement that the party will not oppose the motion." C.D. Cal. R. 7-9 (Opposing Papers). Thus, Plaintiffs' response to Defendants' motion was due to be served and filed on February 14, 2022, 21 days before the hearing on March 7, 2022. Plaintiffs have not filed an opposition memorandum, a statement of non-opposition, or a request for more time.

Plaintiffs' failure to serve and file an opposition by the required deadline "may be deemed consent to the granting or denial of the motion." C.D. Cal. R. 7-12 (Failure to File Required Documents). This Court may "decline to consider any memorandum or other document not filed within the deadline set by order or local rule." *Id*. Where a party fails to comply with local rules governing resolution of a motion to dismiss, the failure to timely oppose a motion to dismiss, in and of itself,

can operate as consent to granting the motion. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (affirming grant of an unopposed motion to dismiss under local rule that deemed a litigant's failure to oppose as consent to granting the motion); *Mendoza v. Cty. of San Bernardino*, No. EDCV 19-1056-JGB (SHKx), 2021 WL 4459659, at *2 (C.D. Cal. Aug. 27, 2021) (construing Plaintiffs' non-opposition, as well as the absence of any requests for extension of time to file an opposition, as consent to granting of motion); *McClain v. First Mortg. Corp.*, No. SACV 15-00002-JLS (JCGx), 2015 WL 11199075, at *1 (C.D. Cal. Mar. 25, 2015) (granting motion to dismiss where plaintiff failed to file opposition).

Previously, Plaintiffs' opposition to Defendants' motion to dismiss the First Amended Complaint was untimely filed. *See* Plaintiffs' Notice of Motion and Motion for Relief from Mistake or Excusable Neglect in Late Filing of Opposition to Motion to Dismiss, ECF No. 50. Thus, Plaintiffs cannot again claim that they were unaware of the Local Rules and deadline for filing their opposition.

Defendants therefore file this Notice of Non-Opposition.

Date: February 15, 2022            Respectfully submitted,


By:  */s/ Emily T. Kuwahara*
Emily T. Kuwahara
Kristin J. Madigan
Suzanne E. Rode
Uri Niv

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN, CAROL CHRIST, GENE BLOCK, AND MICHAEL V. DRAKE