Christina Gilbertson (California Bar No. 236877)
christina@jfnvlaw.com
Jennings & Fulton, LTD
2580 Sorrel Street
Las Vegas, NV 89146
Phone: 702-979-3565

Gregory J. Glaser (California Bar No. 226706)
greg@gregglaser.com
Greg Glaser, Attorney at Law
4399 Buckboard Drive #423
Copperopolis, CA 95228
Phone: 925-642-6651

Joseph S. Gilbert (Nevada Bar No. 9033)
joey@joeygilbertlaw.com
Joey Gilbert & Associates
405 Marsh Avenue
Reno, NV 89509
Phone: 775-284-7700
*Admitted pro hac vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, *et al.*, <br><br> *Defendants*. | Case Number: 5:21-cv-01243 <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RELIEF FROM MISTAKE OR EXCUSABLE NEGLECT IN LATE FILING OF OPPOSITION TO MOTION TO DISMISS; DECLARATION IN SUPPORT** <br><br> **Date:** March 7, 2022 <br> **Time:** 9:00 AM <br> **Location:** Riverside Courtroom 1 <br> **Judge:** Honorable Jesus G. Bernal |

Pursuant to Fed. R. Civ. P. 60(b), Plaintiffs hereby move for relief from mistake or excusable neglect in Plaintiffs' late filing of their Opposition (Document #60) to the Motion to Dismiss. This motion is made on the basis of this document, together with the attached declaration of counsel in support.

**Grounds for Motion**

By mistake, Plaintiffs' counsel inadvertently calendared the Court's local rule of filing an opposition within 10-days of the motion, but not also within 21-days of the hearing.

Plaintiffs submit that the mistake should be excused by this Court, and Defendants are not prejudiced by the mistake, for the following reasons:

1. Plaintiffs' opposition was filed only 1-day late. This is undersigned counsel's first case litigating in this central district, and he is familiarizing himself with the rules. There was no gamesmanship here and counsel have continually demonstrated professional cooperation in stipulations and meet and confer, including providing Defendants ample and extra time to bring their motion. The parties cooperated in this regard to add convenience to the Court and all concerned (to consolidate all parties into one motion/hearing).

2. The parties completed extensive written meet and confer on the motion to dismiss in the months prior to Defendants' filing, so Defendants have not experienced surprise. Indeed, the parties already litigated a previous motion to dismiss and a Request for Temporary Restraining Order, so Defendants are intimately familiar with the relevant issues and not prejudiced by a 1-day late filing. Defendants also have multiple lawyers on this case from a sizeable law firm, so Defendants' counsel has adequate time to professionally prepare their Reply. Nor would Defendants need more time to review documents that came *from Defendants*.

1  **3.** Plaintiffs brought this motion immediately upon learning of the
2  calendaring mistake via Defendants' notice (Document 59). Indeed, once I
3  read Document 59 and then reread the local rule, I realized how I
4  originally misread the rule.

5  This Court is empowered to receive Plaintiffs' late filed opposition, and
6  the 9th Circuit is even considered the most lenient of circuits in this regard. 12
7  Moore's Federal Practice - Civil § 60.41 (2021); *Ahanchian v. Xenon Pictures,*
8  *Inc.*, 624 F.3d 1253, 1261-62 (9th Cir. 2010) (granting relief from "calendaring
9  mistake" in opposition filed 3-days late).

10  The *applicable* four factors are: (1) the danger of prejudice to the non-
11  moving party, (2) the length of delay and its potential impact on judicial
12  proceedings, (3) the reason for the delay, including whether it was within
13  the reasonable control of the movant, and (4) whether the moving party's conduct
14  was in good faith." *Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004)

15  Here, Plaintiffs satisfy the applicable factors for relief based on the above
16  stated grounds for the motion. On the third factor ('reasonable control of the
17  movant'), "carelessness of [] counsel" is an acceptable grounds for relief. *Id.*
18  Respectfully submitted this February 15, 2022

   */s/ Gregory J. Glaser*
   Gregory J. Glaser (California Bar No. 226706)
   greg@gregglaser.com
   Greg Glaser, Attorney at Law
   4399 Buckboard Drive #423
   Copperopolis, CA 95228
   Phone: 925-642-6651

   Attorneys for Plaintiffs

## PLAINTIFF COUNSEL DECLARATION IN SUPPORT

**1.** I am a lawyer for plaintiffs in this action. I am licensed and admitted to practice law before this United States District Court for the Central District of California. I have personal knowledge of all facts set forth herein and could and would testify competently to their accuracy if called as a witness.

**2.** Among the Plaintiff's lawyers, I took primary responsibility for calendaring and initially drafting the opposition to the motion to dismiss. By mistake, Plaintiffs' counsel inadvertently calendared the Court's local rule of filing an opposition within 10-days of the motion, but not also within 21-days of the hearing. The mistake comes from the fact this is my first case litigating in this Central District, and I am familiarizing myself with the rules.

**3.** There was no gamesmanship here and all counsel in this case have continually demonstrated professional cooperation in stipulations and meet and confer to date. We completed extensive written meet and confer on the motion to dismiss in the months prior to Defendants' filing, so Defendants have not experienced surprise. Indeed, the parties already litigated a previous motion to dismiss and a Request for Temporary Restraining Order, so Defendants are intimately familiar with the relevant issues and not prejudiced by a 1-day late filing. Defendants also have multiple lawyers on this case from a sizeable law firm, so Defendants' counsel has adequate time to professionally prepare their Reply. Nor would Defendants need more time to review documents that came *from Defendants*.

**4.** I am bringing this motion for relief immediately (the same day) upon our learning of the calendaring mistake via Defendants' Document 59.

//

//

//

I declare under threat of penalty of perjury that the foregoing is true and correct. Executed this 15th day of February 2022, in Copperopolis, California.

*/s/ Gregory J. Glaser*
Gregory J. Glaser
Lawyer for Plaintiffs