UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, et al.,<br><br>  Defendants. | Case No. 5:21-CV-01243-JGB-KKx<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR REMOTELY**<br><br>Date:   March 14, 2022<br>Time:   9 a.m.<br>Ctrm.:  Riverside, Courtroom 1<br>Judge:  Hon. Jesus G. Bernal<br><br>Date Action Filed:   July 26, 2021 |

Defendants Kim A. Wilcox, in his official capacity as Chancellor of the University of California, Riverside; Howard Gillman, in his official capacity as the Chancellor of the University of California, Irvine; Carol Christ, in her official capacity as the Chancellor of the University of California, Berkeley; Gene Block, in his official capacity as the Chancellor of the University of California, Los Angeles; and Michael V. Drake, M.D., in his official capacity as the President of the University of California (collectively, "Defendants")'s motion to dismiss Plaintiffs' Second Amended Complaint is scheduled to be heard on March 14, 2022 at 9 a.m. Defendants request leave for counsel of record, Katharine Essick, to appear remotely. In addition, Defendants request permission for other counsel, who will not be arguing, to attend the proceeding remotely.

Having considered Defendants' Unopposed Request to Appear Remotely and good cause having been shown, the Court **GRANTS** the request for counsel to appear at the upcoming hearing remotely at the link provided on the Court's webpage.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2022

Hon. Jesus G. Bernal
United States District Judge