1  Christina Gilbertson (California Bar No. 236877)
2  christina@jfnvlaw.com
   Jennings & Fulton, LTD
3  2580 Sorrel Street
4  Las Vegas, NV 89146
   Phone: 702-979-3565
5

6  Gregory J. Glaser (California Bar No. 226706)
7  greg@gregglaser.com
   Greg Glaser, Attorney at Law
8  4399 Buckboard Drive #423
   Copperopolis, CA 95228
9  Phone: 925-642-6651

10

11 Joseph S. Gilbert (Nevada Bar No. 9033)
   joey@joeygilbertlaw.com
12 Joey Gilbert & Associates
   405 Marsh Avenue
13 Reno, NV 89509
14 Phone: 775-284-7700
   *Admitted pro hac vice*
15

16 Attorneys for Plaintiffs

17
              **UNITED STATES DISTRICT COURT**
18       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                  **EASTERN DIVISION**
19

20 AMERICA'S FRONTLINE              **Case #: 5:21-cv-01243-JGB-KK**
   DOCTORS, *et al.*,
21
                                    **SUPPLEMENTAL DECLARATION**
22           *Plaintiffs*,          **OF PLAINTIFFS' COUNSEL IN**
                                    **OPPOSITION TO MOTION TO**
23     v.                           **DISMISS**

24 KIM A. WILCOX, in his official
25 capacity as CHANCELLOR OF        **Date:**     May 2, 2022
   THE UNIVERSITY OF                **Time:**     9:00 AM
26 CALIFORNIA RIVERSIDE, *et al.*,  **Location:** Riverside Courtroom 1
                                    **Judge:**    Honorable Jesus G. Bernal
27
            *Defendants*.
28

1.  I am a lawyer for plaintiffs in this action. I am licensed and admitted to practice law before this United States District Court for the Central District of California. I have personal knowledge of all facts set forth herein and could and would testify competently to their accuracy if called as a witness.

2.  This declaration is filed consistent with Local Rule 7-11 ("the entry of an order continuing the hearing of a motion automatically extends the time for filing and serving opposing papers… to twenty-one (21) days… preceding the new hearing date").

3.  Published on April 1, 2022, newly discovered public records from Pfizer (produced by court order in *Pub. Health & Med. Professionals v. Fda*, No. 4:21-cv-1058-P, 2022 U.S. Dist. LEXIS 5621 (N.D. Tex. Jan. 6, 2022)) evidence Pfizer is aware that natural immunity is superior to Covid-19 vaccination. This new evidence is being reported in the mainstream news (see transcript example below from The Hill) to explain that vaccine mandates appear scientifically arbitrary and irrational for young people such as college students.

4.  Plaintiffs' position is that Defendants' college vaccine mandate has always been demonstrably irrational because it has always unscientifically limited natural immunity to 90-days for purposes of a medical exemption. Defendants' irrational attempt to play doctor prevents Plaintiffs' doctors from stating the truth (natural immunity actually lasts longer than 90-days, confirmed by countless current studies). Defendants are irrationally preventing Plaintiffs' doctors from relying upon relevant data (such as the Pfizer documents) in real-time to protect Plaintiffs from vaccine injury.

5.  The new FDA public records are voluminous, and are available at the website referenced in Plaintiffs' Second Amended Complaint, paragraph 10(i), n. 16: https://phmpt.org/. The public records are summarized by the mainstream news here: The Hill (April 4, 2022). *Kim Iversen: Latest Pfizer VAX*

Supplemental Declaration In Opposition to Motion to Dismiss

1  *DATA DUMP Shows Natural Immunity WORKS. ADE, Fertility Unknown.*

2  https://youtu.be/5eJ5TIT6zvk [transcript below]

3

4  A [federal] judge ordered the FDA to make [the Pfizer documents] available by the end of this year….

5

6  We've learned some bombshells. The first bombshell in the documents is that natural immunity works and Pfizer knows it. The clinical trial data showed those with a previous infection of Covid had no difference in outcome than those vaccinated. In the limited trial, none of the vaccinated nor those with previous infection resulted in severe disease [as] defined by either the FDA or the CDC…

7

8

9

10  There were zero cases of severe Covid in the natural immunity group, whether they were vaccinated or not, and their own data also showed that natural immunity was statistically identical to the vaccine against infection. That's what their data showed. Yet rather than say people with natural immunity don't seem to need the vaccine — which is what they've been saying in Europe, for example — Pfizer instead spun their conclusion and said, "Final efficacy results show that the vaccine provided protection against Covid-19 for participants with or without evidence of prior infection from Sars-Cov-2."

