1  EMILY T. KUWAHARA (SBN 252411)
   ekuwahara@crowell.com
2  URI NIV (SBN 307487)
   univ@crowell.com
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, CA  90071
   Telephone: 213.622.4750
5  Facsimile: 213.622.2690

6  KRISTIN J. MADIGAN (SBN 233436)
   kmadigan@crowell.com
7  SUZANNE E. RODE (SBN 253830)
   srode@crowell.com
8  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
9  San Francisco, CA  94111
   Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11 [Additional Counsel Listed on Next Page]

12 Attorneys for Defendants
   KIM A. WILCOX, HOWARD GILLMAN,
13 CAROL CHRIST, GENE BLOCK,
   THE REGENTS OF THE UNIVERSITY OF
14 CALIFORNIA AND MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, et al.,<br><br>      Defendants. | Case No. 5:21-cv-01243-JGB-KK<br><br>**OBJECTION TO PLAINTIFFS' COUNSEL'S SUPPLEMENTAL DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   May 2, 2022<br>Time:  9:00 AM<br>Ctrm.:  Riverside, Courtroom 1<br>Judge:  Hon. Jesus G. Bernal<br><br>Date Action Filed:  July 26, 2021 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

OBJECTION TO PLAINTIFFS' COUNSEL'S
SUPPLEMENTAL DECLARATION IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS;
CASE NO. 5:21-CV-01243-JGB-KK

1  CHARLES F. ROBINSON (SBN 113197)
   charles.robinson@ucop.edu
2  NORMAN J. HAMILL (SBN 154272)
   norman.hamill@ucop.edu
3  KATHARINE ESSICK (SBN 219426)
   katharine.essick@ucop.edu
4  UNIVERSITY OF CALIFORNIA
   Office of General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA  94607
6  Telephone: 510.987.9800
   Facsimile: 510.987.9757
7
   Attorneys for Defendants
8  KIM A. WILCOX, HOWARD GILLMAN,
   CAROL CHRIST, GENE BLOCK,
9  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA AND MICHAEL V. DRAKE

CROWELL
& MORING LLP
ATTORNEYS AT LAW

OBJECTION TO PLAINTIFFS' COUNSEL'S
SUPPLEMENTAL DECLARATION IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS;
CASE NO. 5:21-CV-01243-JGB-KK

On February 7, 2022, Defendants Kim A. Wilcox, in his official capacity as Chancellor of the University of California, Riverside; Howard Gillman, in his official capacity as the Chancellor of the University of California, Irvine; Carol Christ, in her official capacity as the Chancellor of the University of California, Berkeley; Gene Block, in his official capacity as the Chancellor of the University of California, Los Angeles; and Michael V. Drake, M.D., in his official capacity as the President of the University of California (collectively, "Defendants") brought a Motion to Dismiss Plaintiffs' Second Amended Complaint and a Request for Judicial Notice. ECF No. 58. This motion was originally scheduled to be heard on March 7, 2022. *Id*. Plaintiffs' opposition brief was due on February 14, but Plaintiffs filed their opposition one day late on February 15, after Defendants filed a notice of non-opposition. ECF Nos. 59-60. Defendants timely filed their reply on February 18, 2022. ECF No. 62. Thus, briefing on this motion was complete on February 18 when Defendants filed their reply. The hearing on this matter has since been continued by the Court to May 2, 2022 at 9 am. *See* ECF Nos. 63, 67, 70, 72.

On April 11, 2022, Plaintiffs' counsel filed a "Supplemental Declaration in Opposition to Defendants' Motion to Dismiss." ECF No. 73 ("Supp. Decl."). Though Plaintiffs' counsel calls this filing a "Declaration," it is in fact an improperly filed sur-reply in opposition to Defendants' Motion to Dismiss. Such a sur-reply is prohibited by Local Rule 7-10, which states that the party opposing a motion "shall not file a response to the reply" without prior written order of the Court. C.D. Cal. R. 7-10 (Reply Papers). Counsel's "Declaration" is nothing more than a response to Defendants' reply, and is therefore barred by Rule 7-10.

Rule 7-10 bars this sur-reply notwithstanding Plaintiffs' citation to Rule 7-11, which merely provides that "the entry of an order continuing the hearing of a motion automatically extends the time for filing and serving opposing papers and reply papers to twenty-one (21) days and fourteen (14) days, respectively,

CROWELL & MORING LLP
ATTORNEYS AT LAW

1

OBJECTION TO PLAINTIFFS' COUNSEL'S SUPPLEMENTAL DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; CASE NO. 5:21-CV-01243-JGB-KK

1  preceding the new hearing date." C.D. Cal. R. 7-11 (Continuance of Hearing Date).
2  Neither Rule 7-11 nor the Court's continuance of a fully briefed motion creates a
3  right to file a sur-reply.
4      Even if Plaintiffs were to belatedly seek leave of the Court to file a sur-reply,
5  these materials are extraneous to the Second Amended Complaint and cannot be
6  considered in deciding the issue presented by the motion to dismiss: does the UC
7  Vaccine Policy further UC's legitimate interest of facilitating the protection of the
8  health and safety of the University community, and was it rational for UC to rely on
9  federal guidance in enacting a vaccine policy to facilitate the health and safety of
10 the UC community?
11     For the forgoing reasons, Defendants respectfully object to Plaintiffs'
12 Supplemental Declaration in Opposition to Defendants' Motion to Dismiss.

DATED:  April 18, 2022            CROWELL & MORING LLP


                                  By:  /s/ Emily T. Kuwahara
                                       Emily T. Kuwahara
                                       Kristin J. Madigan
                                       Suzanne E. Rode
                                       Uri Niv

                                       Attorneys for Defendants
                                       KIM A. WILCOX, HOWARD
                                       GILLMAN, CAROL CHRIST,
                                       GENE BLOCK, THE REGENTS OF
                                       THE UNIVERSITY OF CALIFORNIA
                                       AND MICHAEL V. DRAKE

CROWELL & MORING LLP
ATTORNEYS AT LAW

2

OBJECTION TO PLAINTIFFS' COUNSEL'S
SUPPLEMENTAL DECLARATION IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS;
CASE NO. 5:21-CV-01243-JGB-KK