EMILY T. KUWAHARA (SBN 252411)
  ekuwahara@crowell.com
URI NIV (SBN 307487)
  univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
  kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
  srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN,
CAROL CHRIST, GENE BLOCK,
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, et al., <br><br> Defendants. | Case No. 5:21-cv-01243-JGB-KK <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Date: May 2, 2022 <br> Time: 9:00 AM <br> Ctrm.: Riverside, Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Date Action Filed: July 26, 2021 |

1  CHARLES F. ROBINSON (SBN 113197)
     charles.robinson@ucop.edu
2  NORMAN J. HAMILL (SBN 154272)
     norman.hamill@ucop.edu
3  KATHARINE ESSICK (SBN 219426)
     katharine.essick@ucop.edu
4  UNIVERSITY OF CALIFORNIA
   Office of General Counsel
5  1111 Franklin Street, 8th Floor
   Oakland, CA  94607
6  Telephone: 510.987.9800
   Facsimile: 510.987.9757
7
   Attorneys for Defendants
8  KIM A. WILCOX, HOWARD GILLMAN,
   CAROL CHRIST, GENE BLOCK,
9  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA AND MICHAEL V. DRAKE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants Kim A. Wilcox, in his official capacity as Chancellor of the University of California, Riverside; Howard Gillman, in his official capacity as the Chancellor of the University of California, Irvine; Carol Christ, in her official capacity as the Chancellor of the University of California, Berkeley; Gene Block, in his official capacity as the Chancellor of the University of California, Los Angeles; and Michael V. Drake, M.D., in his official capacity as the President of the University of California (collectively, "Defendants") respectfully submit this Notice of Supplemental Authority to inform the Court of a recent decision in a similar case. On February 22, 2022 after Defendants filed their reply brief to its motion to dismiss the Second Amended Complaint, the district court in the Western District of Michigan granted a motion to dismiss in *Norris v. Stanley*, Case No. 1:21-cv-00756-PLM-SJB, 2022 WL 557306 (W.D. Mich. Feb. 22, 2022). The allegations in the *Norris* case were brought against a state university and, among other things, challenge the lack of an exception to a COVID-19 vaccine policy for individuals who previously had and recovered from a COVID-19 infection.

The order is attached to this notice for the Court's convenience.

DATED: April 19, 2022            CROWELL & MORING LLP

By: */s/ Emily T. Kuwahara*
Emily T. Kuwahara
Kristin J. Madigan
Suzanne E. Rode
Uri Niv

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN, CAROL CHRIST, GENE BLOCK, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND MICHAEL V. DRAKE