EMILY T. KUWAHARA (SBN 252411)
　ekuwahara@crowell.com
URI NIV (SBN 307487)
　univ@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

KRISTIN J. MADIGAN (SBN 233436)
　kmadigan@crowell.com
SUZANNE E. RODE (SBN 253830)
　srode@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

[Additional Counsel Listed on Next Page]

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN, CAROL CHRIST, GENE BLOCK, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND MICHAEL V. DRAKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICA'S FRONTLINE DOCTORS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KIM A. WILCOX, in his official capacity as CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. 5:21-cv-01243-JGB-KK<br><br>**OBJECTION TO PLAINTIFFS' COUNSEL'S SECOND SUPPLEMENTAL DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　May 2, 2022<br>Time:　　**9:00 a.m.**<br>Ctrm.:　　Riverside, Courtroom 1<br>Judge:　　Hon. Jesus G. Bernal<br><br>Date Action Filed:　　July 26, 2021 |

CROWELL & MORING LLP
ATTORNEYS AT LAW

OBJECTION TO PLAINTIFFS' COUNSEL'S 2ND SUPPLEMENTAL DECLARATION IN OPP TO DEFENDANTS' MOTION TO DISMISS;
CASE NO. 5:21-CV-01243-JGB-KK

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
NORMAN J. HAMILL (SBN 154272)
norman.hamill@ucop.edu
KATHARINE ESSICK (SBN 219426)
katharine.essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
KIM A. WILCOX, HOWARD GILLMAN,
CAROL CHRIST, GENE BLOCK,
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA AND MICHAEL V. DRAKE

CROWELL
& MORING LLP
ATTORNEYS AT LAW

OBJECTION TO PLAINTIFFS' COUNSEL'S 2ND
SUPPLEMENTAL DECLARATION IN OPP TO
DEFENDANTS' MOTION TO DISMISS;
CASE NO. 5:21-CV-01243-JGB-KK

1    On February 7, 2022, Defendants[1] brought a Motion to Dismiss Plaintiffs' Second Amended Complaint and a Request for Judicial Notice. ECF No. 58. This motion was originally scheduled to be heard on March 7, 2022. *Id*. Plaintiffs' opposition brief was due on February 14, but Plaintiffs filed their opposition one day late on February 15, after Defendants filed a notice of non-opposition. ECF Nos. 59-60. Defendants timely filed their reply on February 18, 2022. ECF No. 62. Thus, briefing on this motion was complete on February 18 when Defendants filed their reply. The hearing on this matter has since been continued by the Court to May 2, 2022 at 9 am. See ECF Nos. 63, 67, 70, 72.

    On April 11, 2022, Plaintiffs' counsel filed a "Supplemental Declaration in Opposition to Defendants' Motion to Dismiss" ("Supp. Decl.") ECF No. 73. Though Plaintiffs' counsel called this filing a "Declaration," it is in fact an improperly filed sur-reply in opposition to Defendants' Motion to Dismiss. Defendants objected to Plaintiffs' April 11, 2022 improper sur-reply on April 18, 2022.  ECF No. 75.

    Most recently, Plaintiffs' counsel filed on April 28, a "Second Supplemental Declaration in Opposition to Defendants' Motion to Dismiss" ("Second Supp. Decl."). ECF No. 77. Similar to Plaintiffs' counsel's first Supplemental Declaration, what he labels a "Declaration" is again an improperly filed sur-reply in opposition to Defendants' Motion to Dismiss. Such a sur-reply is prohibited by Local Rule 7-10, which states that the party opposing a motion "shall not file a response to the reply" without prior written order of the Court. C.D. Cal. R. 7-10 (Reply Papers). Counsel's "Declaration" is nothing more than a response to

---

[1] Kim A. Wilcox, in his official capacity as Chancellor of the University of California, Riverside; Howard Gillman, in his official capacity as the Chancellor of the University of California, Irvine; Carol Christ, in her official capacity as the Chancellor of the University of California, Berkeley; Gene Block, in his official capacity as the Chancellor of the University of California, Los Angeles; and Michael V. Drake, M.D., in his official capacity as the President of the University of California (collectively, "Defendants").

Crowell & Moring LLP
Attorneys at Law

-1-

OBJECTION TO PLAINTIFFS' COUNSEL'S 2ND SUPPLEMENTAL DECLARATION IN OPP TO DEFENDANTS' MOTION TO DISMISS; CASE NO. 5:21-CV-01243-JGB-KK

1  Defendants' reply, and is therefore barred by Rule 7-10.

2      Plaintiffs' counsel claims that Defendants' Motion to Dismiss refers to UC's
3  Vaccine Policy which "appears to have been subjected to unauthorized edits" with
4  multiple references to boosters of the COVID-19 vaccine. Even if it were proper for
5  Plaintiffs' counsel to bring any revision to the Vaccine Policy to the Court's
6  attention, the Vaccine Policy at issue in this litigation is final as of July 15, 2021
7  and to date, the policy text has <u>not</u> been revised. *Compare* Policy Text (section III)
8  filed on July 28, 2021 as Exhibit 2 to the Declaration of Emily T. Kuwahara in
9  Opposition to Plaintiffs' Ex Parte Application for TRO, ECF No. 13-1 at 16-19,
10 *with* Policy Text (section III) filed on February 7, 2022, as Exhibit 1 to Defendants'
11 Request for Judicial Notice in Support of Motion to Dismiss Second Amended
12 Complaint, ECF No. 58-6 at 13-16, *with* Policy Text (section III) currently posted
13 online at https://policy.ucop.edu/doc/5000695/SARS-CoV-2_Covid-19 (last visited,
14 April 28, 2022), attached hereto as Exhibit A.

15     Since July 15, 2021, the University of California has updated its Frequently
16 Asked Questions ("FAQs") to address ongoing questions from students, faculty,
17 and staff, but the text of the actual policy has not been revised. Furthermore, given
18 that that Plaintiffs have stated that they refuse to take any COVID-19 vaccine at all,
19 the updated guidance on boosters in the FAQs that has been added since the filing
20 of the Request for Judicial Notice on February 7, 2022, should have no impact on
21 the claims brought in this case.

22     For the forgoing reasons, Defendants respectfully object to Plaintiffs' Second
23 Supplemental Declaration in Opposition to Defendants' Motion to Dismiss.

25 DATED: April 28, 2022    CROWELL & MORING LLP

26     By: /s/ *Emily T. Kuwahara*
27     Emily T. Kuwahara
    Kristin J. Madigan

-2-

OBJECTION TO PLAINTIFFS' COUNSEL'S 2ND SUPPLEMENTAL DECLARATION IN OPP TO DEFENDANTS' MOTION TO DISMISS; CASE NO. 5:21-CV-01243-JGB-KK

CROWELL & MORING LLP
ATTORNEYS AT LAW

1  
2  
      Suzanne E. Rode  
      Uri Niv  

3  
      Attorneys for Defendants  
      KIM A. WILCOX, HOWARD  
4      GILLMAN, CAROL CHRIST,  
      GENE BLOCK, THE REGENTS OF  
5      THE UNIVERSITY OF CALIFORNIA  
      AND MICHAEL V. DRAKE  

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

OBJECTION TO PLAINTIFFS' COUNSEL'S 2ND SUPPLEMENTAL DECLARATION IN OPP TO DEFENDANTS' MOTION TO DISMISS; CASE NO. 5:21-CV-01243-JGB-KK