JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-1243 JGB (KKx)** | Date | June 2, 2022 |
|---|---|---|---|
| Title | *America's Frontline Doctors, et al. v. Kim A. Wilcox, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order DISMISSING Action

On May 5, 2022, the Court granted Defendants' motion to dismiss under Rules 12(b)(1) and (b)(6). ("Order," Dkt. No. 80.)  The deadline for Plaintiffs to file an amended complaint was May 13, 2022. (See id.)  Plaintiffs have not filed an amended complaint.  Therefore, judgment will be entered for Defendants.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**