11

12

13

14

15

16

17  Another revelation from the documents was that adverse reactions were more frequent and more severe in younger groups. The document reads, "reactogenicity and adverse events were generally milder and less frequent in participants in the older group [55 and over] compared with [the] younger group and overall tended to increase with increasing vaccine dose"…

18

19

20

21  [The consent form] document says the rate of [myocarditis] occurrence is 10 in 100,000 people, and they don't specify age or gender, so that's much higher than previously reported rates of 1 in 50,000 people. Even then, we know the bulk of those cases are in younger males, so when controlling for age and gender the risk significantly increases. The consent form also states "the effects of the Covid-19 vaccine on sperm, a pregnancy, a fetus or a nursing child are not known."

22

23

24

25

26

27  This is something that has caused a lot of younger women, and parents of teen girls, hesitation, which they were demonized over and

28

Supplemental Declaration In Opposition to Motion to Dismiss

people have worried there could be long-term side effects affecting fertility. And despite these scientists admitting in this consent form that they simply do not know, it has been espoused as fact that the vaccines don't have any adverse effects on reproduction whatsoever, but the fact is we simply don't know…

You can certainly still contract the virus and spread it… vaccination is not standing in the way, or is any other mitigation effort standing in the way of a wave coming through and everybody getting it; we've seen that happen at least twice now. Given that, and given the severity for younger people of the disease, it is not that bad, there is a very low death rate among young children [and] otherwise healthy people in the younger age categories, also not in that much trouble, given those realities, I don't see how you can justify the requirement for vaccination in many of the settings where they are most likely to be required: schools, university campuses as you mentioned, it just seems, given what you're raising about side-effects, and even if they are mild side effects…why shouldn't it be your choice or something you talk to a doctor about? Why should it be required? It seems so hard to justify that for the groups of people most likely to have the mandates in place…

These documents say that younger people, and the more doses, it seems they have more adverse events. Why would we then have young people mandated to do this? It just doesn't make sense when you go through all these documents. And I think this proves that. And I think for a lot of those parents that have been fighting mandates, I think this document dump will be very consequential to them in that battle, and I think in the legal battle moving forward.

**6.**     This newly discovered information supports the factual allegations of Plaintiffs' Second Amended Complaint, such as paragraphs 40-41,

Defendants issued an unscientific statewide UC mandate of Covid-19 vaccination without any accommodation for Prescreening…. Defendants' position is novel and radical. Scientifically accepted virology and immunology precepts hold that immunity from natural infection is the best, most robust, and longest lasting way to deal with epidemics such as Covid-19.

1    **7.**    These public records are the type of scientific information that the

2    experts would discuss during discovery, if this case is allowed by this Court to

3    proceed.

4    **8.**    The weekly emergence of real-time data contrary to Defendants'

5    arbitrary 90-day rule emphasizes Plaintiffs' consistent and balanced position

6    since 2021: the only rational approach here is for Defendants to untie the hands

7    of Plaintiffs' physicians, so the physicians can fulfill their duty to write

8    appropriate medical exemptions to vaccination. Plaintiffs' position is there is no

9    rational basis for any litigants (including the unlicensed UC Defendants) to

10   prevent licensed physicians from exercising their duty to act upon real-time data,

11   such as the following:

12   **A.** "These findings suggest that if passports are used for societal restrictions,

13        they should acknowledge either a previous infection or vaccination as

14        proof of immunity, as opposed to vaccination only." Nordström P, et al.

15        (March 31, 2022). *Risk of SARS-CoV-2 reinfection and COVID-19*

16        *hospitalisation in individuals with natural and hybrid immunity: a*

17        *retrospective, total population cohort study in Sweden.* Lancet Infect Dis.

18        2022 Mar 31:S1473-3099(22)00143-8.

19        https://pubmed.ncbi.nlm.nih.gov/35366962/

20   **B.** BC (Canada) CDC data showing vaccinated comprise most of the Covid-

21        19 hospitalizations and deaths now (not the unvaccinated). BC Center for

22        Disease Control (April 7, 2022). *COVID-19 Regional Surveillance*

23        *Dashboard.* http://www.bccdc.ca/health-professionals/data-reports/covid-

24        19-surveillance-dashboard

25   **C.** "The data are from official sources, published by the US CDC and

26        the UK's Office of National Statistics.  Information on 30 million adults in

27        California and New York, 3/4 of whom were vaccinated, were used to

28        compare COVID hospitalization and case rates in those who were

Supplemental Declaration In Opposition to Motion to Dismiss

vaccinated and had no prior COVID illness, with adults who were never vaccinated but had recovered from COVID, and presumably had natural immunity. The data were collected from June to November 2021, before the Omicron wave appeared. Vaccinated Californians and New Yorkers were three times more likely to develop COVID than those who had prior immunity and were unvaccinated. Vaccinated Californians had a higher rate of hospitalizations (severe illness) than those who were unvaccinated but had prior immunity. (New York did not provide hospitalization data.) The vaccine failures in this huge study cannot be blamed on Omicron, because the data were collected during Delta." Meryl Nass, MD (April 2022). *It's Official! CDC and UK government data reveal the COVID vaccines do not prevent cases, transmission, severe illness or deaths.* https://merylnass.substack.com/p/its-official-cdc-and-uk-government?s=r

**D.** Immunity after infection lasts longer than after vaccination. Hall, V, et al (February 2022). *Protection against SARS-CoV-2 after Covid-19 Vaccination and Previous Infection.* N Engl J Med 2022; 386:1207-1220. https://pubmed.ncbi.nlm.nih.gov/35172051/

**E.** Neutralizing antibodies >16 months after infection. Yang, Y, et al. (February 2022). *Longitudinal analysis of antibody dynamics in COVID-19 convalescents reveals neutralizing responses up to 16 months after infection. Nat Microbiol* **7,** 423–433 (2022). https://pubmed.ncbi.nlm.nih.gov/35132197/

**F.** "The rate of reinfection with SARS-CoV-2 is relatively low. The protection against SARS-CoV-2 after natural infection is comparable to that estimated for vaccine efficacy. These data may help guide public health measures and vaccination strategies in response to the COVID-19 pandemic. High-quality clinical studies are needed to establish the relevant risk factors in recovered patients." Mao Y, et al (December 2021).

Supplemental Declaration In Opposition to Motion to Dismiss

1    *Reinfection rates among patients previously infected by SARS-CoV-2:*

2    *systematic review and meta-analysis.* Chin Med J (Engl).

3    2021;135(2):145-152. Published 2021 Dec 13.

4    https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8769121/

5    **G.** "Prior infection in patients with COVID-19 was highly protective against

6    reinfection and symptomatic disease. This protection increased over time,

7    suggesting that viral shedding or ongoing immune response may persist

8    beyond 90 days and may not represent true reinfection." Sheehan MM, et

9    al. (November 2021). *Reinfection Rates Among Patients Who Previously*

10   *Tested Positive for Coronavirus Disease 2019: A Retrospective Cohort*

11   *Study.* Clin Infect Dis. 2021 Nov 16;73(10):1882-1886.

12   https://pubmed.ncbi.nlm.nih.gov/33718968/

13   **9.**      Plaintiffs' position is that the medical harm alleged in the Second

14   Amended Complaint exceeds the harm alleged by prisoners who received

15   constitutional standing from this Court in *Ahlman v. Barnes*, No. EDCV 20-835

16   JGB (SHKx), 2021 U.S. Dist. LEXIS 177808, at *10-11 (C.D. Cal. Sep. 17,

17   2021),

18
19   There are still outbreaks of a highly contagious and potentially fatal
     viral disease at the Orange County Jail. Whether those outbreaks
20   constitute unconstitutional conditions of confinement is the merits
     question at the heart of this case. It is also not lost on the Court that,
21   as between the parties, only Defendants have steady access to facts,
     statistics, and data descriptive of the Covid-19 risks present in the
22   Orange County Jail—and Defendants have not provided such
     information to the Court or to Plaintiffs. Plaintiffs' MTD Opposition
23   argues that "Defendants have produced virtually no information
     about Jail conditions during the past four months, and are actively
24   fighting Plaintiffs' pending requests for a Rule 30(b)(6) deposition
     regarding COVID-19 vaccinations and a medical expert's site
25   inspection." (MTD Opp. 1.) The allegations of the FAC are
26   sufficient to establish Article III standing—this is not meaningfully
27   disputed. Defendants have no facial attack on standing, and the
28

Supplemental Declaration In Opposition to Motion to Dismiss

1    assertion that "circumstances" are different is not evidence sufficient
     to constitute a factual attack on standing. The MTD is DENIED.

2    //

3         I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct. Executed this 11th day of April

5    2022, in Copperopolis, California.

6
     */s/ Gregory J. Glaser*_____
7    Gregory J. Glaser
     Lawyer for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Supplemental Declaration In Opposition to Motion to Dismiss